## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD., et al., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, et al., <br><br> Defendant. | Civil Action No.: 1:24-cv-02970-PLF |

## NOTICE OF APPEARANCE

To the Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE that I, Derek L. Shaffer, am admitted to practice in this court, and I hereby enter my appearance as counsel of record for Plaintiff SZ DJI Technology Co., Ltd., in the above-captioned case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 27, 2024 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | /s/  *Derek L. Shaffer* <br> Derek L. Shaffer (Bar No. 478775) <br> 1300 I Street, Suite 900 <br> Washington, DC 20005 <br> derekshaffer@quinnemanuel.com <br> Telephone: (202) 538-8000 <br> Facsimile:  (202) 538-8100 <br><br> *Attorney for Plaintiff SZ DJI Technology Co., Ltd.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2024, a true and correct copy of the foregoing was electronically filed and served via this Court's CM/ECF system upon any parties or counsel of record registered with the CM/ECF system.

/s/  *Derek L. Shaffer*
Derek L. Shaffer (Bar No. 478775)
derekshaffer@quinnemanuel.com