IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, et al., <br><br> Defendants. | No. 1:24-CV-02970-PLF |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Court Rule 83.6(b), Plaintiff SZ DJI Technology Co., Ltd. files this Notice of Withdrawal of Counsel to withdraw Loretta E. Lynch of Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel for Plaintiff SZ DJI Technology Co., Ltd. Plaintiff will continue to be adequately represented by experienced counsel.

Dated: November 27, 2024

By: /s/ Loretta E. Lynch
Loretta E. Lynch (admitted pro hac vice)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 6th Avenue
New York, NY 10019
Tel. (212) 373-3118
lelynch@paulweiss.com
mailto:kshanmugam@paulweiss.com

*Counsel for Plaintiff SZ DJI Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 27, 2024, I caused the foregoing Notice of Withdrawal of Counsel to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.

/s/ Loretta E. Lynch
Loretta E. Lynch