UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SZ DJI TECHNOLOGY CO., LTD., )
)
Plaintiff, )
)
v. ) Civil Action No. 24-2970 (PLF)
)
U.S. DEPARTMENT OF DEFENSE et al., )
)
Defendants. )

ORDER

Plaintiff SZ DJI Technology Co., LTD., initiated this action on October 18, 2024. See Complaint [Dkt. No. 1]. The defendants have now filed their answer. See Defendants' Answer to Plaintiff's Complaint [Dkt. No. 22]. Accordingly, it is hereby

ORDERED that pursuant to Local Civil Rule 16.3 and Rule 26(f) of the Federal Rules of Civil Procedure, counsel shall confer on or before February 10, 2025, and submit a joint status report on or before February 24, 2025, addressing all topics listed in Local Civil Rule 16.3(c).

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 1/27/25