IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD., | ) |
| | ) No. 1:24-cv-02970-PLF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF DEFENSE *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR ENTRY OF PROPOSED
CASE MANAGEMENT BRIEFING SCHEDULE**

Pursuant to Local Rule 7, the parties jointly request entry of the attached scheduling order setting a briefing schedule for the parties' cross-motions for summary judgment. In support of this motion, the parties state as follows:

1. This is an action for review on an administrative record challenging Defendants' designation of Plaintiff as a "Chinese Military Company" pursuant to Section 1260H of the William M. ('Mac') Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283).

2. The parties have conferred and jointly request that Defendants be permitted to file a motion for summary judgment in lieu of an answer to Plaintiff's forthcoming amended complaint and jointly move the Court to enter the following schedule:

| Event | Deadline |
|---|---|
| Administrative record index filed with Court and administrative record provided to Plaintiff's counsel | February 24, 2025 |
| Amended complaint | March 3, 2025 |

1

2

| Plaintiff's motion for summary judgment | March 14, 2025 |
|---|---|
| Defendants' cross-motion for summary judgment and response to Plaintiff's motion | April 4, 2025 |
| Plaintiff's combined reply brief and response to Defendants' cross-motion | April 18, 2025 |
| Defendants' reply brief | May 9, 2025 |

3. The parties further jointly request that the Court vacate as unnecessary its order of January 27, 2025 requiring the parties to confer and submit a joint status report pursuant to Local Rule 16.3 and Federal Rule of Civil Procedure 26.

[*Remainder of page intentionally left blank.*]

Dated: February 13, 2025

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ *Samuel G. Williamson*
Samuel G. Williamson (Bar No. 984748)
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
samwilliamson@quinnemanuel.com
Telephone: (305) 402-4880
Facsimile: (305) 901-2975

Derek L. Shaffer (Bar No. 478775)
1300 I Street, Suite 900
Washington, DC 20005
derekshaffer@quinnemanuel.com
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorney for Plaintiff*


BRETT A. SHUMATE
Acting Assistant Attorney General

LAUREN A. WETZLER
Deputy Director

*/s/ Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

3