UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civ. Action No. 1:24-cv-02970-PLF |

### DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the United States Department of Defense; Pete Hegseth, Secretary of Defense, in his official capacity; and Dr. Vic C. Ramdass, Principal Deputy Assistant Secretary of Defense for Industrial Base Policy, in his official capacity, respectfully move this Court to enter summary judgment for Defendants. This motion is accompanied by a statement of the specific points of law and authority that support the motion and a proposed order.[1]

Dated: April 4, 2025              Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

LAUREN A. WETZLER
Deputy Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS (TX Bar No. 24037359)
KRISTINA A. WOLFE (VA Bar No. 71570)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW

---

[1] Defendants do not believe that oral argument is necessary here but have no objection to presenting oral argument if the Court would deem it useful.

Washington, D.C. 20005
Tel: (202) 353-3098
E-mail: daniel.riess@usdoj.gov
*Attorneys for Defendants*

2