# EXHIBIT 2

Machine Translated by Google

The Wayback Machine - https://web.archive.org/web/20240724203016/http://auto.jlu.edu.cn/info/1318/3221.htm

Welcome to Jilin University School of Automotive Engineering

Please enter a keyword to search

Simplified Chinese English



College of Automotive Engineering, Jilin university

Home College Profile Organizational Structure Talent Training Team Building Scientific Research Undergraduate Teaching Party Building College Culture Admissions Information Information Services



**Team Building**

National Key Laboratory of Automobile Chassis Integration and Bionics

Current location: Home > Team Building > Division

Talent Policy

**Faculty**

Faculty composition

Doctoral Supervisor

professor

Associate Professor

lecturer

researcher

Senior Engineer

Senior Engineer

Engineer

## Zhang Yuxin

Date: 2020-08-19 13:39:44 Author: Views: 10252



**Introduction**

Zhang Yuxin, PhD, Associate Professor, State Key Laboratory of Automotive Simulation and Control, Jilin University, Director of the Joint Laboratory of Automated Driving Safety

His main research interests include autonomous driving system safety engineering, vehicle dynamics and control, cutting-edge technology patent analysis and strategic research.

etc. He studied for a doctorate in system engineering at Jilin University (2016-2018), with Professor Chen Hong as his co-supervisor; Jilin University and the University of California

PhD in Vehicle Engineering, Berkeley (2016), taught by Professors K. H. Kuo and Karl J. Hedrick;

Master of Engineering (2012), studied under Professor Wang Guoqiang. Served as a research consultant on autonomous driving safety in technology companies such as UISEE and DJI Automotive.

To conduct research and practice in the field of high-level automated driving system safety.

**Brief Introduction**

Yuxin Zhang, PhD., Associate Professor at State Key Laboratory of Automotive Simulation and Control, Director of AD Safety Joint Laboratory. His main research

interests are automated driving systems safety engineering, vehicle dynamics and cont

Machine Translated by Google

advanced technology patent analysis/strategy. He was a postdoc in Systems Engineering

from                to              in Jilin University, China, supervised by Prof. Hong Chen. He received a

Joint Ph.D. degree in Vehicle Engineering from Jilin University, China and UC Berkeley,

USA in              , supervised by Prof. Konghui Guo and Karl J. Hedrick, Master of Science in Physics

Mechanical Engineering from Jilin University, China in                                , supervised by Prof. Guowang

Wang. He is automated driving safety research consultant of several hi-tech companies,

e.g. UISEE, DJI Automotive, to do research and practice in highly automated driving

systems safety areas.

Research

direction: Autonomous driving vehicle safety technology (functional safety, expected functional safety, comprehensive safety analysis, etc.)

Automated driving system engineering and safety engineering

Vehicle driving performance (safety/health/comfort) research

Cutting-edge technology patent analysis and strategic research

Education

2012/09-2016/06, Jilin University, Vehicle Engineering, PhD (Supervisor: Professor Guo Konghui)

2014/10-2015/10, University of California, Berkeley, Mechanical Engineering, Joint Training PhD (mentor: Professor Karl J Hedrick)

2009/09-2012/06, Jilin University, Mechanical Design and Theory, Master (Tutor: Professor Wang Guoqiang)

2005/09-2009/07, Jilin University, Mechanical Engineering and Automation, Student (Supervisor: Professor Wang Guoqiang)

Work experience

2019/09-Present, Jilin University, State Key Laboratory of Automotive Simulation and Control, Associate Professor

2016/08-2019/09, Jilin University, State Key Laboratory of Automotive Simulation and Control, Lecturer

2016/08-2019/07, Jilin University, System Engineering, Postdoctoral Fellow (Co-supervisor: Professor Chen Hong)

Academic Part-time

Member of the Society of Automotive Engineers of China, member of SAE International

Member of SAE Automated Driving Safety Technical Committee, Editor of SAE Automated Driving Safety Academic Conference Paper

ISO            SOTIF Standard China Technical Representative

ISO X Series Standard China Technical Representative

SAE STPA Recommended Practices Task Force Member (focus on Group : STPA and

(SOTIF)

UL            (Safety for the Evaluation of Autonomous Products) Standard Technical Panel

Member

Research

Projects [1]. Project leader, Research on safety concept design methods for high-level automated driving systems, a National Natural Science Foundation project,

2021.01-2024.12ÿ

Machine Translated by Google

[2]. Sub-project leader, Ministry of Industry and Information Technology, 2020 Industrial Technology Foundation Public Service Platform Project, Department of In-vehicle Intelligent Computing

System simulation test verification service platform, project sub-topics: Construction of expected functional safety scenarios and safety quantitative evaluation of automated driving systems

Estimated, 2020.10-2022.10.

[3]. Project leader, preliminary research and patent layout of core safety technologies for autonomous driving systems, horizontal cooperation research between schools and enterprises, long-term.

[4]. Project leader, Vehicle coupling mechanism and multi-objective coordinated control of energy-feedback semi-active suspension, National Natural Science Foundation of China Youth Project

ÿÿ 2018.01-2020.12ÿ

[5]. Project leader, Safety Engineering Methods and Applications for High-Level Automated Driving Systems, China Postdoctoral Science Foundation, 2017.02-

2019.05ÿ

[6]. Main participant, Vehicle active safety cooperative control and application verification under extreme working conditions, a major project funded by the National Natural Science Foundation of China,

2018.01-2022.12ÿ

[7]. Main participant, Autonomous driving electric vehicle testing and evaluation technology, National Key R&D Program Project, 2018.05-

2021.04ÿ

[8]. Main participant, development of key technology and verification platform for highly automated driving (L-class) electric vehicles, Beijing Municipal Science and Technology University

Technical planning project, 2018.01-2020.12.

[9]. Main participant, Intelligent vehicle driving dynamics modeling and multi-objective optimization control technology, National Natural Science Foundation Joint Fund

Project, 2016/01-2019/12.

[10]. Main participant, Research on active safety technology for off-road vehicle rollover prevention, National Natural Science Foundation of China, 2012/01-

2015/12ÿ

Representative

results [1]. Zhang Yuxin, He Wenqin, Chen Hong, An Peng, A review of patent analysis on autonomous vehicle safety technology[J]. Scientia Sinica Information

Sciences, 2020, Accepted.

[].Zhang Yuxin, Chen Hong, Guo Konghui, et al. Electro-hydraulic damper for energy

harvesting suspension: Modeling, prototyping and experimental validation[J]. Applied

Energy, .,                    :ÿ. (SCI, IF: .)

[].Zhang Yuxin, Guo Konghui, Wang Dai, et al. Energy conversion mechanism and :ÿ. (SCI, IF:

regenerative potential of vehicle suspensions[J]. Energy, .,

  .)

[].Zhang Yuxin, Guo Konghui, Li Shengbo, et al. Prototyping design and experimental

validation of membranous dual-cavity based amplitude selective damper[J]. Mechanical Systems and Signal Processing, .,

-, ÿ. (SCI, IF: .)

[5]. Wu Masha, Zhang Yuxin. The evolution of intelligent driving: dreams become reality[J]. Artificial Intelligence, Journal of the Artificial Intelligence Industry Innovation Alliance,

2018.12, 7: 5-25.

[].Yuxin Zhang, Xinjie Zhang, Min Zhan, Konghui Guo. Study on a novel hydraulic

pumping regenerative suspension for vehicles [J]. Journal of the Franklin Institute.

() ÿ. (SCI, DOI: ./j.jfranklin...)

[7]. Guo Konghui, Zhang Yuxin, Zhang Xinjie, Cui Hongliang, Ma Fangwu. Current status and prospects of research on thermal-mechanical coupling of hydraulic shock absorbers[J]. Mechanical Design

Journal of Management, 2014, 3(30):108-113.

Machine Translated by Google

[8]. Zhang Yuxin, Chen Hong, Xu Fang, Hu Yunfeng, Zhang Xinjie, An integrated sensing-actuation-energy recovery system[P], China Invention Patent

Li, Authorization, 2018.09.21, ZL..

[9]. Zhang Yuxin, Cai Shaojun, Luo Sai, An Peng, Intelligent personal transportation tools and their control methods, scheduling methods and storage media, China Development

Ming patent, substantive examination, 2018.05.22, CNA.

[10]. Zhang Yuxin, Jiang Yan, An object fixing system and a transportation tool with the system, Chinese invention patent, authorized,

2018.06.29, CNB.

[11]. Zhang Yuxin, Zhao Shuaishuai, A method, device and system for realizing vehicle emergency stop control, Chinese invention patent, substantive examination

Check,,2018.11.23, CNA.

[12]. Zhang Yuxin, Zhou Qing, A method and device for protecting passengers in a vehicle, Chinese invention patent, substantive examination,

2018.12.07, CNA.

[].Jiang Yan, Liu Yang, Zhang Yuxin, Zhang Zhiwu, Pedestrian safety protection

method and device for vehicles, PCT invention application, substantive examination, 2019.02.21, WOA.

[].Huang Bo, Zhang Yuxin, Distributed storage system for use with high-precision

maps and application, PCT invention application, substantive examination, 2018.08.16, WOA.

[15]. Wu Masha, Zhang Yuxin, Self-check method for intelligent vehicle before and after use, intelligent vehicle and its operation system, vehicle-mounted computing device and computer

Computer readable medium, Chinese invention patent, substantive examination, 2017.06.13, CNA.

[16]. Wu Masha, Zhang Yuxin, Zhou Xin, A method and device for remote assistance of a vehicle, Chinese invention patent, substantive examination

Check, 2017.12.22, CNA.

[17]. Xian Yuqiang, Zhang Yuxin, A method and device for controlling AVP vehicles in a parking lot, Chinese invention patent, substantive examination,

2018.09.04, CNA.

[18]. Huang Bo, Zhang Yuxin, Distributed storage system of high-precision maps and its application, Chinese invention patent, substantive examination,

2017.05.31, CNA.

[19]. Guo Konghui, Zhang Yuxin, Li Xuefei, et al. Obstacle crossing device and car with manual/automatic switching mode. ZL.,

Invention patent.

## Contact

number : 0431-85095090-6108

Mobile/WeChat: 13104303241

Email: yuxinzhang@jlu.edu.cn

LinkedIn: https://www.linkedin.com/in/zhangyuxin/

Address: Room B, State Key Laboratory of Automotive Simulation and Control, Jilin University, No. 5988, Renmin Street, Changchun City, Jilin Province

Previous article: Lu Pingping

Next article: Faye Wong

Machine Translated by Google



Copyright: Jilin University Automotive Engineering College JICP No. 06002985-1

Address: No. 5988, Renmin Street, Changchun City, Taiwan E-mail: cae@jlu.edu.cn

 

College Official WeChat    College Officer