# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE *et al.*,<br><br>    Defendants. | No. 1:24-cv-02970-PLF |

## [PROPOSED] ORDER

Upon consideration of Defendants' cross-motion for summary judgment, the opposition and reply thereto, and the applicable record, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that summary judgment is **ENTERED** for Defendants.

_____                               _____
Date                                                                               Paul L. Friedman
                                                                                        United States District Judge