UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF DEFENSE et al., )<br>)<br>Defendants. ) | Civil Action No. 24-2970 (PLF) |

## ORDER

On February 24, 2025, the Court issued a scheduling order for the parties' cross-motions for summary judgment, which provides that briefing will be complete by May 9, 2025. See Order [Dkt. No. 25]. In light of the upcoming completion of the parties' briefing, it is hereby

ORDERED that the parties shall file a joint status report on or before April 14, 2025, advising the Court of the parties' availability on May 12 and 13, 2025, for oral argument on the cross-motions for summary judgment; it is

FURTHER ORDERED that the joint status report shall include the parties' positions on whether the hearing will need to be closed to the public in the event the parties believe it will be necessary to discuss the classified information implicated in this case; and it is

FURTHER ORDERED that in anticipation of the hearing, the parties shall meet and confer regarding the order of argument and time limits for opening argument and rebuttal. The parties shall file an additional joint status report advising the Court of their proposed hearing schedule on or before May 12, 2025 at 9:00 a.m.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 4/8/25