# EXHIBIT 1

## 上海诺基亚贝尔股份有限公司 `存续`

NOKIA 上海贝尔

曾用名 2 　高新技术企业 　企业活动中心

企查分: 1463分 ↓-12
科创分: 98分 卓

| 统一社会信用代码: 9131000060721169N | 电话: 021-50554550 　更多 4 |
| 法定代表人: 马杰 关联企业 4 | 邮箱: jing.dai@nokia-sbell.com 　更多 2 |
| 注册资本: 693257.9469万元 | 官网: https://www.nokia-sbell.com 　公众号 3 |
| 成立日期: 1983-12-15 | 地址: 中国（上海）自由贸易试验区宁桥路388号 　附近企业 |

简介: 目前拥有员工约15,000人，国内销售服务网络覆盖31个省市，国际业务遍及50多个国家和地区。公司拥有强大的研发能力和深厚的专

| 所属集团 保利集团 | 投资机构: 上海贝尔 | 产品信息: 诺基亚贝尔 | 招投标 |
| 成员企业 2975　重要风险 1009 | 投资项目 1　投资事件 1 | 当前 未融资 | 中标 1626　招采 6 |

动态　开庭时间: 2025-05-09 新增开庭公告，案由: 服务合同纠纷　查看动态

| 风险扫描 | 自身风险 33 | 关联风险 43 | 历史信息 18 | 提示信息 359 | 分析 | 深度风险分析 170 | 债务/债权 17 | 风险关系 43 | 合同 低区 |

**基本信息** 149　　法律诉讼 159　　经营风险　　经营信息 999+　　企业发展 999+　　知识产权 999+

`查看图谱` `工商信息` `股东信息 6` `主要人员 12` `对外投资 16` `控制企业 15` `变更记录 30` `分支机构 34` `财务数据`

`协同股东 4` `疑似关系 14` `同业分析` `境外投资 3`

| 企业图谱 | 股权结构图 | 股权穿透图 | 关系图谱 | 实际控制人 | 企业受益股东 | 企业股权分布 | 关 |

## 工商信息

| 统一社会信用代码 | 9131000060721169N | 企业名称 | 上海诺基亚贝尔股份有限公司
曾用名 2　上海贝尔股份有限公司 (- 至 2017-05 |
| 法定代表人 | 马杰 关联企业 4 | 登记状态 | 存续（在营、开业、在册） | 成立日期 |
| | | 注册资本 | 693257.9469万元 | 实缴资本 |
| 组织机构代码 | 60721169-9 | 工商注册号 | 310004000000189 | 纳税人识别 |
| 企业类型 | 股份有限公司（外商投资、未上市） | 营业期限 | 1983-12-15 至 无固定期限 | 纳税人资质 |
| 人员规模 | 1000-1999人 | 参保人数 | 1042（2023年报）📊 | 核准日期 |
| | | 分支机构参保人数 | 545（2023年报）📊 | |
| 所属地区 | 上海市浦东新区 | 登记机关 | 上海市市场监督管理局 | 进出口企业 |
| 国标行业 | 通信系统设备制造（C3921）∨ | 英文名 | Nokia Shanghai Bell Co., Ltd. | |
| 注册地址 | 中国（上海）自由贸易试验区宁桥路388号（邮编201206）　附近企业 | | | |
| 经营范围 ⓘ | 一般项目: 信息系统集成服务; 智能控制系统集成; 网络与信息安全软件开发; 轨道交通通信信号系统开发; 轨道交通制造; 光通信设备销售; 网络设备销售; 数据处理服务; 信息系统运行维护服务; 技术服务、技术开发、技术推广; 网络技术服务; 互联网安全服务; 销售代理; 工业工程设计服务; 工程管理服务; 对外承包工程; 货物进出口; 总部管理; 软件开发。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）许可项目: 建设工程设计; 部门批准后方可开展经营活动，具体经营项目以相关部门批准文件或许可证件为准） |

## 股东信息 ⓘ 　🔲股权结构

**最新公示 4**　　历史股东信息 4　　历史股东镜像 3

| 序号 | 股东名称 | 持股比例 | 认缴出资额(万元) | 认缴出资日期 | 实缴 |
|---|---|---|---|---|---|
| 1 | ＋ 中国华信邮电科技有限公司
央企子公司　大股东 | 50.0000% | 346628.9734 | 2012-05-12 | 34 |
| 2 | Nokia PARTICIPATIONS CHINE
受益所有人 | 26.2926% | 182275.198 | 2012-05-12 | 1 |
| 3 | ＋ 诺基亚（上海）企业管理有限公司 | 16.7709% | 116265.3742 | 2012-05-12 | 11 |
| 4 | ＋ 朗讯科技投资有限公司 | 6.9366% | 48088.4013 | 2012-05-12 | 4 |

🔲 工商公示股东

## 主要人员 ⓘ

**主要人员 12**　　历史主要人员 18

| 序号 | 姓名 | 职务 |
|---|---|---|
| 1 | 马杰 📷4<br>法定代表人 | 董事长 |
| 2 | MARKUS BORCHERT | 总经理 |
| 3 | 景昊 📷2 | 董事 |
| 4 | ESA NIINIMAKI | 董事 |
| 5 | Federico Guillén | 董事 |
| 6 | 陈伟栋 📷4 | 董事 |
| 7 | MONIKA MAURER | 董事 |
| 8 | 唐辉 📷4 | 董事 |
| 9 | JACOB KURIAN | 董事 |
| 10 | 管景志 📷7 | 监事会主席 |

## 对外投资 📊图表分析

**对外投资16**　对外投资(间接) 1208　历史对外投资8　　　　　　持股比例▾

| 序号 | 被投资企业名称 | 状态 | 成立日期 | 持股比例 | 认缴出资额/持股数 | 间接持股比例 |
|---|---|---|---|---|---|---|
| 1 | NOKIA 诺基亚通信系统技术（北京）有限公司 | 存续 | 2007-02-14 | 100% | 237886.2712万元 | - |
| 2 | 上海贝尔信息产品有限公司 | 存续 | 1999-10-18 | 100% | 52694.7761万元 | - |
| 3 | NOKIA 上海诺基亚贝尔软件有限公司 | 存续 | 2007-01-31 | 100% | 10000万元 | - |
| 4 | 诺基亚东软通信技术有限公司 | 存续 | 2000-06-21 | 54.002% | 3129.2316万元 | - |
| 5 | HUANUO 湖南华诺科技有限公司 | 存续 | 2006-07-20 | 100% | 3000万元 | - |
| 6 | 浙江贝尔技术有限公司 | 存续 | 1994-09-22 | 40% | 1767.2万元 | - |
| 7 | 沈阳阿尔卡特电讯有限公司 | 存续 | 1993-12-28 | 30% | 134万美元 | 25% 🔗 |
| 8 | NOKIA 诺基亚通信（成都）有限公司 | 存续 | 2015-11-12 | 100% | 647.07万元 | - |
| 9 | 中央企业乡村产业投资基金股份有限公司<br>私募基金 | 存续 | 2016-10-24 | 0.0032% | 107.2323万元 | - |
| 10 | 上海诺诺贝贝尔（香港）有限公司<br>中国香港 | 仍注册 | 2004-04-01 | 100% | 77,220,000股 | - |

## 控制企业 15 ⓘ

📋批量查询以下企业▸　投资比例▾　登记状态▾　所属地区▾

| 序号 | 控制企业名称 | 状态 | 成立日期 | 所属地区 | |
|---|---|---|---|---|---|
| 1 | NOKIA 诺基亚通信系统技术（北京）有限公司 | 存续 | 2007-02-14 | 北京市东城区 | 科学 |
| 2 | 上海贝尔信息产品有限公司 | 存续 | 1999-10-18 | 上海市浦东新区 | 制造 |

| 3 | 上海诺基亚贝尔软件有限公司 | 存续 | 2007-01-31 | 上海市浦东新区 | 信息<br>服务 |
| 4 | 湖南华诺科技有限公司 | 存续 | 2006-07-20 | 湖南省长沙市 | 信息<br>服务 |
| 5 | 诺基亚通信（成都）有限公司 | 存续 | 2015-11-12 | 四川省成都市 | 科学 |
| 6 | 上海诺基亞貝爾（香港）有限公司 | 仍注册 | 2004-04-01 | 中国香港 | - |
| 7 | 沈阳阿尔卡特电讯有限公司 | 存续 | 1993-12-28 | 辽宁省沈阳市 | 制造 |
| 8 | 诺基亚东软信息技术有限公司 | 存续 | 2000-06-21 | 辽宁省大连市 | 信息<br>服务 |
| 9 | 浙江贝尔技术有限公司 | 存续 | 1994-09-22 | 浙江省杭州市 | 信息<br>服务 |
| 10 | 四川贝尔通信系统有限公司 | 注销 | 1993-12-29 | 四川省成都市 | 信息<br>服务 |

## 变更记录 30 ⓘ

| 序号 | 变更日期 | 变更项目 | 变更前 | |
| --- | --- | --- | --- | --- |
| 1 | 2024-12-30 | 章程备案 | 无 | 2024-12-23章 |
| 2 | 2024-12-30 | 其他事项 | ALCATEL PARTICIPATIONS<br>长安通信清算有限公司<br>诺基亚（上海）企业管理有限公司<br>Nokia Participations Chine<br>中国华信邮电经济开发中心 | Nokia Particip<br>ALCATEL PART<br>诺基亚（上海<br>长安通信清算有<br>中国华信邮电 |
| 3 | 2024-12-30 | 监事备案 | 陈丹<br>管景志<br>KRIS LEMMENS【退出】 | 陈丹<br>管景志 |
| 4 | 2024-03-18 | 监事备案 | KRIS LEMMENS<br>管景志<br>冯来周【退出】 | KRIS LEMMEN<br>管景志<br>陈丹【新进】 |
| 5 | 2023-11-23 | 法定代表人变更 | 袁欣 | 马杰* |
| 6 | 2023-11-23 | 董事备案 | ESA NIINIMAKI<br>MONIKA MAURER<br>JACOB KURIAN<br>Federico Guillén<br>陈伟栋 | ESA NIINIMA<br>MONIKA MAI<br>JACOB KURIA<br>Federico Guill<br>陈伟栋<br>⌄ |
| 7 | 2023-07-04 | 章程修正案备案 | 2017-07-01章程备案 | 2023-05-25 章 |
| 8 | 2023-07-04 | 其他事项 | 中国华信邮电经济开发中心<br>ALCATEL PARTICIPATIONS<br>长安通信清算有限公司<br>阿尔卡特朗讯（中国）投资有限公司<br>ALCATEL PARTICIPATIONS CHINE | 中国华信邮电经<br>Nokia Particip<br>诺基亚（上海<br>长安通信清算有<br>ALCATEL PART |
| 9 | 2023-07-04 | 经营范围变更 | 科研、开发、设计、制造、系统集成并在国内外销售各类信息<br>网络及交换网络,移动通信网络、数据通信网络,接入网络,轨道<br>交通信号系统、各类信息通信终端（包含移动电话机）和光、电<br>传输网络,网络管理及应用、企业和社区信息通信网络系统,及超<br>大规模集成电路和其他因特网产品,包括日后问世的各类新一代 | 一般项目:信息<br>智能控制系统<br>网络与信息安全<br>轨道交通通信设<br>轨道交通专用<br>⌄ |
| 10 | 2022-12-07 | 董事备案 | MONIKA MAURER<br>JACOB KURIAN<br>李少彤<br>Federico Guillén<br>陈伟栋 | MONIKA MAI<br>JACOB KURIA<br>李少彤<br>Federico Guill<br>陈伟栋<br>⌄ |

特别提示： "＊" 标识的为法定代表人。

## 分支机构 34  📊图表分析    📋批量查询以下企业▸   所属地区▼   成立日期▼

| 序号 | 企业名称 | 负责人 | 地区 |
| --- | --- | --- | --- |
| 1 | 上海诺基亚贝尔股份有限公司青岛分公司 | 张为波 | 山东省青岛市崂山区 |
| 2 | 上海诺基亚贝尔股份有限公司上海分公司 | 周扬 | 上海市静安区 |
| 3 | 上海诺基亚贝尔股份有限公司西藏分公司 | 何建飞 | 西藏自治区拉萨市城关 |

| 4 | 上海贝尔阿尔卡特网络有限公司北京办事处 | 汪继忠 | 北京市西城区 |
| 5 | 上海诺基亚贝尔股份有限公司青海分公司 | 陈文仕 | 青海省西宁市城西区 |
| 6 | 上海诺基亚贝尔股份有限公司安徽分公司 | 张飞 | 安徽省合肥市蜀山区 |
| 7 | 上海诺基亚贝尔股份有限公司辽宁分公司 | 李涛 | 辽宁省沈阳市沈河区 |
| 8 | 上海诺基亚贝尔股份有限公司山东分公司 | 毕渊 | 山东省济南市历下区 |
| 9 | 上海诺基亚贝尔股份有限公司天津分公司 | 王建强 | 天津市和平区 |
| 10 | 上海诺基亚贝尔股份有限公司海南分公司 | 陈川流 | 海南省海口市龙华区 |

## 财务数据　境内财报

财务简报　营业收入 / 净利润 / 净利率 / 毛利率等图表分析

**主要指标**　资产负债表　利润表　现金流量表　　　　　报告期 ▾　开始时间 ～ 结束

| | 2022年年报<br>人民币 | 2021年年报<br>人民币 | 202 |
| --- | --- | --- | --- |
| **利润表** | | | |
| 营业总收入 | 1,269,882.76万 | 1,206,121.02万 | 1,274,5 |
| 同比(%) | 5.29 | - | |
| 净利润 | -97,916.33万 | -9,927.50万 | |
| 同比(%) | -886.31 | - | |
| **资产负债表** | | | |
| 资产合计 | 1,651,190.33万 | 1,813,394.19万 | 1,891,8 |
| 同比(%) | -8.94 | - | |
| 负债合计 | 949,800.67万 | 1,023,770.13万 | |
| 所有者权益总计 | 701,389.66万 | 789,624.06万 | |
| 同比(%) | -11.17 | - | |
| **盈利能力** | | | |
| 加权净资产收益率(%) | -13.96 | -1.26 | |
| 净利率(%) | -7.71 | -0.82 | |
| **偿还能力** | | | |
| 资产负债率(%) | 57.52 | 56.46 | |

## 企业年报 11

| **2023年度报告**<br>2024-05-24 | **2022年度报告**<br>2023-05-31 | **2021年度报告**<br>2022-06-13 | **2020年度报告**<br>2021-05-31 | **2019年度报告**<br>2020-06-30 | **2018**<br>201 |
| --- | --- | --- | --- | --- | --- |

## 最终受益人 ⓘ　　　　　　　　　　　　　　　　　　　　　　　　　　🔗 基

### 受益所有人 1

| 序号 | 受益所有人名称 | 最终受益股份 | 受益类型 | 任职类型 |
| --- | --- | --- | --- | --- |
| 1 | Nokia PARTICIPATIONS 🔗 55<br>CHINE | 26.2926% ⚙ | 直接或间接持股 | - |

**受益自然人 10**　受益机构 1

| 序号 | 受益自然人名称 | 最终受益股份 | 受益类型 |
| --- | --- | --- | --- |
| 1 | Nokia PARTICIPATIONS 🔗 55<br>CHINE | 26.2926% ⚙ | 直接或间接持股 |
| 2 | 马杰 🔗 46 | - | 关联决策人员，法定代表人/负责人 |
| 3 | 陈伟栋 🔗 37 | - | 关键管理人员 |
| 4 | 唐辉 🔗 54 | - | 关键管理人员 |

| 5 | Federico Guillén 📇 35 | - | 关键管理人员 |
| 6 | JACOB KURIAN 📇 35 | - | 关键管理人员 |
| 7 | MONIKA MAURER 📇 35 | - | 关键管理人员 |
| 8 | ESA NIINIMAKI 📇 35 | - | 关键管理人员 |
| 9 | 景昊 39 | - | 关键管理人员 |
| 10 | MARKUS BORCHERT 📇 35 | - | 关键管理人员 |

## 实际控制人 ⓘ  ᚎ实际控制人图谱 ›

| 序号 | 实际控制人 | 总持 |
|---|---|---|
| 1 | 国务院国有资产监督管理委员会 ᚎ 142159 | 50 |

## 协同股东 4 ⓘ

| 序号 | 协同股东 | 共同持股企业数量 | 共同持股 |
|---|---|---|---|
| 1 | 上海诺基亞貝爾（香港）有限公司 | 4 | 乌鲁木齐贝尔通信技术服务有限公司<br>自身持股: 42.1488%　协同股东持股: 2<br>沈阳阿尔卡特电讯有限公司<br>自身持股: 30%　协同股东持股: 25%<br>查看更多 › |
| 2 | 中国电信集团有限公司 | 2 | 乌鲁木齐贝尔通信技术服务有限公司<br>自身持股: 42.1488%　协同股东持股: 2<br>中央企业乡村产业投资基金股份有限公司<br>自身持股: 0.0032%　协同股东持股: 1.7 |
| 3 | 中国铁路通信信号集团有限公司 | 2 | 北京贝尔通信设备制造有限公司<br>自身持股: 26%　协同股东持股: 49%<br>中央企业乡村产业投资基金股份有限公司<br>自身持股: 0.0032%　协同股东持股: 0.1 |
| 4 | 中国电信股份有限公司 | 2 | 阿网科技（上海）有限公司<br>自身持股: 26%　协同股东持股: 49%<br>贵州艾玛特信息超市项目开发有限公司<br>自身持股: 10%　协同股东持股: 40% |

## 疑似关系 14

| 序号 | 企业名称 | 状态 | 法定代表人 | 注册资本 | 成立日期 | 关联方 | 疑似 |
|---|---|---|---|---|---|---|---|
| 1 | 安弗施无线射频系统（上海）有限公司 | 存续 | 熊祥辉 | 2832万美元 | 1999-01-29 | 否 | |
| 2 | 上海诺基亚贝尔软件有限公司 | 存续 | MARKUS PETER RUDOLF BORCHERT | 10000万元 | 2007-01-31 | 是 › | |
| 3 | 南京典格通信科技有限公司 | 在业 | 何玉军 | 2327.2478万元 | 2014-04-25 | 否 | |
| 4 | 上海耀微科技有限公司 | 存续 | 张丽 | 100万元 | 2019-01-16 | 否 | |
| 5 | 上海诺基亚贝尔股份有限公司辽宁分公司 | 存续 | 李涛 | - | 2000-06-29 | 否 | |
| 6 | 上海诺基亚贝尔股份有限公司海南分公司 | 存续 | 陈川流 | - | 1999-03-24 | 否 | |
| 7 | 上海诺基亚贝尔股份有限公司陕西分公司 | 在业 | 张世明 | - | 1997-09-04 | 否 | |
| 8 | 上海诺基亚贝尔股份有限公司湖南分公司 | 存续 | 许立 | - | 1996-03-26 | 否 | |
| 9 | 上海诺基亚贝尔股份有限公司江西分公司 | 存续 | 张可 | - | 1996-03-25 | 否 | |

| 10 | 上海诺基亚贝尔股份有限公司贵州分公司 | 存续 | 高长林 | - | 1996-03-22 | 否 | |

## 同业分析



| | | |
|---|---|---|
| 注册资本 | 注册资本-全国<br>该企业属于 **计算机、通信和其他电子设备制造业** ▶ ，全国同行企业 **53万家**；<br>该企业注册资本为 **693257.9469万元**，超过全国 **99%** 的同行企业。 | 注册资本-本省<br>该企业属于 **计算机、通信和其他电子** |
| 进入市场时期 | | |
| 地域分布 | | |

全国同行企业注册资本占比

| 50万以内 | 44.74% |
|---|---|
| 50-100万 | 14.97% |
| 100-500万 | 22.42% |
| 500-1000万 | 6.88% |
| 1000-5000万 | 7.79% |
| 属于 5000万以上 | 3.2% |

## 境外投资 3

### 境外对外投资 3

| 序号 | 被投资企业名称 | 疑似关系 | 持股比例 | 编号 | 编号类型 | 行 |
|---|---|---|---|---|---|---|
| 1 | RADIO FREQUENCY SYSTEMS FRANCE<br>法国 | 二级子公司 | 100% | 659804397 | - | Communicat equipment |
| 2 | NOKIA SHANGHAI BELL (HONG KONG) LIMITED<br>中国香港 | 一级子公司 | 100% | 0893120 | Trade register number | Communicat equipment, r |
| 3 | RFS HOLDING GMBH<br>德国 | 一级子公司 | 100% | HRB 207293 (Han nover) | Trade register number | Offices of ba companies |

数据来源：国家企业信用信息公示系统、全国建筑市场监管公共服务平台等。

相关企业　热门企业　推荐企业

| 上海京颐科技股份有限公司<br>李志 | 上海乐扣科技股份有限公司<br>彭刚 | 上海鸿辉光通科技股份有限公司<br>黄惠良 | 商赢环球股份有限公司<br>程炜 |
|---|---|---|---|
| 上海易销科技股份有限公司<br>薛俊 | 中路股份有限公司<br>陈闪 | 上海北特科技股份有限公司<br>靳坤 | 上海珂通科技股份有限<br>唐慧 |



**Shanghai Nokia Bell Co., Ltd.** continues to exist

Formerly known as 2 High-tech Enterprise Technology Center

NOKIA 上海贝尔

Enterprise score rank: 1463 points L-12 ↗   Science and Technology Innovation Score: 56 points

Unified social credit code: 91310000607211699N

Legal representative: Ma Jie ŷ Related companies 4

Registered capital: RMB 693,257,946,900

Date of establishment: 1983-12-15

Tel: 021-50554550More 4

Email: jing.dai@nokia-sbell.com More2

Official website: https://www.nokia-sbell.com Public account ŷ

Add: No. 388 Ningqiao Road, China (Shanghai) Pilot Free Trade Zone    Nearby Businesses

Introduction: Currently, the company has about 15,000 employees, with a domestic sales and service network covering 31 provinces and cities, and international business covering more than 50 countries and regions. The company has strong R&D capabilities and deep expertise.

ŷ Poly Group
Member Enterprises 2975 Important Risks 1009ŷ

ŷ Investment institution: Shanghai Bell Investment Project 1 Investment Event 1

Product Information: Nokia Bell is not currently funded

ŷ Bidding and
tendering won 1026 Procurement and procurement 0

**动态**   Court opening date: 2025-05-09 New court opening notice, case: service contract dispute View dynamics

ŷOwn risk 33

Associated risks 43

Historical information 18

Tips 359

ŷIn- depth risk analysis 70

Debt/Credit 17

Risky relationships 43

Breach of contract
Low wind

**Basic** Information149 Legal proceedings159        Business Risks        Business information 999+ Enterprise Development 999+ Intellectual Property 999+

Chachatu Industrial and Commercial Information Shareholder Information 4 Main Personnel 12 Foreign Investment 16 Controlled Enterprises 15 Change Records 30 Branches 34 Financial Data Enterprise

Collaborative shareholders 4 Suspected relationships 14 Peer analysis Overseas investments 3

Enterprise Map | Equity Structure Chart Equity Penetration Chart | Relationship Map | Actual controller Enterprise beneficial shareholder Enterprise equity distribution relationship

**Business Information**   ŷ

| Unified social credit code 91310000607211699N | | Company Name | Shanghai Nokia Bell Co., Ltd. Formerly known as 2Shanghai Bell Co., Ltd. (- to 2017-05 | |
|---|---|---|---|---|
| Legal representative | Ma Jie ŷ Related companies 4 | Registration Status | Continuing existence (in operation, in business, on the register) | Date of Establishment |
| | | Registered capital | 6932579469 yuan | Paid-in capital |
| Organization Code | 60721169-9 | Business registration number | 310000400000189 | Taxpayer Identification |
| Company Type | Limited Liability Company (Foreign Investment, Unlisted) Business Term | | 1983-12-15 to indefinite term | Taxpayer Qualification |
| Staff size | 1000-1999 people | Number of insured persons | 1042 (2023 Annual Report) ŷ | Approval Date |
| | | Number of insured persons in branches | 545 (2023 Annual Report) ŷ | |
| Region | Pudong New Area, Shanghai | Registration Authority | Shanghai Municipal Administration for Market Regulation | Import and export enterprises |
| National standard industry | Communication system equipment manufacturing (C3921) | English name | Nokia Shanghai Bell Co., Ltd. | |
| Registered Address | Code: No. 388 Ningqiao Road, China (Shanghai) Pilot Free Trade Zone 201206 | ŷ Nearby businesses | | |
| Business Scope ŷ | General projects: information system integration services; intelligent control system integration; network and information security software development; rail transit communication signal system development; rail transit manufacturing; sales of optical communication equipment; network equipment manufacturing; network equipment sales; information system operation and maintenance services; technical services, technology development network technology services; Internet security services; sales agency; industrial engineering design services; engineering management services; foreign contracting projects; import and export of goods; Headquarters management; software development. (Except for projects that require approval according to law, business activities can be carried out independently according to law with business license) Licensed projects: construction engineering design; Business activities can only be carried out after approval by relevant departments. The specific business projects shall be subject to the approval documents or licenses of relevant departments) | | | |

**Shareholder Information** ŷ ŷ Equity Structure

Latest Announcement 4 Historical Shareholder Information 4 Historical Shareholder Mirror 3

| Serial number | Shareholder Name | Shareholding ratio | Subscribed capital contribution amount (10,000 yuan) | Subscribed capital contribution date | Actual paid capital |
|---|---|---|---|---|---|
| 1 | ŷ China Huaxin Post and Telecommunications Technology Co., Ltd. Major shareholders of subsidiaries of central enterprises | 50.0000% | 346628.9734 | 2012-05-12 | 34 |
| 2 | Nokia PARTICIPATIONS CHINE Beneficial Owner | 26.2926% | 182275.198 | 2012-05-12 | 18 |
| 3 | (ŷhai) Enterprise Management Co., Ltd. | 16.7709% | 116265.3742 | 2012-05-12 | 11 |
| 4 | ŷ Lucent Technologies Investment Co., Ltd. | 6.9366% | 48088.4013 | 2012-05-12 | 48 |

ŷ Industrial and commercial disclosure of shareholders

**Key Personnel**

**Main Personnel 12** History Main Personnel 18

hold

| Serial number | Name | Position |
|---|---|---|
| 1 | Ma Jie ÿ 4  Legal representative | Chairman |
| 2 | MARKUS BORCHERT | General manager |
| 3 | Jing Hao ÿ 2 | director |
| 4 | ESA NIINIMAKI | director |
| 5 | Federico Guillén | director |
| 6 | Chen Weidong ÿ 4 | director |
| 7 | MONIKA MAURER | director |
| 8 | Tang Hui ÿ 4 | director |
| 9 | JACOB KURIAN | director |
| 10 | Guan Jingzhi ÿ 7 | Chairman of the Supervisory Board |

**Overseas Investment**      ÿ Chart analysis

**Outward investment 16** Outward investment (indirect) 1208 Historical outward investment 8

Shareholding ratio

| Serial number | Name of invested enterprise | Status | Date of Establishment | Shareholding Ratio | Subscribed Capital/Number of Shares | Indirect Shareholding Ratio |
|---|---|---|---|---|---|---|
| 1 | NOKIA  Nokia Communications Systems Technology (Beijing) Co., Ltd. company | | 2007-02-14 | 100% | 2378862712 million yuan | - |
| 2 | Shanghai Bell Information Products Co., Ltd. | Continuing | 1999-10-18 | 100% | 526947761 yuan | - |
| 3 | NOKIA BELL  Shanghai Nokia Bell Software Co., Ltd. | | 2007-01-31 | 100% | 100 million yuan | - |
| 4 | Nokia Neusoft Communications Technologies Co., Ltd. | Continuing | 2000-06-21 | 54.002% | 3129.2316 million yuan | - |
| 5 | HUANUO  Hunan Huanuo Technology Co., Ltd. | | 2006-07-20 | 100% | 30 million yuan | - |
| 6 | Zhejiang Bell Technology Co., Ltd. | Continuing | 1994-09-22 | 40% | 17.672 million yuan | - |
| 7 | Shenyang Alcatel Telecommunications Co., Ltd. | | 1993-12-28 | 30% | $1.34 million | 25% ÿ |
| 8 | NOKIA BELL  Nokia Communications (Chengdu) Co., Ltd. | | 2015-11-12 | 100% | 6.4707 yuan | - |
| 9 | Central Enterprises Rural Industry Investment Fund Co., Ltd.  Limited Company  Private Equity | | 2016-10-24 | 0.0032% | 10.72323 million yuan | - |
| 10 | Shanghai Nokia Bell (Hong Kong) Co., Ltd.  Hong Kong | Still registered | 2004-04-01 | 100% | 77,220,000 shares | - |

**Controlling Enterprises**

ÿ Batch query · The following enterprises ÿ investment  registration status  belongs to the region ÿ

| Serial number | Controlling company name | state | Date of Establishment | Region |
|---|---|---|---|---|
| 1 | NOKIA  Nokia Communications Systems Technologies (Beijing) Co., Ltd. | Continuation | 2007-02-14 | Beijing Dongcheng District Science |
| 2 | Shanghai Bell Information Products Co., Ltd. | Continuation | 1999-10-18 | Made in Shanghai Pudong New Area |

| 3 | Shanghai Nokia Bell Software Co., Ltd. | Continuation | 2007-01-31 Pudong New Area, Shanghai | information Serve |
| 4 | Hunan Huanuo Technology Co., Ltd. | Continuation | 2006-07-20 | Changsha City, Hunan Province | Serve |
| 5 | Nokia Communications (Chengdu) Co., Ltd. | Continuation | 2015-11-12 | Chengdu Science and Technology University, Sichuan Province |
| 6 | Shanghai Nokia Bell (Hong Kong) Co., Ltd. | Still registered 2004-04-01 | Hong Kong | - |
| 7 | Shenyang Alcatel Telecommunications Co., Ltd. | Continuation | 1993-12-28 | Made in Shenyang, Liaoning Province |
| 8 | Nokia Neusoft Communications Technologies Co., Ltd. | Continuation | 2000-06-21 | Dalian City, Liaoning Province | information Serve |
| 9 | Zhejiang Bell Technology Co., Ltd. | Continuation | 1994-09-22 Hangzhou, Zhejiang Province | information Serve |
| 10 | Sichuan Bell Communications Systems Co., Ltd. | Logout | 1993-12-29 Chengdu, Sichuan Province | information Serve |

## Change Log 30

| Serial number change date | Change Item | Before Change | |
|---|---|---|---|
| 1 | 2024-12-30 Articles of Association Recordal | none | 2024-12-23 Chapter |
| 2 | 2024-12-30 Other matters | ALCATEL PARTICIPATIONS<br>Changan Telecommunications Clearing Co., Ltd.<br>Nokia (Shanghai) Enterprise Management Co., Ltd.<br>Nokia Participations China<br>China Huaxin Post and Telecommunications Economic Development Center | Nokia Particip<br>ALCATEL PART<br>Nokia (Shanghai)<br>Changan Communication Clearing Co., Ltd<br>China Huaxin Post and Telecommunications |
| 3 | 2024-12-30 Supervisor Record | Chen Dan<br>Guan Jingzhi<br>KRIS LEMMENS [Exit] | Chen Dan<br>Guan Jingshi |
| 4 | 2024-03-18 Supervisor Record | KRIS LEMMENS<br>Guan Jingzhi<br>Feng Laizhou[Exit] | KRIS LEMMEN<br>Guan Jingshi<br>Chen Dan [Newcomer] |
| 5 | 2023-11-23 Change of legal representative | Yuan Xin | Ma Jie* |
| 6 | 2023-11-23 Directors Record | ESA NIINIMAKI<br>MONIKA MAURER<br>JACOB KURIAN<br>Federico Guillén<br>Chen Weidong | ESA NIINIMA<br>MONIKA MAU<br>JACOB KURIA<br>Federico Guill<br>Chen Weidong<br>ÿ |
| 7 | 2023-07-04 Articles of Association Amendment Filing | 2017-07-01Articles of Association Record | 2023-05-25 Chapter |
| 8 | 2023-07-04 Other matters | China Huaxin Post and Telecommunications Economic Development Center<br>ALCATEL PARTICIPATIONS<br>Changan Telecommunications Clearing Co., Ltd.<br>Alcatel-Lucent (China) Investment Co., Ltd.<br>ALCATEL PARTICIPATIONS CHINE | China Huaxin Post and Telecommunications<br>Nokia Particip<br>Nokia (Shanghai)<br>Changan Communication Clearing Co., Ltd.<br>ALCATEL PART |
| 9 | 2023-07-04 Change of business scope | Research, development, design, manufacturing, system integration and sales of various information at home and abroad<br>Network and switching network, mobile communication network, data communication network, access network, rail transit<br>Communication signal systems, various information and communication terminals (including mobile phones) and optical and electrical<br>Transmission network, network management and application, enterprise and community information communication network system, and ultra-high<br>Large-scale integrated circuits and other Internet products, including various new generations that will be introduced in the future | General Project Information Department<br>Intelligent control system set<br>Network and Information Security<br>Rail Transit Communication<br>Rail transit equipment |
| 10 | 2022-12-07 Directors Record | MONIKA MAURER<br>JACOB KURIAN<br>Li Shaotong<br>Federico Guillén<br>Chen Weidong | MONIKA MAU<br>JACOB KURIA<br>Li Shaotong<br>Federico Guill<br>Chen Weidong<br>ÿ |

Special note: The person marked with "*" is the legal representative.

## Branches 34 ÿ Chart Analysis

ÿ Batch query The following enterprises/areas and establishment dates

| Serial number | Company Name | Person in charge | area |
|---|---|---|---|
| 1 | Shanghai Nokia Bell Co., Ltd. Qingdao Branch | Zhang Weibo | Laoshan District, Qingdao City, Shandong Province |
| 2 | Shanghai Nokia Bell Co., Ltd. Shanghai Branch | Zhou Yang | Jing'an District, Shanghai |
| 3 | Shanghai Nokia Bell Co., Ltd. Tibet Branch | He Jianfei | Lhasa City, Tibet Autonomous Region |

| | | | |
|---|---|---|---|
| 4 | Shanghai Bell Alcatel Co., Ltd. Beijing Office | Wang Jizhong | Xicheng District, Beijing |
| 5 | Shanghai Nokia Bell Co., Ltd. Qinghai Branch | Chen Wenshi | Chengxi District, Xining City, Qinghai Province |
| 6 | Shanghai Nokia Bell Co., Ltd. Anhui Branch | Zhang Fei | Shushan District, Hefei City, Anhui Province |
| 7 | Shanghai Nokia Bell Co., Ltd. Liaoning Branch | Li Tao | Shenhe District, Shenyang City, Liaoning Province |
| 8 | Shanghai Nokia Bell Co., Ltd. Shandong Branch | Bi Yuan | Lixia District, Jinan City, Shandong Province |
| 9 | Shanghai Nokia Bell Co., Ltd. Tianjin Branch | Wang Jianqong | Heping District, Tianjin |
| 10 | Shanghai Nokia Bell Co., Ltd. Hainan Branch | Chen Chuanfu | Longhua District, Haikou City, Hainan Province |

**Financial Data** | Domestic financial reports |

Financial Analysis    Operating income/net profit/net profit margin/gross profit margin and other chart analysis

Main indicators  Balance sheet  Income statement  Cash flow statement

Reporting period starts and ends

| | 2022 Annual Report RMB | 2021 Annual Report RMB | 202 |
|---|---|---|---|
| **Income Statement** | | | |
| Total operating income | 1,269,882.76 million | 1,206,121.02 million | 1,274,5 |
| Year-on-year (%) | 5.29 | - | |
| Net Profit | -979,163,300 | -99,275,000 | |
| Year-on-year (%) | -886.31 | - | |
| **Balance Sheet** | | | |
| Total assets | 1,651,190.33 million | 1,813,394.19 million | 1,891,8 |
| Year-on-year (%) | -8.94 | - | |
| Total liabilities | 949,800.67 million | 1,023,770.13 million | |
| Total owners' equity | 701,389.66 million | 789,624.06 million | |
| Year-on-year (%) | -11.17 | - | |
| **Profitability** | | | |
| Weighted return on net assets (%) | -13.96 | -1.26 | |
| Net profit margin (%) | -7.71 | -0.82 | |
| **Repayment Ability** | | | |
| Debt-to-asset ratio (%) | 57.52 | 56.46 | |

**Annual Report 11**

| 2023 Annual Report | 2022 Annual Report | 2021 Annual Report | 2020 Annual Report | 2019 Annual Report | 2018 |
|---|---|---|---|---|---|
| 2024-05-24 | 2023-05-31 | 2022-06-13 | 2021-05-31 | 2020-06-30 | 201 |

**Final beneficiary**

Based on

**Beneficial Owner 1**

| Serial number | Beneficial Owner Name | Ultimate beneficial shares | Benefit Type | Job Type |
|---|---|---|---|---|
| 1 | Nokia PARTICIPATIONS ÿ 55 CHINE | 26.2926% ÿDirect or indirect shareholding | - | - |

**Beneficiary natural person 10** Beneficiary institution 1

| Serial number | Name of the Beneficiary Natural Person | Ultimate beneficial shares | Benefit Type |
|---|---|---|---|
| 1 | Nokia PARTICIPATIONS ÿ 55 CHINE | 26.2926% ÿ | Direct or indirect shareholding |
| 2 | Ma Jie ÿ 46 | - | Key decision-makers, legal representatives/persons in charge |
| 3 | Chen Weidong ÿ 37 | - | Key Management Personnel |
| 4 | Tang Hui ÿ 54 | - | Key Management Personnel |



| 5 | Federico Guillén ÿ 35 | - | Key Management Personnel |
|---|---|---|---|
| 6 | JACOB KURIAN ÿ 35 | - | Key Management Personnel |
| 7 | MONIKA MAURER ÿ 35 | - | Key Management Personnel |
| 8 | ESA NIINIMAKI ÿ 35 | - | Key Management Personnel |
| 9 | Jing Hao ÿ 39 | - | Key Management Personnel |
| 10 | MARKUS BORCHERT ÿ 35 | - | Key Management Personnel |

## Actual **controllerÿ** ÿMap of actual controllersÿ

| Serial number | Actual controller | | Sudatta |
|---|---|---|---|
| 1 | | State-owned Assets Supervision and Administration Commission of the State Council ÿ 142159 | 50 |

**Collaborative Shareholders**

| Serial number | Collaborative Shareholders | Number of jointly held companies | Joint holdings | |
|---|---|---|---|---|
| 1 | Shanghai Nokia Bell (Hong Kong) Co., Ltd. | 4 | Urumqi Bell Communication Technology Service Co., Ltd.<br>Own shareholding: 42.1488% Cooperative shareholder shareholding: 2 | |
| | | | Shenyang Alcatel Telecommunications Co., Ltd.<br>Own shareholding: 30% Cooperative shareholder shareholding: 25% | |
| | | | View moreÿ | |
| 2 | China Telecom Corporation Limited | 2 | Urumqi Bell Communication Technology Service Co., Ltd.<br>Own shareholding: 42.1488% Cooperative shareholder shareholding: 2 | |
| | | | Central Enterprises Rural Industry Investment Fund Co., Ltd.<br>Own shareholding: 0.0032% Cooperative shareholder shareholding: 1.7 | |
| 3 | China Railway Signal & Communication Group Co., Ltd. | 2 | Beijing Bell Communications Equipment Manufacturing Co., Ltd.<br>Own shareholding: 26% Cooperative shareholder shareholding: 49% | |
| | | | Central Enterprises Rural Industry Investment Fund Co., Ltd.<br>Own shareholding: 0.0032% Cooperative shareholder shareholding: 0.1 | |
| 4 | China Telecom Corporation Limited | 2 | ANet Technology (Shanghai) Co., Ltd.<br>Own shareholding: 26% Co-shareholder shareholding: 49% | |
| | | | Guizhou Amate Information Supermarket Project Development Co., Ltd.<br>Own shareholding: 10% Cooperative shareholder shareholding: 40% | |

**Suspected relationship 14**

Suspected

| Serial number | Company Name | Status | Legal Representative | Registered capital | Date of Establishment | Related parties | |
|---|---|---|---|---|---|---|---|
| 1 | Anfushi Wireless Radio Frequency System (Shanghai) Co., Ltd. company | Surviving | Xiong Xianghui | $28.32 million | 1999-01-29 | no | |
| 2 | Shanghai Nokia Bell Software Co., Ltd. | Continuation | MARKUS PETER R UDOLF BORCHER T | 100 million yuan | 2007-01-31 | yes ▶ | |
| 3 | Nanjing DianGe Communication Technology Co., Ltd. | | He Yujun | 232.72478 million yuan | 2014-04-25 | no | |
| 4 | Shanghai Yaowei Technology Co., Ltd. | | Zhang Li | 1 million yuan | 2019-01-16 | no | |
| 5 | Shanghai Nokia Bell Co., Ltd. Liaoning Branch Office | | Li Tao | - | 2000-06-29 | no | |
| 6 | Shanghai Nokia Bell Co., Ltd. Hainan Branch Office | | Chen Chuanliu | - | 1999-03-24 | no | |
| 7 | Shanghai Nokia Bell Co., Ltd. Shaanxi Branch Office | | Zhang Shiming in business | - | 1997-09-04 | no | |
| 8 | Shanghai Nokia Bell Co., Ltd. Hunan Branch Office | | Continuing to exist | - | 1996-03-26 | no | |
| 9 | Shanghai Nokia Bell Co., Ltd. Jiangxi Branch Office | | Zhang Ke | - | 1996-03-25 | no | |

| 10 | Shanghai Nokia Bell Co., Ltd. Guizhou Branch Office | Gao Changlin | - | 1996-03-22 | no | |

**Industry Analysis**



| Registered capital | **Registered capital-National** The company belongs to **the computer, communications and other electronic equipment manufacturing industry ,** and **there are $30,000** similar companies in the country ; The company's registered capital is **$63,257,848,900 yuan, exceeding 99%** of its peers nationwide. | | **Registered capital-province** This enterprise belongs to **computer, communications and other electronic** The registered capital of the enterprise is **6632579469** |
| Entering the market | | The proportion of registered capital of peer companies nationwide | |
| | | Within 500,000 | 44.74% |
| | | 500,000-1,000,000 | 14.97% |
| Geographical Distribution | | 1-5 million | 22.42% |
| | | 5-10 million | 6.88% |
| | | 10-50 million | 7.79% |
| | | More than 50 million | 3.2% |

**Overseas investment3**

**Overseas outbound investment3**

| Serial number | Name of invested enterprise | Shareholding ratio of suspected relationship | serial number | Number Type | OK |
|---|---|---|---|---|---|
| 1 | RADIO FREQUENCY SYSTEMS FRANCE France | Second-tier subsidiary 100% | 659804397 | - | Communicati Equipment |
| 2 | NOKIA SHANGHAI BELL (HONG KONG) LIMITED Hong Kong | First-tier subsidiary 100% | 0893120 | Trade register number | Communicati equipment, n |
| 3 | RFS HOLDING GMBH Germany | First-tier subsidiary 100% | HRB 207293 (Hannover) | Trade register number | Offices of ba companies |

Data sources: National Enterprise Credit Information Publicity System, National Construction Market Supervision Public Service Platform, etc.

Related companies Popular companies Recommended companies

| Shanghai Jingyi Technology Co., Ltd. Li Zhi | Shanghai Lock&Lock Technology Co., Ltd. Peng Gang | Shanghai Honghui Optoelectronics Technology Co., Ltd. Huang Huiliang | Shangying Global Co., Ltd. Cheng Wei |
| Shanghai E-Commerce Technology Co., Ltd. Xue Jun | Zhonglu Co., Ltd. Chen Shan | Shanghai Beite Technology Co., Ltd. Jin Kun | Shanghai Hengtong Technology Co., Ltd. Tang Hui |