# EXHIBIT 2

# 上海诺基亚贝尔股份有限公司陕西分公司  在业

曾用名 2  小微企业

| | |
|---|---|
| 统一社会信用代码：91610000X23101832G | 电话：021-50554550  更多 3 |
| 负责人：张世明  关联企业 7 | 邮箱：asb.support@alcatel_sbell.com.cn |
| 成立日期：1997-09-04 | 官网：https://www.nokia-sbell.com |
| | 地址：陕西省西安市碑林区南关正街88号E座19层19F-07号  附近企业 |

**动态** 2023-04-15 企业地址变更：从 "陕西省西安市雁塔区团结南路11号中晶科技广场2号楼8层A单元" 变更... 查看动态

**风险扫描**
自身风险 0　关联风险 0　历史信息 0　提示信息 5

**分析**
深度风险分析 0　风险关系 0　合同违约 0

基本信息 56 ｜ 法律诉讼 ｜ 经营风险 ｜ 经营信息 37 ｜ 企业发展 2

查查图谱 ｜ 工商信息 ｜ 变更记录 29 ｜ 总公司 1 ｜ 财务数据 ｜ 企业年报 12 ｜ 最终受益人 ｜ 疑似关系 12 ｜ 境外投资 0

## 工商信息

| | | | |
|---|---|---|---|
| 统一社会信用代码 | 91610000X23101832G | 企业名称 | 上海诺基亚贝尔股份有限公司陕西分公司<br>曾用名 2　上海贝尔股份有限公司陕西分公司（-3...）<br>上海贝尔阿尔卡特股份有限公司陕西分... |
| 负责人 | 张世明  关联企业 7 | 登记状态 | 开业 |
| 组织机构代码 | X2310183-2 | 工商注册号 | 610000500003031 |
| 企业类型 | 外商投资企业分支机构 | 营业期限 | 1997-09-04 至 无固定期限 |
| 人员规模 | 少于50人 | 参保人数 | 12（2024年报） |
| 所属地区 | 陕西省西安市碑林区 | 登记机关 | 西安市市场监督管理局 |
| 国标行业 | 其他电子产品零售（F5279） | 英文名 | Shanghai Nokia Bell Co., Ltd. Shaanxi Branch |
| 营业场所 | 陕西省西安市碑林区南关正街88号E座19层19F-07号（邮编710068）  附近企业 | | |
| 经营范围 | 销售、安装、维护本公司生产的数字程控交换机、移动通信产品、综合服务数字网、智能网络、分组交换、光交换系...的项目，经相关部门批准后方可开展经营活动） | | |

成立日期
纳税人识别...
纳税人资质
核准日期

## 变更记录 29

| 序号 | 变更日期 | 变更项目 | 变更前 | |
|---|---|---|---|---|
| 1 | 2024-12-22 | 登记机关变更 | 陕西省市场监督管理局 | 西安市市场监... |
| 2 | 2024-12-19 | 住所变更 | 陕西省西安市高新区丈八一路10号1幢12103室 | 陕西省西安市... |
| 3 | 2024-12-19 | 邮政编码变更 | 原邮政编码:710000 | 新邮政编码:71... |
| 4 | 2024-12-19 | 上级企业变更 | 企业名称: 上海诺基亚贝尔股份有限公司<br>注册号: 310000400000189 | 企业名称: 上...<br>注册号: 31000... |
| 5 | 2024-12-19 | 联系电话变更 | *********** | *********** |
| 6 | 2023-04-13 | 住所变更 | 陕西省西安市雁塔区团结南路11号中晶科技广场2号楼8层A单元 | 陕西省西安市... |
| 7 | 2023-04-13 | 邮政编码变更 | 原邮政编码:710075 | 新邮政编码:71... |
| 8 | 2023-04-13 | 联系电话变更 | *********** | *********** |
| 9 | 2023-04-13 | 联络员备案 | 原联络员姓名:马玉华,原联络员固定电话:******,原联络员移动电话:******，原联络员电子邮箱:songbowen******@***.com,原联络员身份证件类型:居民身份证,原联络人员证件号码:****** | 现联络员姓名:...话:******,现联...m,现联络员身份... |
| 10 | 2023-04-13 | 行业代码变更 | 5279:其他电子产品零售 | 5279:其他电子... |

特别提示：" * " 标识的为负责人。" ⚑ " 角标标识的为企查查根据官网公示信息对比分析后平台计算的数据，其变更日期是对比分析后更新数据的时间。

## 总公司 1

| 序号 | 企业名称 | 法定代表人 | 注册资... |
|---|---|---|---|
| 1 | 上海诺基亚贝尔股份有限公司 | 马杰  关联企业 4 | 693257.946... |

## 企业年报 12

| 2024年度报告 | 2023年度报告 | 2022年度报告 | 2021年度报告 | 2020年度报告 | 2019 |
|---|---|---|---|---|---|
| 2025-01-17 | 2024-02-01 | 2023-04-17 | 2022-03-09 | 2021-02-03 | 202 |

## 最终受益人 ⓘ

### 受益所有人 1

| 序号 | 受益所有人名称 | 最终受益股份 | 受益类型 | 任职类型 |
|---|---|---|---|---|
| 1 | Nokia PARTICIPATIONS CHINE  55 | 26.2926% | 直接或间接持股 | - |

### 受益自然人 10  受益机构 1

| 序号 | 受益自然人名称 | 最终受益股份 | 受益类型 |
|---|---|---|---|
| 1 | Nokia PARTICIPATIONS CHINE  55 | 26.2926% | 直接或间接持股 |
| 2 | 马杰  46 | - | 关键决策人员，法定代表人/负责人 |
| 3 | 陈伟栋  37 | - | 关键管理人员 |
| 4 | 唐辉  54 | - | 关键管理人员 |
| 5 | Federico Guillén  35 | - | 关键管理人员 |
| 6 | JACOB KURIAN  35 | - | 关键管理人员 |
| 7 | MONIKA MAURER  35 | - | 关键管理人员 |
| 8 | ESA NIINIMAKI  35 | - | 关键管理人员 |
| 9 | 景昊  39 | - | 关键管理人员 |
| 10 | MARKUS BORCHERT  35 | - | 关键管理人员 |

## 疑似关系 12

| 序号 | 企业名称 | 状态 | 法定代表人 | 注册资本 | 成立日期 | 关联方 |
|---|---|---|---|---|---|---|
| 1 | 上海诺基亚贝尔股份有限公司 | 存续 | 马杰 | 693257.9469万元 | 1983-12-15 | 否 |
| 2 | 上海诺基亚贝尔软件有限公司 | 存续 | MARKUS PETER RUDOLF BORCHERT | 10000万元 | 2007-01-31 | 否 |
| 3 | 诺基亚通信系统技术（北京）有限公司上海分公司 | 存续 | 陈航 | - | 2008-05-21 | 否 |
| 4 | 上海诺基亚贝尔股份有限公司安徽分公司 | 存续 | 张飞 | - | 2001-08-29 | 否 |
| 5 | 上海诺基亚贝尔股份有限公司辽宁分公司 | 存续 | 李涛 | - | 2000-06-29 | 否 |
| 6 | 上海诺基亚贝尔股份有限公司湖南分公司 | 存续 | 许立 | - | 1996-03-26 | 否 |
| 7 | 上海诺基亚贝尔股份有限公司江西分公司 | 存续 | 张可 | - | 1996-03-25 | 否 |
| 8 | 上海诺基亚贝尔股份有限公司贵州分公司 | 存续 | 高长林 | - | 1996-03-22 | 否 |
| 9 | 上海诺基亚贝尔股份有限公司河南分公司 | 存续 | 王泉 | - | 1996-03-08 | 否 |
| 10 | 上海诺基亚贝尔股份有限公司江苏分公司 | 在业 | 薛莹 | - | 1995-12-21 | 否 |

数据来源：国家企业信用信息公示系统、全国建筑市场监管公共服务平台等。

**相关企业**　热门企业　推荐企业

| 广州安诺科技股份有限公司陕西... | 中国电信股份有限公司西安临潼... | 北京华宏信达科技股份有限公司... | 汇纳科技股份有限公司 |
| 杨义博 | 孙健 | 谢强 | 胡小勇 |

| 网思科技股份有限公司陕西分公司 | 无锡小天鹅股份有限公司西安分... | 北京生光谷科技股份有限公司西... | 北京数字政通科技股份 |
| 李海勇 | 刘建新 | 潘旭 | 李佳龙 |

**Shanghai Nokia Bell Co., Ltd. Shaanxi** Branch

Former name 2 Small and micro enterprises

| | |
|---|---|
| Unified social credit code: 91610000X23101832G | Tel: 021-50554550    更多 3 |
| Person in charge: Zhang Shiming ÿ Related companies 7 | Email: asb.support@alcatel_sbell.com.cn |
| Date of Establishment: 1997-09-04 | Official website: https://www.nokia-sbell.com ÿ |
| | address:  No. 19F-07, 19th Floor, Building E, No. 88, Nanguanzheng Street, Beilin District, Xi'an City, Shaanxi Province   Nearby Businesses |

动态 2023-04-15 Company address changed: from "Unit A, 8th Floor, Building 2, Zhongjing Technology Plaza, No. 11, Tuanjie South Road, Yanta District, Xi'an City, Shaanxi Province"... View updates

| | Associated risks | Historical Information | Tips | | Risky relationships | Breach of contract |
|---|---|---|---|---|---|---|
| ÿOwn risk  0 | 0 | 0 | 5 | ÿIn- depth risk analysis  0 | 0 | 0 |

| Basic Information 56 | Legal proceedings | Business Risks | Business Information 37 | Enterprise Development 2 |
|---|---|---|---|---|

Chachatu  Industrial and Commercial Information Change Records 29  Head Office 1  Financial Data  Annual Report 12  Suspected Relationship of Final Beneficiary 12  Overseas Investment 0

**Business Information**  ÿ

| Unified social credit code | 91610000X23101832G | | Company Name | Shanghai Nokia Bell Co., Ltd. Shaanxi Branch  Formerly known as 2 Shanghai Bell Co., Ltd. Shaanxi Branch (- to Shanghai Bell Alcatel Co., Ltd. Shaanxi Branch | |
|---|---|---|---|---|---|
| Person in charge | | Zhang Shiming ÿ Related companies 7 | Registration Status | Opening | Date of Establishment |
| Organization Code | X2310183-2 | | Business registration number | 610000500003031 | Taxpayer Identification |
| Company Type | Branches of foreign-invested enterprises | | Business Term | 1997-09-04 to indefinite term | Taxpayer Qualification |
| Staff size | Less than 50 people | | Number of insured persons | 12 (2024 Annual Report) ÿ | Approval Date |
| Region | Beilin District, Xi'an, Shaanxi Province | | Registration Authority | Xi'an Municipal Administration for Market Regulation | |
| National standard industry | Other electronic products retail (F5279) | | English name | Shanghai Nokia Bell Co., Ltd. Shaanxi Branch | |
| Business Location | Room 19F-07, 19th Floor, Building E, No. 88, Nanguanzheng Street, Beilin District, Xi'an City, Shaanxi Province 710068 ÿ Nearby businesses | | | | |
| Business Scope | Sales, installation and maintenance of digital program-controlled switches, mobile communication products, integrated service digital networks, intelligent networks, packet switching, optical switching systems produced by the company Projects can only carry out business activities after approval by relevant departments) | | | | |

**Change 29**

| Serial number | change date | Change Item | Before Change | |
|---|---|---|---|---|
| 1 | 2024-12-22 | Change of registration authority | Shaanxi Provincial Administration for Market Regulation | Xi'an Market Supervision |
| 2 | 2024-12-19 | Change of residence | Room 12103, Building 1, No. 10, Zhangba 1st Road, High-tech Zone, Xi'an, Shaanxi Province | Xi'an City, Shaanxi Province |
| 3 | 2024-12-19 | Postal code change | Original postal code:710000 | New postal code: 71 |
| 4 | 2024-12-19 | Change of parent company | Company Name: Shanghai Nokia Bell Co., Ltd. Registration number: 310000400000189 | Company Name: Shanghai Registration Number: 31000 |
| 5 | 2024-12-19 | Contact number change | *********** | *********** |
| 6 | 2023-04-13 | Change of residence | Unit A, 8th Floor, Building 2, Zhongjing Technology Plaza, No. 11, Tuanjie South Road, Yanta District, Xi'an City, Shaanxi Province Yuan | Xi'an City, Shaanxi Province |
| 7 | 2023-04-13 | Postal code change | Original postal code:710075 | New postal code: 71 |
| 8 | 2023-04-13 | Contact number change | *********** | *********** |
| 9 | 2023-04-13 | Contact Person Record | Name of original contact person: Ma Yuhua, landline number of original contact person: ******, mobile number of original contact person: Phone:******, original contact person's email:songbowen******@***.com, original Contact person's ID type: Resident ID card, original contact person's ID number: ****** | Current contact person's name: Ma talk:******  , Current m, Current contact person ** |
| 10 | 2023-04-13 | Industry code changes | 5279: Other electronic products retail | 5279: Other Electronics |

Special reminder: Those marked with "*" are responsible persons. Those marked " " are data calculated by the platform after comparing and analyzing the information published on the official website. The change date is the time when the data is updated after comparison and analysis.

**head office 1**

| Serial number | Company Name | Legal representative | Registered capital |
|---|---|---|---|
| 1 | Shanghai Nokia Bell Co., Ltd. | Ma Jie ÿ 4 | 693257.946 |

**Annual Report** 12

| 2024 Annual Report | 2023 Annual Report | 2022 Annual Report | 2021 Annual Report | 2020 Annual Report | 2019 |
|---|---|---|---|---|---|
| 2025-01-17 | 2024-02-01 | 2023-04-17 | 2022-03-09 | 2021-02-03 | 202 |

**Final** beneficiary ÿBased on

**Beneficial Owner** 1

| Serial number | Beneficial Owner Name | Ultimate beneficial shares | Benefit Type | Job Type |
|---|---|---|---|---|
| 1 | Nokia PARTICIPATIONS CHINE ÿ 55 | 26.2926% ÿDirect or indirect shareholding | | - |

**Beneficiary natural person 10** Beneficiary institution 1

| Serial number | Name of the Beneficiary Natural Person | Ultimate beneficial shares | Benefit Type |
|---|---|---|---|
| 1 | Nokia PARTICIPATIONS CHINE ÿ 55 | 26.2926% ÿ | Direct or indirect shareholding |
| 2 | Ma Jie ÿ 46 | - | Key decision-makers, legal representatives/persons in charge |
| 3 | Chen Weidong ÿ 37 | - | Key Management Personnel |
| 4 | Tang Hui ÿ 54 | - | Key Management Personnel |
| 5 | Federico Guillén ÿ 35 | - | Key Management Personnel |
| 6 | JACOB KURIAN ÿ 35 | - | Key Management Personnel |
| 7 | MONIKA MAURER ÿ 35 | - | Key Management Personnel |
| 8 | ESA NIINIMAKI ÿ 35 | - | Key Management Personnel |
| 9 | Jing Hao ÿ 39 | - | Key Management Personnel |
| 10 | MARKUS BORCHERT ÿ 35 | - | Key Management Personnel |

**Suspected relationship 12** Suspected

| Serial number | Company Name | Status | Legal Representative | Registered capital | Date of Establishment | Related parties | suspect |
|---|---|---|---|---|---|---|---|
| 1 | Shanghai Nokia Bell Co., Ltd. | Surviving | Ma Jie | 6932579469 yuan | 1983-12-15 | no | |
| 2 | Shanghai Nokia Bell Software Co., Ltd. | Continuation | MARKUS PETER RUDOLF BORCHERT | 100 million yuan | 2007-01-31 | no | |
| 3 | Nokia Communications Systems Technology (Beijing) Co., Ltd. Shanghai Branch | Surviving | Chen Hang | - | 2008-05-21 | no | |
| 4 | Shanghai Nokia Bell Co., Ltd. Anhui Branch Office | | Zhang Fei | - | 2001-08-29 | no | |
| 5 | Shanghai Nokia Bell Co., Ltd. Liaoning Branch Office | | Li Tao | - | 2000-06-29 | no | |
| 6 | Shanghai Nokia Bell Co., Ltd. Hunan Branch Office | Continuing to exist | | - | 1996-03-26 | no | |
| 7 | Shanghai Nokia Bell Co., Ltd. Jiangxi Branch Office | | Zhang Ke | - | 1996-03-25 | no | |
| 8 | Shanghai Nokia Bell Co., Ltd. Guizhou Branch Office | | Gao Changlin | - | 1996-03-22 | no | |
| 9 | Shanghai Nokia Bell Co., Ltd. Henan Branch Office | | Wang Quan | - | 1996-03-08 | no | |
| 10 | Shanghai Nokia Bell Co., Ltd. Jiangsu Branch Office | | Xue Ying | - | 1995-12-21 | no | |

Data sources: National Enterprise Credit Information Publicity System, National Construction Market Supervision Public Service Platform, etc.

Related companies  Popular companies  Recommended companies

| Guangzhou Annuo Technology Co., Ltd. Shaanxi… Yang Yibo | China Telecom Co., Ltd. Xi'an Lintong… Sun Jian | Beijing Huahong Xinda Technology Co., Ltd.… Xie Qiang | Winner Technology Co., Ltd. Hu Xiaoyong |
| Netthink Technology Co., Ltd. Shaanxi Branch Li Haiyong | Wuxi Little Swan Co., Ltd. Xi'an Branch… Liu Jianxin | Beijing Shengguanggu Technology Co., Ltd. Xi… Pan Xu | Beijing Digital Zhengtong Technology Co., Ltd. Li Jialong |