# EXHIBIT 3

# 惠而浦（中国）股份有限公司 存续

企查分：749分 科创分：95分

曾用名 被执行人 惠而浦（600983.SH） 高新技术企业 企业技术中心

统一社会信用代码：91340100610307130N
电话：0551-65338028 更多 5
法定代表人：梁惠强 关联企业 31
邮箱：yaping_sun@whirlpool-china.com 更多 3
注册资本：76643.9万元
官网：https://www.whirlpool.com.cn 更多 2 公众号 8 店铺 2
成立日期：2000-03-30
地址：合肥市高新区习友路4477号 附近企业 更多 1
简介：2014年11月6日惠而浦收购合肥三洋，成立惠而浦（中国）股份有限公司。公司旗下拥有惠而浦、三洋、帝度、荣事达四大品牌，业务

所属集团：惠而浦 成员企业 65 重要风险 29
产品信息：惠而浦 完成 并购 累计融资 3 次
招投标 招投标 91
财产线索 线索 999+ 预估价值

动态 2025-04-11 授权外观专利，冰箱 查看动态

风险扫描：自身风险 253 重要4 | 关联风险 70 | 历史信息 286 | 提示信息 723

分析：深度风险分析 999+ | 债务/债权 356 | 风险关系 922 | 合同违约 中风

上市信息 | 基本信息 170 | 法律诉讼 999+ | 经营风险 34 | 经营信息 999+ | 企业发展 999+

查查图谱 | 工商信息 | 股东信息 10 | 主要人员 19 | 对外投资 4 | 控制企业 5 | 变更记录 39 | 分支机构 69 | 财务数据 | 企

协同股东 0 | 疑似关系 6 | 同业分析 | 境外投资 1

企业图谱 | 股权结构图 | 股权穿透图 | 关系图谱 | 实际控制人 | 企业受益股东 | 企业股权分布 | 关联

## 工商信息

| | | | | | |
|---|---|---|---|---|---|
| 统一社会信用代码 | 91340100610307130N | 企业名称 | 惠而浦（中国）股份有限公司<br>曾用名 合肥荣事达三洋电器股份有限公司（200 | | |
| 法定代表人 | 梁惠强 关联企业 31 | 登记状态 | 存续（在营、开业、在册） | 成立日期 | |
| | | 注册资本 | 76643.9万元 | 实缴资本 | |
| 组织机构代码 | 61030713-0 | 工商注册号 | 340100400002170 | 纳税人识别 | |
| 企业类型 | 股份有限公司（中外合资、上市） | 营业期限 | 2000-03-30 至 无固定期限 | 纳税人资质 | |
| 人员规模 | 1000-1999人 | 参保人数 | 1334 （2023年报） | 核准日期 | |
| | | 分支机构参保人数 | 77 （2023年报） | | |
| 所属地区 | 安徽省合肥市合肥高新技术产业开发区 | 登记机关 | 合肥市高新开发区市场监督管理局 | 进出口企业 | |
| 国标行业 | 家用清洁卫生电器具制造（C3855） | 英文名 | Whirlpool (China) Co., Ltd. | | |
| 注册地址 | 合肥市高新区习友路4477号 附近企业 | | | | |
| 通信地址 | 合肥高新技术产业开发区习友路 4477 号（邮编231283） （2023年报） | | | | |
| 经营范围 | 洗衣机、冰箱、微波炉、洁身器、空气净化器及其它相关产品、电子程控器、离合器、电机、控制器、电磁炉、电烤咖啡机、电饼铛、咖啡研磨机、酸奶机、三明治机、电水壶、电水瓶、电压力锅、电蒸锅、电动打蛋器、豆浆机、榨挂烫机、加湿器、除湿机、电扇、空调扇、取暖器、家用净水器、水质软化器、空调、热水器、新风系统、冷冻箱、油烟机、燃气灶、灶具、消毒柜、洗碗机、电蒸炉及厨房电器的生产、销售、服务和存储（除危险品）。（依法须经动） | | | | |

## 股东信息 股权结构

最新公示 10 | 历史股东信息 3 | 历史股东镜像 64

| 序号 | 股东名称 | 股份类型 | 持股比例 | 持股 |
|---|---|---|---|---|
| 1 | 广东格兰仕家用电器制造有限公司<br>大股东 | 流通A股 | 59.84% | 4 |
| 2 | 惠而浦（中国）投资有限公司 | 流通A股 | 19.90% | 1 |
| 3 | 合肥市国有资产控股有限公司<br>国有企业 | 流通A股 | 3.34% | |
| 4 | 吴丽芳 | 流通A股 | 1.12% | |
| 5 | 东莞市东联投资有限公司 | 流通A股 | 1.04% | |

| 6 | 唐建柏 | 流通A股 | 0.99% |
|---|---|---|---|
| 7 | 吴国彪 | 流通A股 | 0.62% |
| 8 | 罗日全 5 | 流通A股 | 0.48% |
| 9 | + 广东省东莞市东联进出口有限公司 | 流通A股 | 0.20% |
| 10 | 黄剑 | 流通A股 | 0.20% |

工商公示股东

## 主要人员

最新公示 19　历史主要人员 65　任职时间

| 序号 | 姓名 | 职务/本届任期 | 性别 | 年龄 | 学历 | 薪酬 | 持股数 |
|---|---|---|---|---|---|---|---|
| 1 | 梁昭贤 40 实际控制人 受益所有人 | 董事长,董事 2021-05-21 至 2027-05-19 | 男 | 62岁 | 大专 | - | - |
| 2 | 艾德华 美国 | 副董事长,董事 2024-05-20 至 2027-05-19 | 男 | 61岁 | 博士 | - | - |
| 3 | 梁惠强 31 法定代表人 实际控制人 受益所有人 | 董事,总裁 2021-05-06 至 2027-05-19 | 男 | 30岁 | 本科 | - | - |
| 4 | 王红强 | 董事,技术负责人 2023-11-15 至 2027-05-19 | 男 | 44岁 | 本科 | 98.73万元 | - |
| 5 | 杨前春 32 | 董事 2021-05-21 至 2027-05-19 | 男 | 49岁 | 硕士 | - | - |
| 6 | 梁翠玲 41 | 董事 2022-05-12 至 2027-05-19 | 女 | 62岁 | 大专 | - | - |
| 7 | 秦雄 | 董事 2024-05-20 至 2027-05-19 | 男 | 34岁 | 硕士 | - | - |
| 8 | 冯熙文 | 董事 2024-05-20 至 2027-05-19 | 男 | 34岁 | 本科 | - | - |
| 9 | 邵孝恒 加拿大 | 独立董事 2024-05-20 至 2027-05-19 | 男 | 68岁 | 硕士 | - | - |
| 10 | 王泽莹 2 | 独立董事 2021-05-21 至 2027-05-19 | 女 | 60岁 | 硕士 | 12万元 | - |

工商登记主要人员

## 对外投资

对外投资 4　对外投资(间接) 1　历史对外投资 1

| 序号 | 被投资企业名称 | 状态 | 成立日期 | 持股比例 | 认缴出资额 | 所属 |
|---|---|---|---|---|---|---|
| 1 | 广东惠而浦家电制品有限公司 | 存续 | 1988-01-14 | 100% | 29065万元 | 广东省 |
| 2 | 佛山惠而浦家电销售有限公司 | 在业 | 2022-04-01 | 100% | 5000万元 | 广东省 |
| 3 | 合肥惠而浦企业管理服务有限公司 | 存续 | 2015-06-26 | 100% | 2000万元 | 安徽省 |
| 4 | 合肥三洋工贸有限责任公司 | 注销 | 2010-01-08 | 100% | 2000万元 | 安徽省 |

## 控制企业 5

| 序号 | 控制企业名称 | 状态 | 成立日期 | 所属地区 | |
|---|---|---|---|---|---|
| 1 | 广东惠而浦家电制品有限公司 | 存续 | 1988-01-14 | 广东省佛山市 | 制造 |
| 2 | 佛山惠而浦家电销售有限公司 | 在业 | 2022-04-01 | 广东省佛山市 | 批发 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 合肥惠而浦企业管理服务有限公司 | 存续 | 2015-06-26 | 安徽省合肥市 | 租赁 |
| 4 | 合肥三洋工贸有限责任公司 | 注销 | 2010-01-08 | 安徽省合肥市 | 制造 |
| 5 | 广东惠而浦家电制品有限公司深圳办事处 | 注销 | 2000-03-01 | 广东省深圳市 | 租赁 |

**变更记录 39**

| 序号 | 变更日期 | 变更项目 | 变更前 | |
|---|---|---|---|---|
| 1 | 2023-04-23 | 其他事项备案 | 开户许可证,统计证,社会保险登记证,机构代码证,税务登记证,营业执照,单位办理住房公积金缴存登记,公章刻制备案 | 开户许可证,统<br>业执照,单位办 |
| 2 | 2023-04-23 | 其他事项备案 | 无 | 安徽省合肥市 |
| 3 | 2021-05-12 | 其他事项备案 | 无 | 开户许可证,统<br>业执照,单位办 |
| 4 | 2021-05-12 | 高级管理人员备案（董事、监事、经理等） | 孙素明<br>Dave Shellito<br>艾小明<br>周学民<br>高同国 | 孙素明<br>Dave Shellito<br>艾小明<br>周学民<br>高同国 |
| 5 | 2021-05-12 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | 艾小明 | 梁惠强* |
| 6 | 2018-08-03 | 经营范围变更（含业务范围变更） | 洗衣机、冰箱、微波炉、洁身器、空气净化器及其它相关产品、电子程控器、离合器、电机、控制器的生产、销售、服务和仓储<br>冷冻箱、冷藏箱、清洁机、干衣机、照明设备、灯具、抽油烟机、燃气灶、灶具、消毒柜、洗碗机、电蒸炉及厨房电器销售 | 洗衣机、冰箱、<br>品、电子程控<br>电饭煲、烤面<br>咖啡研磨机、<br>锅、电蒸锅、 |
| 7 | 2018-08-03 | 地址变更（住所地址、经营场所、驻在地址等变更） | 安徽省合肥市高新技术产业开发区L-2号 | 合肥市高新区 |
| 8 | 2017-11-09 | 高级管理人员备案（董事、监事、经理等） | 孙素明<br>Dave Shellito<br>周学民<br>高同国<br>Leah Stark | 孙素明<br>Dave Shellito<br>周学民<br>高同国<br>Leah Stark |
| 9 | 2017-11-09 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | 金友华 | 艾小明 |
| 10 | 2014-12-09 | 注册资本变更（注册资金、资金数额等变更）变更 | 10828.44万元 | 39088.42000 |

特别提示：“*”标识的为法定代表人。

**分支机构 69** 图表分析 批量查询·以下企业 所属地区 成立日期

| 序号 | 企业名称 | 负责人 | 地区 |
|---|---|---|---|
| 1 | 惠而浦（中国）股份有限公司广州分公司 | 陈瑞仁 | 广东省广州市海珠区 |
| 2 | 惠而浦（中国）股份有限公司山西分公司 | 包一鸣 | 山西省太原市小店区 |
| 3 | 惠而浦（中国）股份有限公司国际贸易分公司 | 梁惠强 | 安徽省合肥市合肥高新技术产 |
| 4 | 惠而浦（中国）股份有限公司电子商务分公司 | 梁惠强 | 安徽省合肥市合肥高新技术产 |
| 5 | 惠而浦（中国）股份有限公司杭州分公司 | 王卓群 | 浙江省杭州市上城区 |
| 6 | 惠而浦（中国）股份有限公司南京分公司 | 洪佳 | 江苏省南京市鼓楼区 |
| 7 | 惠而浦（中国）股份有限公司漯河分公司 | 王谦 | 河南省漯河市源汇区 |
| 8 | 惠而浦（中国）股份有限公司第二工厂 | 梁惠强 | 安徽省合肥市合肥高新技术产 |
| 9 | 惠而浦（中国）股份有限公司第三工厂 | 梁惠强 | 安徽省合肥市合肥高新技术产 |
| 10 | 合肥荣事达三洋电器股份有限公司汕头分公司 | 邢翔 | 广东省汕头市龙湖区 |

1 2 3 4 5 6

**财务数据** 境内财报 更多来源

 财务简析 营业收入 / 净利润 / 净利率 / 毛利率等图表分析

**主要指标** 资产负债表 利润表 现金流量表 报告期 ▾ 开始时间 ~ 结束时

| | 2024年三季报 人民币 | 2023年年报 人民币 | 2022年年报 人民币 | 2021年年报 人民币 | 2020年年扌 人民i |
|---|---|---|---|---|---|
| **利润表** | | | | | |
| 营业总收入 | 252,444.87万 | 400,358.22万 | 426,386.73万 | 493,116.37万 | 494,406.78 |
| 同比(%) | -14.81 | -6.10 | -13.53 | -0.26 | -6.3 |
| 利润总额 | 7,862.11万 | 10,941.12万 | 3,945.30万 | -61,552.20万 | -16,291.60 |
| 净利润 | 5,307.20万 | 8,113.27万 | 2,794.26万 | -58,894.07万 | -14,970.17 |
| 同比(%) | 274.98 | 190.36 | 104.74 | -293.41 | 53.6 |
| **资产负债表** | | | | | |
| 资产合计 | 492,170.56万 | 524,744.33万 | 567,529.65万 | 595,264.09万 | 701,315.87 |
| 同比(%) | -13.47 | -7.54 | -4.66 | -15.12 | -7.5 |
| 负债总计 | 239,565.93万 | 271,683.68万 | 268,574.84万 | 299,078.51万 | 346,190.04 |
| 所有者权益总计 | 252,604.63万 | 253,060.65万 | 298,954.80万 | 296,185.59万 | 355,125.83 |
| 同比(%) | -16.04 | -15.35 | 0.93 | -16.60 | -5.4 |
| **现金流量表** | | | | | |
| 经营活动产生的现金流量 | 13,438.08万 | 6,095.90万 | 41,537.07万 | -34,387.89万 | -79,426.03 |
| **每股指标** | | | | | |
| 基本每股收益(元) | 0.07 | 0.11 | 0.04 | -0.77 | -0.2 |
| 稀释每股收益(元) | 0.07 | 0.11 | 0.04 | -0.77 | -0.2 |
| 每股净资产(元) | 3.30 | 3.30 | 3.90 | 3.86 | 4.6 |
| 每股经营现金流(元) | 0.18 | 0.08 | 0.54 | -0.45 | -1.0 |
| **盈利能力** | | | | | |
| 加权净资产收益率(%) | 2.09 | 2.76 | 0.94 | -18.08 | -4.1 |
| 毛利率(%) | 14.13 | 16.27 | 13.40 | 9.62 | 16.2 |
| 净利率(%) | 2.10 | 2.03 | 0.66 | -11.94 | -3.0 |
| **偿还能力** | | | | | |
| 资产负债率(%) | 48.68 | 51.77 | 47.32 | 50.24 | 49.3 |
| 流动比率 | 1.41 | 1.34 | 1.51 | 1.42 | 1.4 |
| 速动比率 | 1.24 | 1.16 | 1.35 | 1.25 | 1.2 |

## 企业年报 11

| 2023年度报告 | 2022年度报告 | 2021年度报告 | 2020年度报告 | 2019年度报告 | 2018 |
|---|---|---|---|---|---|
| 2024-06-18 | 2023-06-03 | 2022-06-15 | 2021-06-15 | 2020-06-04 | 201 |

## 最终受益人

基于

### 受益所有人 2

| 序号 | 受益所有人名称 | 最终受益股份 | 受益类型 | 任职类型 |
|---|---|---|---|---|
| 1 | 梁昭贤 296 | - | 实际控制人，关键决策人员 | 董事长,董事 |
| 2 | 梁惠强 283 | - | 实际控制人，法定代表人/负责人，关键管理人员 | 法定代表人，董事,总裁 |

### 受益自然人 14

| 序号 | 受益自然人名称 | 最终受益股份 | 受益类型 |
|---|---|---|---|
| 1 | 梁昭贤 296 | - | 实际控制人，关键决策人员 |
| 2 | 梁惠强 283 | - | 实际控制人，法定代表人/负责人，关键管理人员 |

| | | | |
|---|---|---|---|
| 3 | 艾德华 70 | - | 关键管理人员 |
| 4 | 王泽莹 73 | - | 关键管理人员 |
| 5 | 邬琳玲 70 | - | 关键管理人员 |
| 6 | 张生 179 | - | 关键管理人员 |
| 7 | 邵孝恒 70 | - | 关键管理人员 |
| 8 | 梁翠玲 243 | - | 关键管理人员 |
| 9 | 杨前春 70 | - | 关键管理人员 |
| 10 | 冯熙文 70 | - | 关键管理人员 |
| 11 | 孙亚萍 70 | - | 关键管理人员 |
| 12 | 王红强 70 | - | 关键管理人员 |
| 13 | 秦雄 70 | - | 关键管理人员 |
| 14 | 王沙 70 | - | 关键管理人员 |

**实际控制人** 实际控制人图谱 >

| 序号 | 实际控制人（公示信息） |
|---|---|
| 1 | 梁昭贤 17 |
| 2 | 梁惠强 6 |

**疑似关系 6**

| 序号 | 企业名称 | 状态 | 法定代表人 | 注册资本 | 成立日期 | 关联方 | 疑 |
|---|---|---|---|---|---|---|---|
| 1 | 松下电器（中国）有限公司 | 存续 | 本间哲朗 | 176498.5382万美元 | 1994-08-11 | 否 | |
| 2 | 惠而浦（中国）投资有限公司 | 存续 | 许先杰 | 46000万美元 | 2005-02-23 | 是 | |
| 3 | 沈阳三洋球罐有限公司 | 存续 | 贾士超 | 14242万元 | 1986-07-14 | 否 | |
| 4 | 合肥惠而浦企业管理服务有限公司 | 存续 | 梁惠强 | 2000万元 | 2015-06-26 | 是 | |
| 5 | 合肥科博泰信息科技有限公司 | 存续 | 陈岩 | 300万元 | 2017-12-19 | 否 | |
| 6 | 惠而浦（中国）股份有限公司广东分公司 | 在业 | 陈瑞仁 | - | 2006-09-08 | 否 | |

**同业分析**

**境外投资 1**

**全球参控股企业 1**

| 序号 | 参控股企业 | 参控关系 | 注册资本 | 持股比例 |
|---|---|---|---|---|

| 1 | 惠而浦日本股份有限公司<br>日本 | 全资子公司 | 198万人民币 | 100% |
|---|---|---|---|---|

数据来源：国家企业信用信息公示系统、全国建筑市场监管公共服务平台等。

相关企业 热门企业 推荐企业

安徽丰谷股份有限公司
戴厚道

合肥海明科技股份有限公司
王青松

安徽开元视澜科技股份有限公司
张雯

合肥眠花糖科技股份有|
汪晶晶

欧普康视科技股份有限公司
陶悦群

安徽诺中科技股份有限公司
刘明赵

安徽云印科技股份有限公司
华然

安徽逸路安科技股份有|
叶汉云



# Whirlpool (China) Co., Ltd.

Enterprise search score: 749 points L-8 | Science and Technology Innovation Score: 95 points (Excellent)

Formerly known as the person subject to execution Whirlpool (600983.SH) High-tech enterprise enterprise technology center

Unified social credit code: 91340100610307130N
Tel: 0551-65338028 More 5
Legal representative: Liang Huiqiang ÿ Related companies 31
Email: yaping_sun@whirlpool-china.com More 3
Registered capital: RMB 766.439 million
Official website: https://www.whirlpool.com.cn More 2 public accounts ÿ stores 2
Date of establishment: 2000-03-30
address: No. 4477, Xiyou Road, Hefei Hi-Tech Zone Nearby businesses More1

Introduction: On November 6, 2014, Whirlpool acquired Hefei Sanyo and established Whirlpool (China) Co., Ltd. The company owns four major brands: Whirlpool, Sanyo, De Dietrich, and Royalstar.

ÿ Group: Whirlpool Member Companies 65 Important Risks 29
ÿ Product information: Whirlpool has completed mergers and acquisitions and raised funds 3 times
ÿ Bidding Bidding 91
ÿ Property Clue Clue 999+ Estimated Value

动态 2025-04-11 Authorized appearance patent, refrigerator view dynamics

ÿOwn risk 253 Important 4 | Associated risks 70 | Historical Information 286 | Tips 723 | ÿIn- depth risk analysis 999+ | Debt/Credit 356 | Risky relationships 922 | Breach of contract Stroke

Listing Information | Basic Information170 Legal proceedings 999+ | Business Risk34 Business information 999+ Enterprise Development 999+

Chachatu Industrial and Commercial Information Shareholder Information 10 Main Personnel 19 Foreign Investment 4 Controlled Enterprises 5 Change Records 39 Branches 69 Financial Data Enterprise

Collaborative shareholders 0 suspected relationships 6 peer analysis overseas investment 1

Enterprise Map | Equity Structure Chart Equity Penetration Chart | Relationship Map | Actual controller Enterprise beneficial shareholder Enterprise equity distribution relationship

**Business Information** ÿ

| | | | | | |
|---|---|---|---|---|---|
| Unified social credit code 91340100610307130N | | Company Name | Whirlpool (China) Co., Ltd.<br>Formerly known as Hefei Royalstar Sanyo Electric Co., Ltd. (2000 | | |
| Legal representative | Liang Huiqiang ÿ Related companies 31 | Registration Status | Continuing existence (in operation, in business, on the register) | Date of Establishment |
| | | Registered capital | 766.439 million yuan | Paid-in capital |
| Organization Code | 61030713-0 | Business registration number | 340100400002170 | Taxpayer Identification |
| Company Type | Joint stock limited company (Sino-foreign joint venture, listed) Business term | | 2000-03-30 to indefinite term | Taxpayer Qualification |
| Staff size | 1000-1999 people | Number of insured persons | 1334 (2023 Annual Report) ÿ | Approval Date |
| | | Number of insured persons in branches | 77 (2023 Annual Report) ÿ | |
| Region | Hefei City, Anhui Province Hefei High-tech Industrial Development district | Registration Authority | Hefei High-tech Development Zone Market Supervision and Administration Bureau | Import and Export Enterprise |
| National standard industry | Household cleaning and sanitary appliances manufacturing (C3855) | English name | Whirlpool (China) Co., Ltd. | |
| Registered Address | No. 4477, Xiyou Road, Hefei Hi-Tech Zone Nearby Businesses | | | |
| Mailing address | Code: No. 4477 Xiyou Road, Hefei High-tech Industrial Development Zone, Hefei (Postal 231283 ÿ (2023 Annual Report) | | | |
| Business Scope | Washing machines, refrigerators, microwave ovens, bidets, air purifiers and other related products, electronic program controllers, clutches, motors, controllers, induction cookers, electric ovens Coffee machine, electric baking pan, coffee grinder, yogurt machine, sandwich maker, electric kettle, electric water bottle, electric pressure cooker, electric steamer, electric egg beater, soy milk machine, juicer Garment steamer, humidifier, dehumidifier, electric fan, air conditioning fan, heater, household water purifier, water softener, air conditioner, water heater, fresh air system, freezer, Production, sales, service and storage of range hoods, gas stoves, cookers, disinfection cabinets, dishwashers, electric steamers and kitchen appliances (except dangerous goods). (Required by law move) | | | |

**Shareholder Information** ÿ ÿ Equity Structure

**Latest Announcement 10** Historical Shareholder Information 3 Historical Shareholder Mirror 64

| Serial number | Shareholder Name | Share Type | Shareholding ratio | Number of shares held |
|---|---|---|---|---|
| 1 | ÿ Guangdong Galanz Home Appliances Manufacturing Co., Ltd. Major Shareholders | Circulating A shares | 59.84% | 4 |
| 2 | ÿWhirlpool (China) Investment Co., Ltd. | Circulating A shares | 19.90% | 1 |
| 3 | ÿ Hefei State-owned Assets Holding Co., Ltd. State-owned enterprises | Circulating A shares | 3.34% | |
| 4 | Wu Lifang | Circulating A shares | 1.12% | |
| 5 | ÿ Dongguan Donglian Investment Co., Ltd. | Circulating A shares | 1.04% | |

Machine Translated by Google
2025/4/15 Case 1:24-cv-02970-TJK Document 41-3 Filed 04/18/25 Page 9 of 13
Whirlpool (China) Co., Ltd. - Qichacha

| | | | |
|---|---|---|---|
| 6 | Tang Jianbai | Circulating A shares | 0.99% |
| 7 | Wu Guobiao | Circulating A shares | 0.62% |
| 8 | Luo Riquan ÿ 5 | Circulating A shares | 0.48% |
| 9 | ÿGuangdong Province Dongguan Donglian Import and Export Co., Ltd. | Circulating A shares | 0.20% |
| 10 | Huang Jian | Circulating A shares | 0.20% |

ÿ Industrial and commercial disclosure of shareholders

Main **Personnel**ÿ

**Latest Announcement 19** Historical Main Personnel 65

Term of office

| Serial number | Name | Position/Current term | Gender Age Education | Salary | Number of shares held |
|---|---|---|---|---|---|
| 1 | Liang Zhaoxian ÿ 40 Actual controller Beneficial owner | Chairman, Director 2021-05-21 to 2027-05-19 | Male, 62 years old, college degree | - | - |
| 2 | Edward USA | Vice Chairman, Director 2024-05-20 to 2027-05-19 | Male, 61 years old, PhD | - | - |
| 3 | Liang Huiqiang ÿ 31 Legal representative Actual controller Beneficial Owner | Director, President 2021-05-06 to 2027-05-19 | Male, 30 years old, undergraduate | - | - |
| 4 | Wang Hongqiang | Director, Technical Director 2023-11-15 to 2027-05-19 | Male, 44 years old, undergraduate, RMB 987,300 | | - |
| 5 | Yang Qianchun ÿ 32 | director 2021-05-21 to 2027-05-19 | Male, 49 years old, Master's degree | - | - |
| 6 | Leung Chui Ling ÿ 41 | director 2022-05-12 to 2027-05-19 | Female, 62 years old, college degree | - | - |
| 7 | Qin Xiong | director 2024-05-20 to 2027-05-19 | Male, 34 years old, Master's degree | - | - |
| 8 | Feng Xiwen | director 2024-05-20 to 2027-05-19 | Male, 34 years old, undergraduate | - | - |
| 9 | Shao Xiaoheng Canada | Independent Director 2024-05-20 to 2027-05-19 | Male, 68 years old, Master's degree | - | - |
| 10 | Wang Zeying ÿ 2 | Independent Director 2021-05-21 to 2027-05-19 | Female, 60 years old, Master's degree | 120,000 yuan | - |

ÿ Main personnel of industrial and commercial registration

**Overseas Investment**

**Outward investment 4** Outward investment (indirect) 1 Historical outward investment 1

| Serial number | Name of invested enterprise | Status Establishment Date | Shareholding Ratio | Subscribed capital | Affiliation |
|---|---|---|---|---|---|
| 1 | Guangdong Whirlpool Home Appliances Co., Ltd. | 1988-01-14 | 100% | 290.65 million yuan | Guangdong Province |
| 2 | Foshan Whirlpool Home Appliances Sales Co., Ltd. | In business 2022-04-01 | 100% | 50 million yuan | Guangdong Province |
| 3 | Hefei Whirlpool Enterprise Management Services Co., Ltd. | 2015-06-26 | 100% | 20 million yuan | Anhui Province |
| 4 | Hefei Sanyo Industry and Trade Co., Ltd. | Cancelled 2010-01-08 | 100% | 20 million yuan | Anhui Province |

**Controlling** Enterprises 5

| Serial number | Controlling company name | state | Date of Establishment | Region |
|---|---|---|---|---|
| 1 | Guangdong Whirlpool Home Appliances Co., Ltd. | Continuation | 1988-01-14 Made in | Foshan City, Guangdong Province |
| 2 | Foshan Whirlpool Home Appliances Sales Co., Ltd. | In business | 2022-04-01 | Wholesale in Foshan City, Guangdong Province |

https://www.qcc.com/firm/08b816dcb4a9435fee229ac5c9387e5d.html 2/6

| | | | | |
|---|---|---|---|---|
| 3 | Whirlpool Hefei Whirlpool Enterprise Management Services Co., Ltd. | Continuation | 2015-06-26 | Anhui Province Hefei City Leasing |
| 4 | Hefei Sanyo Industry and Trade Co., Ltd. | Logout | 2010-01-08 Made in Hefei, Anhui Province | |
| 5 | Whirlpool Guangdong Whirlpool Home Appliances Co., Ltd. Shenzhen Office | Logout | 2000-03-01 | Shenzhen City, Guangdong Province Leasing |

**Change Log**ÿ 39

| Serial number | change date | Change Item | Before Change | |
|---|---|---|---|---|
| 1 | 2023-04-23 | Other matters for record | Account opening license, statistics certificate, social insurance registration certificate, organization code certificate, tax registration certificate, business license Business license, housing provident fund payment registration, official seal engraving and filing | Account opening license, statistics Business license, unit handling |
| 2 | 2023-04-23 | Other matters for record | none | Hefei City, Anhui Province |
| 3 | 2021-05-12 | Other matters for record | none | Account opening license, statistics Business license, unit handling |
| 4 | 2021-05-12 | Senior management personnel record (directors, Supervisor, manager, etc.) | Sun Suming Dave Shellito Ai Xiaoming Zhou Xuemin Gao Tongguo | Sun Suming Dave Shellito Ai Xiaoming Zhou Xuemin Gao Tongguo ÿ |
| 5 | 2021-05-12 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | Ai Xiaoming | Leung Wai Keung* |
| 6 | 2018-08-03 | Changes in business scope (including business scope change) | Washing machines, refrigerators, microwave ovens, bidets, air purifiers and other related products Products, electronic program controllers, clutches, motors, controllers production, sales, service and warehousing Freezers, refrigerators, cleaning machines, clothes dryers, lighting equipment, lamps, range hoods Machine, gas stove, cooker, disinfection cabinet, dishwasher, electric steamer and kitchen appliances sales | Washing machine, refrigerator, Products, electronic program controller Rice cooker, toaster Coffee grinder, acid Pot, electric steamer, electric ÿ |
| 7 | 2018-08-03 | Change of address (residential address, business address Changes in location, address, etc.) | No. L-2, High-tech Industrial Development Zone, Hefei City, Anhui Province | Hefei Hi-Tech Zone |
| 8 | 2017-11-09 | Senior management personnel record (directors, Supervisor, manager, etc.) | Sun Suming Dave Shellito Zhou Xuemin Gao Tongguo Leah Stark | Sun Suming Dave Shellito Zhou Xuemin Gao Tongguo Leah Stark ÿ |
| 9 | 2017-11-09 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | Jin Youhua | Ai Xiaoming |
| 10 | 2014-12-09 | Change of registered capital (registered capital, Changes in the amount of funds, etc.) | 108.2844 million yuan | 39088.420000 |

Special note: The person marked with "*" is the legal representative.

**Branches 69** ÿ Chart Analysis ÿ Batch query The following enterprisesÿareas and establishment dates

| Serial number | Company Name | Person in charge | area |
|---|---|---|---|
| 1 | Whirlpool (China) Co., Ltd. Guangzhou Branch | Chen Ruiren | Haizhu District, Guangzhou City, Guangdong Province |
| 2 | Whirlpool (China) Co., Ltd. Shanxi Branch | Bao Yiming | Xiaodian District, Taiyuan City, Shanxi Province |
| 3 | Whirlpool (China) Co., Ltd. International Trade Branch | Liang Huiqiang | Hefei City, Anhui Province Hefei High-tech Industrial Development Zone |
| 4 | Whirlpool (China) Co., Ltd. E-commerce Branch | Liang Huiqiang | Hefei City, Anhui Province Hefei High-tech Industrial Development Zone |
| 5 | Whirlpool (China) Co., Ltd. Hangzhou Branch | Wang Zhuoqun | Shangcheng District, Hangzhou City, Zhejiang Province |
| 6 | Whirlpool (China) Co., Ltd. Nanjing Branch | Hong Jia | Gulou District, Nanjing, Jiangsu Province |
| 7 | Whirlpool (China) Co., Ltd. Luohe Branch | Wang Qian | Yuanhui District, Luohe City, Henan Province |
| 8 | Whirlpool (China) Co., Ltd. Second Factory | Liang Huiqiang | Hefei City, Anhui Province Hefei High-tech Industrial Development Zone |
| 9 | Whirlpool (China) Co., Ltd. Third Factory | Liang Huiqiang | Hefei City, Anhui Province Hefei High-tech Industrial Development Zone |
| 10 | Hefei Royalstar Sanyo Electric Co., Ltd. Shantou Branch | Xing Xiang | Longhu District, Shantou City, Guangdong Province |

1 2 3 4 5 6

**Financial Data** More sources of domestic financial reports

Financial Analysis Operating income/net profit/net profit margin/gross profit margin and other chart analysis

**Main indicators** Balance sheet Income statement Cash flow statement

Reporting period starts at ~ ends at

| | 2024 Third Quarter Report RMB | 2023 Annual Report RMB | 2022 Annual Report RMB | 2021 Annual Report RMB | 2020 Annual Report RMB |
|---|---|---|---|---|---|
| **Income Statement** | | | | | |
| Total operating income | 252,444.87 million | 400,358.22 million | 426,386.73 million | 493,116.37 million | 494,406.78 million |
| Year-on-year (%) | -14.81 | -6.10 | -13.53 | -0.26 | -6.3 |
| Total Profit | 78,621,100 | 109,411,200 | 39,453,000 | -615,522,000 | -162,916,000 |
| Net Profit | 53,072,000 | 81,132,700 | 27,942,600 | -588,940,700 | -149,701,700 |
| Year-on-year (%) | 274.98 | 190.36 | 104.74 | -293.41 | 53.6 |
| **Balance Sheet** | | | | | |
| Total assets | 492,170.56 million | 524,744.33 million | 567,529.65 million | 595,264.09 million | 701,315.87 million |
| Year-on-year (%) | -13.47 | -7.54 | -4.66 | -15.12 | -7.5 |
| Total Liabilities | 239,565.93 million | 271,683.68 million | 268,574.84 million | 299,078.51 million | 346,190.04 million |
| Total Owners' Equity | 252,604.63 million | 253,060.65 million | 298,954.80 million | 296,185.59 thousand | 355,125.83 million |
| Year-on-year (%) | -16.04 | -15.35 | 0.93 | -16.60 | -5.4 |
| **Cash Flow Statement** | | | | | |
| Cash flow from operating activities quantity | 134,380,800 | 60,959,000 | 415,370,700 | -343,878,900 | -794,260,300 |
| **Per share indicator** | | | | | |
| Basic earnings per share (RMB) | 0.07 | 0.11 | 0.04 | -0.77 | -0.2 |
| Diluted earnings per share (yuan) | 0.07 | 0.11 | 0.04 | -0.77 | -0.2 |
| Net assets per share (yuan) | 3.30 | 3.30 | 3.90 | 3.86 | 4.6 |
| Operating cash flow per share (yuan) | 0.18 | 0.08 | 0.54 | -0.45 | -1.0 |
| **Profitability** | | | | | |
| Weighted return on net assets (%) | 2.09 | 2.76 | 0.94 | -18.08 | -4.1 |
| Gross profit margin (%) | 14.13 | 16.27 | 13.40 | 9.62 | 16.2 |
| Net profit margin (%) | 2.10 | 2.03 | 0.66 | -11.94 | -3.0 |
| **Repayment Ability** | | | | | |
| Debt-to-asset ratio (%) | 48.68 | 51.77 | 47.32 | 50.24 | 49.3 |
| Ratio Current Ratio | 1.41 | 1.34 | 1.51 | 1.42 | 1.4 |
| Quick Ratio | 1.24 | 1.16 | 1.35 | 1.25 | 1.2 |

**Annual Report** 11

| 2023 Annual Report | 2022 Annual Report | 2021 Annual Report | 2020 Annual Report | 2019 Annual Report | 2018 |
|---|---|---|---|---|---|
| 2024-06-18 | 2023-06-03 | 2022-06-15 | 2021-06-15 | 2020-06-04 | 201 |

## **Final** beneficiary

ÿBased on

**Beneficial Owner** 2

| Serial number | Beneficial Owner Name | Ultimate beneficial shares | Benefit Type | Job Type |
|---|---|---|---|---|
| 1 | Liang Zhaoxian ÿ 296 | - | Actual controller, key decision-maker | Chairman, Director |
| 2 | Liang Huiqiang ÿ 283 | - | Actual controller, legal representative/responsible Responsible person, key management personnel | Legal representative, director, president |

**Beneficiary natural person** 14

| Serial number | Name of the Beneficiary Natural Person | Ultimate beneficial shares | Benefit Type |
|---|---|---|---|
| 1 | Liang Zhaoxian ÿ 296 | - | Actual controller, key decision-maker |
| 2 | Liang Huiqiang ÿ 283 | - | Actual controller, legal representative/person in charge, key management personnel |

| | | | |
|---|---|---|---|
| 3 | Edward ÿ 70 | - | Key Management Personnel |
| 4 | Wang Zeying ÿ 73 | - | Key Management Personnel |
| 5 | Wu Linling ÿ 70 | - | Key Management Personnel |
| 6 | Zhang Sheng ÿ 179 | - | Key Management Personnel |
| 7 | Shao Xiaoheng ÿ 70 | - | Key Management Personnel |
| 8 | Leung Chui Ling ÿ 243 | - | Key Management Personnel |
| 9 | Yang Qianchun ÿ 70 | - | Key Management Personnel |
| 10 | Feng Xiwen ÿ 70 | - | Key Management Personnel |
| 11 | Sun Yaping ÿ 70 | - | Key Management Personnel |
| 12 | Wang Hongqiang ÿ 70 | - | Key Management Personnel |
| 13 | Qin Xiong ÿ 70 | - | Key Management Personnel |
| 14 | Wang Sha ÿ 70 | - | Key Management Personnel |

Actual controllerÿ ÿMap of actual controllersÿ

| Serial number | Actual controller (public information) |
|---|---|
| 1 | Liang Zhaoxian ÿ 17 |
| 2 | Liang Huiqiang ÿ 6 |

Suspected relationship6

| Serial number | Company Name | Status Legal Representative | Registered capital | Date of Establishment | Related parties | suspect |
|---|---|---|---|---|---|---|
| 1 | Panasonic Electric (China) Co., Ltd. | Tetsuro Homma | $1,764,985,382 | 1994-08-11 | no | |
| 2 | Whirlpool (China) Investment Co., Ltd. | Xu Xianjie | $460 million | 2005-02-23 | Yes | |
| 3 | Shenyang Sanyo Spherical Tank Co., Ltd. | Jia Shichao | 142.42 million yuan | 1986-07-14 | no | |
| 4 | Hefei Whirlpool Enterprise Management Services Co., Ltd. | Liang Huiqiang | 20 million yuan | 2015-06-26 | | |
| 5 | Hefei Kebotai Information Technology Co., Ltd. | Surviving Chen Yan | 3 million yuan | 2017-12-19 | no | |
| 6 | Whirlpool (China) Co., Ltd. Guangdong Branch Office | Chen Ruiren | - | 2006-09-08 | no | |

Industry Analysis

Registered capital
Entering the market
Geographical Distribution
Registered capital-National
The company belongs to the electrical machinery and equipment manufacturing industry , and there are 860,000 similar companies in the country ;
The company's registered capital is 766.439 million yuan, exceeding 99% of its peers in the country.
The proportion of registered capital of peer companies nationwide
Within 500,000 54%
500,000-1,000,000 11.84%
1-5 million 17.44%
5-10 million 5.63%
10-50 million 7.9%
More than 50 million 3.19%
超过 99% 同行
Registered capital-province
The enterprise belongs to the electrical machinery and equipment manufacturing industry
The registered capital of the enterprise is 766.439 million yuan ,
超过 99% 同行

Overseas Investment1

Global holding companies1

| Serial number | Participating and holding companies | Participation and control relationship | Registered capital | Shareholding ratio |
|---|---|---|---|---|

| 1 | Whirlpool Japan Co., Ltd.<br>Japan | Wholly owned subsidiary | RMB 1.98 million | 100% |
|---|---|---|---|---|

Data sources: National Enterprise Credit Information Publicity System, National Construction Market Supervision Public Service Platform, etc.

Related companies Popular companies Recommended companies

Dai Houdao, Anhui Fenggu Co., Ltd.

Hefei Haiming Technology Co., Ltd. Wang Qingsong

Anhui Kaiyuan Shilan Technology Co., Ltd. Zhang Wen

Hefei Mianhuatang Technology Co., Ltd. Wang Jingjing

Tao Yuequn, Optoelectronics Technology Co., Ltd.

Anhui Nuozhong Technology Co., Ltd. Liu Mingzhao

Anhui Yunyin Technology Co., Ltd. Huaran

Anhui Yiluan Technology Co., Ltd. Ye Hanyun