# EXHIBIT 4



## 主要人员

**主要人员 12**    历史主要人员 20

| 序号 | 姓名 | 职务 |
|---|---|---|
| 1 | 王晓秋 20<br>法定代表人    受益所有人 | 董事长,董事 |
| 2 | RALF BRANDSTAETTER 2 | 副董事长 |
| 3 | 陶海龙 5 | 经理,董事 |
| 4 | DR.GERNOT DOELLNER 2 | 董事 |
| 5 | 谢蔚 22 | 董事 |
| 6 | 祖似杰 24 | 董事 |
| 7 | 傅强 3 | 董事 |
| 8 | THOMAS SCHAEFER 2 | 董事 |
| 9 | PATRICK HEINECKE 4 | 董事 |
| 10 | STEFAN MECHA 3 | 董事 |

## 对外投资  图表分析

**对外投资 8**    对外投资(间接) 21    历史对外投资 2

| 序号 | 被投资企业名称 | 状态 | 成立日期 | 持股比例 | 认缴出资额 | 所属 |
|---|---|---|---|---|---|---|
| 1 | 上海众望技术服务有限公司 | 存续 | 2024-07-25 | 33% | 93046.2202万元 › | 上海市 |
| 2 | 上汽大众动力电池有限公司 | 存续 | 2018-10-19 | 100% | 20000万元 | 上海市 |
| 3 | 上海上汽大众汽车销售有限公司 | 存续 | 2000-07-05 | 20% | 599.6万美元 | 上海市 |
| 4 | 上海上汽大众商务管理有限公司 | 存续 | 2023-12-14 | 100% | 500万元 | 上海市 |
| 5 | 宁波神马汽车制造有限公司 | 注销 | 2000-06-05 | 100% | 10000万元 | 浙江省 |
| 6 | 易手车（北京）互联网信息服务有限公司 | 注销 | 2019-05-17 | 33% | 2145万元 › | 北京市 |
| 7 | 上海宝钢集团汽车物资联营有限公司 | 注销 | 1993-09-24 | 15% | 750万元 | 上海市 |
| 8 | 嘉定区桑海亭娱乐厅 | 注销 | 1991-10-26 | 23.4043% | 11万元 | 上海市 |

## 控制企业 20    批量查询·以下企业 ▸    投资比例 ▾    登记状态 ▾    所属地区 ▾

| 序号 | 控制企业名称 | 状态 | 成立日期 | 所属地区 | |
|---|---|---|---|---|---|
| 1 | 上汽大众动力电池有限公司 | 存续 | 2018-10-19 | 上海市嘉定区 | 制造 |
| 2 | 上海上汽大众商务管理有限公司 | 存续 | 2023-12-14 | 上海市浦东新区 | 租赁 |
| 3 | 上海上汽大众汽车销售有限公司 | 存续 | 2000-07-05 | 上海市嘉定区 | 批发 |
| 4 | 上汽大众汽车销售（深圳）有限责任公司 | 存续 | 2018-09-30 | 广东省深圳市 | 批发 |
| 5 | 上汽大众（宁波）汽车配件有限公司 | 存续 | 2024-02-02 | 浙江省宁波市 | 制造 |
| 6 | 上汽大众（仪征）汽车配件有限公司 | 存续 | 2023-12-28 | 江苏省扬州市 | 批发 |

| 7 | 上汽大众汽车销售（广州）有限责任公司 | 在业 | 2018-11-07 | 广东省广州市 | 批发 |
| 8 | 上汽大众汽车销售（南京）有限责任公司 | 存续 | 2023-02-24 | 江苏省南京市 | 批发 |
| 9 | 上海汽车集团保险销售有限公司 | 存续 | 2011-05-10 | 上海市静安区 | 金融 |
| 10 | 上海安驾智行数字科技有限公司 | 存续 | 2023-10-26 | 上海市静安区 | 科学 |

**变更记录 35**

| 序号 | 变更日期 | 变更项目 | 变更前 | |
|---|---|---|---|---|
| 1 | 2024-12-17 | 住所变更 | 上海市嘉定区安亭于田路123号 | 上海市嘉定区安 |
| 2 | 2024-12-17 | 章程备案 | 2017-03-24章程备案 | 2024-11-26章 |
| 3 | 2024-12-17 | 企业类型变更 | 有限责任公司（中外合资） | 有限责任公司 |
| 4 | 2024-12-17 | 经营期限（营业期限）变 | 1985-02-16~2030-02-15 | 1985-02-16~ |
| 5 | 2024-12-17 | 经营范围变更 | 1、开发、制造、销售汽车、零部件、配件、附件,并提供售后服务<br>2、出口汽车、零部件、配件、附件和冲压模具<br>3、进口汽车零部件、配件等。进出口业务（不含分销）。【依法须经批准的项目,经相关部门批准后方可开展经营活动】 | 许可项目:道路<br>第二类增值电信<br>后方可开展经营<br>证件为准）一般<br>新能源汽车整车 |
| 6 | 2024-09-29 | 法定代表人变更 | 陈虹 | 王晓秋* |
| 7 | 2024-09-29 | 董事备案 | THOMAS SCHAEFER<br>DR.GERNOT DOELLNER<br>THOMAS ULBRICH<br>RALF BRANDSTAETTER<br>祖似杰 | THOMAS SCH<br>DR.GERNOT D<br>THOMAS ULB<br>RALF BRANDS<br>祖似杰 |
| 8 | 2024-03-07 | 董事备案 | THOMAS SCHAEFER<br>DR.GERNOT DOELLNER<br>Dr.Jörg Mull<br>THOMAS ULBRICH<br>RALF BRANDSTAETTER | THOMAS SCH<br>DR.GERNOT D<br>Dr.Jörg Mull<br>THOMAS ULB<br>RALF BRANDS |
| 9 | 2023-10-25 | 董事备案 | THOMAS SCHAEFER<br>Dr.Jörg Mull<br>THOMAS ULBRICH<br>RALF BRANDSTAETTER<br>祖似杰 | THOMAS SCH<br>Dr.Jörg Mull<br>THOMAS ULB<br>RALF BRANDS<br>祖似杰 |
| 10 | 2023-05-04 | 高级管理人员备案 | 陈贤章【退出】 | 贾健旭【新进 |

特别提示："＊"标识的为法定代表人。

**分支机构 8**

| 序号 | 企业名称 | 负责人 | 地区 |
|---|---|---|---|
| 1 | 上汽大众汽车有限公司新能源汽车分公司 | 徐治勤 | 上海市嘉定区 |
| 2 | 上汽大众汽车有限公司长沙分公司 | 夏良俊 | 湖南省长沙市长沙县 |
| 3 | 上汽大众汽车有限公司宁波分公司 | 陈建峰 | 浙江省宁波市慈溪市 |
| 4 | 上汽大众汽车有限公司仪征分公司 | 王爵丰 | 江苏省扬州市仪征市 |
| 5 | 上汽大众汽车有限公司南京分公司 | 邱国平 | 江苏省南京市江宁区 |
| 6 | 上汽大众汽车有限公司广州增城分公司 | 王俊源 | 广东省广州市增城区 |
| 7 | 上汽大众汽车有限公司天津分公司 | 顾阳 | 天津市滨海新区 |
| 8 | 上海大众汽车有限公司徐州特约维修站大众百杂经销部 | 杨锦荣 | 江苏省徐州市鼓楼区 |

**财务数据**  境内财报

财务简析  营业收入 / 净利润 / 净利率 / 毛利率等图表分析

主要指标  资产负债表  利润表  现金流量表  报告期▼  开始时间 ~ 结束

|  | 2024年中报 人民币 | 2023年年报 人民币 | 2022年年报 人民币 | 2021年年报 人民币 | 2020年年报 人民币 |
|---|---|---|---|---|---|
| **利润表** | | | | | |
| 营业总收入 | 650.09亿 | 1,402.75亿 | 1,647.15亿 | 1,592.38亿 | 1,744.97亿 |
| 同比(%) | - | -14.84 | 3.44 | - | -26.0 |
| 净利润 | 8.65亿 | 31.32亿 | 87.29亿 | 101.86亿 | 154.89亿 |
| 同比(%) | 61.90 | -64.12 | -14.30 | -34.24 | -22.6 |
| **资产负债表** | | | | | |
| 资产合计 | 949.11亿 | 1,110.31亿 | 1,049.03亿 | 1,182.91亿 | 1,266.59亿 |
| 同比(%) | 2.30 | 5.84 | -11.32 | -6.61 | -8.8 |
| 负债总计 | 767.28亿 | 906.16亿 | 787.89亿 | 909.04亿 | 939.08亿 |
| 所有者权益总计 | 181.83亿 | 204.15亿 | 261.14亿 | 273.87亿 | 327.51亿 |
| 同比(%) | 1.60 | -21.82 | -4.65 | -16.38 | -12.1 |
| **现金流量表** | | | | | |
| 经营活动产生的现金流量 | - | - | - | - | - |
| **盈利能力** | | | | | |
| 加权净资产收益率(%) | - | - | 33.43 | 37.19 | 47.2 |
| 净利率(%) | 1.33 | 2.23 | 5.30 | 6.40 | 8.8 |
| **偿还能力** | | | | | |
| 资产负债率(%) | 80.84 | 81.61 | 75.11 | 76.85 | 74.1 |

## 企业年报 11

| 2023年度报告 | 2022年度报告 | 2021年度报告 | 2020年度报告 | 2019年度报告 | 2018 |
|---|---|---|---|---|---|
| 2024-05-24 | 2023-05-30 | 2022-08-08 | 2021-06-01 | 2020-06-19 | 201 |

## 最终受益人 ⓘ

### 受益所有人 1

| 序号 | 受益所有人名称 | 最终受益股份 | 受益类型 | 任职类型 |
|---|---|---|---|---|
| 1 | 王晓秋 110 | - | 法定代表人/负责人，关键决策人员 | 法定代表人，董事长,董事 |

### 受益自然人 12    受益机构 2

| 序号 | 受益自然人名称 | 最终受益股份 | 受益类型 |
|---|---|---|---|
| 1 | 王晓秋 110 | - | 法定代表人/负责人，关键决策人员 |
| 2 | RALF BRANDSTAETTER 13 | - | 关键管理人员 |
| 3 | 陶海龙 47 | - | 关键管理人员 |
| 4 | 谢蔚 175 | - | 关键管理人员 |
| 5 | STEFAN MECHA 49 | - | 关键管理人员 |
| 6 | 贾健旭 124 | - | 关键管理人员 |
| 7 | 祖似杰 59 | - | 关键管理人员 |
| 8 | Thomas Ulbrich 16 | - | 关键管理人员 |
| 9 | PATRICK HEINECKE 45 | - | 关键管理人员 |
| 10 | DR.GERNOT DOELLNER 13 | - | 关键管理人员 |
| 11 | THOMAS SCHAEFER 13 | - | 关键管理人员 |

| 12 | 傅强 45 | - | 关键管理人员 |

## 实际控制人

| 序号 | 实际控制人 | 总持... |
|---|---|---|
| 1 | 上海市国有资产监督管理委员会 15999 | 33.3 |

## 协同股东 1

| 序号 | 协同股东 | 共同持股企业数量 | 共同持... |
|---|---|---|---|
| 1 | 大众汽车（中国）投资有限公司 | 2 | 易手车（北京）互联网信息服务有限公司<br>自身持股：33%，协同股东持股：34%<br>上海上汽大众汽车销售有限公司<br>自身持股：20%，协同股东持股：30% |

## 疑似关系 17

| 序号 | 企业名称 | 状态 | 法定代表人 | 注册资本 | 成立日期 | 关联方 |
|---|---|---|---|---|---|---|
| 1 | 中国第一汽车集团有限公司 | 存续 | 邱现东 | 3540000万元 | 1953-07-15 | 否 |
| 2 | 一汽—大众汽车有限公司 | 存续 | 邱现东 | 2428200万元 | 1991-02-06 | 是 |
| 3 | 大众汽车（中国）投资有限公司 | 存续 | 拉尔夫·布兰德施泰特（RALF BRAND STAETTER） | 13041.496万美元 | 1999-02-04 | 是 |
| 4 | 上海上汽大众汽车销售有限公司 | 存续 | 王晓秋 | 2998万美元 | 2000-07-05 | 是 |
| 5 | 上汽大众动力电池有限公司 | 存续 | 陶海龙 | 20000万元 | 2018-10-19 | 是 |
| 6 | 一汽大众销售有限责任公司 | 存续 | 吴迎凯 | 20000万元 | 1999-01-05 | 否 |
| 7 | 吉林市谨屹园林绿化工程有限公司 | 存续 | 杨蕙竹 | 5000万元 | 2017-07-31 | 否 |
| 8 | 任丘市瑞丰汽车销售服务有限公司 | 存续 | 刘建广 | 990万元 | 2016-10-19 | 否 |
| 9 | 上海上汽大众商务管理有限公司 | 存续 | 林敏 | 500万元 | 2023-12-14 | 是 |
| 10 | 吉林市谨屹物业服务有限公司 | 存续 | 杨蕙竹 | 500万元 | 2015-07-02 | 否 |

## 同业分析

| 注册资本 | 注册资本-全国 | 注册资本-本省 |
|---|---|---|
| 进入市场时期 | 该企业属于 汽车制造业，全国同行企业 32万家；<br>该企业注册资本为 1150000万元，超过全国 99% 的同行企业。 | 该企业属于 汽车制造业，本省...<br>该企业注册资本为 1150000万元， |
| 地域分布 | 全国同行企业注册资本占比<br>50万以内 56.28%<br>50-100万 11.23%<br>100-500万 16.08%<br>500-1000万 5.55%<br>1000-5000万 7.68%<br>5000万以上 3.18% |  |

数据来源：国家企业信用信息公示系统、全国建筑市场监管公共服务平台等。

相关企业　热门企业　推荐企业

| 菲斯科（上海）汽车有限公司<br>苏奇 | 上海迈吉卡汽车有限公司<br>鲁菁衢 | 上海旭欢欢旭汽车有限公司<br>张欢 | 上海诗文汽车有限公司<br>龚卫国 |

| 上海杰勉汽车有限公司 | 上海亦麟汽车有限公司 | 上海罗普川汽车有限公司 | 上海金驰宇汽车有限公司 |
| 沈杰 | 顾肖钰 | 施妹菊 | 郭春梅 |

| 上海杰勉汽车有限公司 | 上海亦麟汽车有限公司 | 上海罗普川汽车有限公司 | 上海金驰宇汽车有限公司 |
| 沈杰 | 顾肖钰 | 施妹菊 | 郭春梅 |

# SAIC Volkswagen Automotive Co., Ltd.

Formerly known as Enterprise Technology Center

Enterprise search score: 1438 points L-12   Science and Technology Innovation Score: 98 points

- Unified social credit code: 91310000607200463N
- Tel: 021-59561888 More 7
- Legal representative: Wang Xiaoqiu · Related companies 20
- Email: callcenter@csvw.com More2
- Registered capital: 1.15 billion yuan
- Official website: www.csvw.com More · public account 8
- Date of Establishment: 1985-02-16
- address: No. 123, Yutian Road, Anting Town, Jiading District, Shanghai   Nearby businesses More1

Introduction: SAIC Volkswagen Automotive Co., Ltd. (hereinafter referred to as "SAIC Volkswagen") is a Sino-German joint venture jointly operated by SAIC Group and Volkswagen Group. The company was founded in October 1984.

| Shanghai Automotive Industry Group | Product information: SAIC Volkswagen | Tendering | Property |
|---|---|---|---|
| Member companies 729 Major risks 166 | is not currently financing | and bidding 24 Procurement 93 | Clue Clue 999+ Estimated Value |

动态 Case filing date: 2025-01-24 New case filed, cause of action: Processing contract dispute View dynamics

| Own risk | Associated risks | Historical Information | Tips | In-depth risk analysis | Debt/Credit | Risky relationships | Breach of contract |
|---|---|---|---|---|---|---|---|
| 96 | 204 | 363 | 341 | 999+ | 60 | 434 | Stroke |

**Basic** Information123 Legal proceedings 999+ Business Risks24 Business information 999+ Enterprise Development 999+ Intellectual Property 999+

Chachatu Industrial and Commercial Information Shareholder Information 5 Main Personnel 12 Foreign Investment 8 Controlled Enterprises 20 Change Records 35 Branches 8 Financial Data Enterprise

Collaborative shareholders 1 Suspected relationships 17 Peer analysis   Overseas investment 0

| Enterprise Map | Equity Structure Chart Equity Penetration Chart | Relationship Map | Actual controller Enterprise beneficial shareholder Enterprise equity distribution relationship |
|---|---|---|---|

## Business Information

| | | | | |
|---|---|---|---|---|
| Unified social credit code | 91310000607200463N | Company Name | SAIC Volkswagen Automotive Co., Ltd.  Formerly known as Shanghai Volkswagen Automotive Co., Ltd. (1985-02 to 20 | |
| Legal representative | Wang Xiaoqiu · Related companies 20 | Registration Status | Continuing existence (in operation, in business, on the register) | Date of Establishment |
| | | Registered capital | 1.15 billion yuan | Paid-in capital |
| Organization Code | 60720046-3 | Business registration number | 310000400000638 | Taxpayer Identification |
| Company Type | Limited Liability Company (Foreign Investment, Non-Sole Proprietorship) Business Term | | 1985-02-16 to 2040-02-15 | Taxpayer Qualification |
| Staff size | More than 10,000 people | Number of insured persons | 16888 (2023 Annual Report) · | Approval Date |
| | | Number of insured persons in branches | 5090 (2023 Annual Report) · | |
| Region | Jiading District, Shanghai | Registration Authority | Shanghai Municipal Administration for Market Regulation | Import and export enterprises |
| National standard industry | Gasoline and diesel vehicle manufacturing (C3611) | English name | SAIC Volkswagen AUTOMOTIVE Company Lim | |
| Registered Address | Code: No. 123, Yutian Road, Anting Town, Jiading District, Shanghai 201805 · Nearby businesses | | | |
| Mailing address | Code: No.7 Yutian Road, Anting, Jiading District, Shanghai 201805 · (2023 Annual Report) | | | |
| Business Scope | Licensed projects: Road motor vehicle production; Category II value-added telecommunications services. (Projects that require approval according to law can only be operated after approval by relevant departments.) General items: automobile sales; new energy vehicle sales; motor vehicle repair and maintenance; goods import and export; technology import and export; technical services, technology R&D of auto parts; manufacturing of auto parts and accessories; manufacturing of intelligent vehicle equipment; sales of auto decoration products; sales of electric accessories for new energy vehicles; Battery sales; battery parts production; battery parts sales; recycling and cascade utilization of waste power batteries for new energy vehicles (excluding hazardous waste management); Motor vehicle charging and sales; non-residential real estate leasing; software development; information system integration services; information technology consulting services. (Except for projects that require approval according to law | | | |

## Shareholder Information · · Equity Structure

**Shareholder Information 5** Historical Shareholder Mirror 2

| Serial number | Shareholder Name | Shareholding ratio | Subscribed capital (ten thousand yuan) | Subscribed capital date | Paid capital (ten thousand yuan) |
|---|---|---|---|---|---|
| 1 | SAIC Motor Corporation Limited  SAIC Motor (600104.SH), the largest shareholder of a municipal state-owned enterprise | 50.00% | 575000 | 2008-12-31 | 575000· |
| 2 | Volkswagen  Germany | 38.00% · | 437000 | 2008-12-31 | 460000· |
| 3 | · Volkswagen (China) Investment Co., Ltd. | 10.00% | 115000 | 2008-12-31 | 115000· |
| 4 | Skoda Auto  Czech Republic | 1.00% | 11500 | - | - |
| 5 | AUDI AG  Germany | 1.00% | 11500 | - | - |

**Key Personnel**

**Main Personnel 12** History Main Personnel 20

| Serial number | Name | Position |
|---|---|---|
| 1 | Wang Xiaoqiu ÿ 20 — Legal representative Beneficial owner | Chairman, Director |
| 2 | RALF BRANDSTAETTER ÿ 2 | Vice Chairman |
| 3 | Tao Hailong ÿ 5 | Manager, Director |
| 4 | DR.GERNOT DOELLNER ÿ 2 | director |
| 5 | Xie Wei ÿ 22 | director |
| 6 | Zu Shijie ÿ 24 | director |
| 7 | Fu Qiang ÿ 3 | director |
| 8 | THOMAS SCHAEFER ÿ 2 | director |
| 9 | PATRICK HEINECKE ÿ 4 | director |
| 10 | STEFAN MECHA ÿ 3 | director |

**Overseas Investment**  ÿ Chart analysis

**Outward investment 8** Outward investment (indirect) 21 Historical outward investment 2

| Serial number | Name of invested enterprise | Status | Establishment Date | Shareholding Ratio | Subscribed capital | Affiliation |
|---|---|---|---|---|---|---|
| 1 | Shanghai Zhongwang Technology Service Co., Ltd. | Continuing | 2024-07-25 | 33% | 930462202 million RMB ÿ Shanghai | |
| 2 | SAIC Volkswagen Power Battery Co., Ltd. | | 2018-10-19 | 100% | 200 million yuan | Shanghai |
| 3 | Shanghai SAIC Volkswagen Sales Co., Ltd. | Continuing | 2000-07-05 | 20% | $5.996 million | Shanghai |
| 4 | Shanghai SAIC Volkswagen Business Management Co., Ltd. | Continuing | 2023-12-14 | 100% | 5 million yuan | Shanghai |
| 5 | Ningbo Shenma Automobile Manufacturing Co., Ltd. | Cancelled | 2000-06-05 | 100% | 100 million yuan | Zhejiang Province |
| 6 | Yishouche (Beijing) Internet Information Service Co., Ltd. was deregistered on | | 2019-05-17 | 33% | 21.45 million yuan | Beijing |
| 7 | Shanghai Baosteel Group Automotive Materials Joint Venture Co., Ltd. | Cancelled | 1993-09-24 | 15% | 7.5 million yuan | Shanghai |
| 8 | Sanghaiting Entertainment Hall, Jiading District | Cancelled | 1991-10-26 | 23.4043% | 110,000 yuan | Shanghai |

**Controlling Enterprises 20**  ÿ Batch query · The following enterprises ÿ investment ratio registration status belongs to the region

| Serial number | Controlling company name | state | Date of Establishment | Region |
|---|---|---|---|---|
| 1 | SAIC Volkswagen Power Battery Co., Ltd. | Continuation | 2018-10-19 | Made in Jiading District, Shanghai |
| 2 | Shanghai SAIC Volkswagen Business Management Co., Ltd. | Continuation | 2023-12-14 | Shanghai Pudong New Area Leasing |
| 3 | Shanghai SAIC Volkswagen Sales Co., Ltd. | Continuation | 2000-07-05 | Wholesale in Jiading District, Shanghai |
| 4 | SAIC Volkswagen Sales (Shenzhen) Co., Ltd. | Continuation | 2018-09-30 | Wholesale in Shenzhen, Guangdong |
| 5 | SAIC Volkswagen (Ningbo) Auto Parts Co., Ltd. | Continuation | 2024-02-02 | Made in Ningbo, Zhejiang Province |
| 6 | SAIC Volkswagen (Yizheng) Auto Parts Co., Ltd. | Continuation | 2023-12-28 | Wholesale in Yangzhou, Jiangsu Province |

Machine Translated by Google

2023/4/16 15:56                    Case 1:24-cv-02970-PLF    Document 41-4    SAIC Volkswagen Automotive Co., Ltd. - qichacha    Filed 04/18/25    Page 10 of 13

| | | | | | |
|---|---|---|---|---|---|
| 7 | SKODA | SAIC Volkswagen Sales (Guangzhou) Co., Ltd. | In business | 2018-11-07 | Wholesale in Guangzhou, Guangdong Province |
| 8 | VW | SAIC Volkswagen Sales (Nanjing) Co., Ltd. | Continuation | 2023-02-24 | Wholesale in Nanjing, Jiangsu Province |
| 9 | INSAIC | SAIC Motor Insurance Sales Co., Ltd. | Continuation | 2011-05-10 | Shanghai Jing'an District Finance |
| 10 | | Shanghai Anjia Intelligent Driving Digital Technology Co., Ltd. | Continuation | 2023-10-26 | Shanghai Jing'an District Science |

**Change Log** ÿ 35

| Serial number | change date | Change Item | Before Change | After Change |
|---|---|---|---|---|
| 1 | 2024-12-17 | Change of residence | No. 123 Yutian Road, Anting, Jiading District, Shanghai | Shanghai Jiading District |
| 2 | 2024-12-17 | Articles of Association Recordal | 2017-03-24 Articles of Association Record | 2024-11-26 Chapter |
| 3 | 2024-12-17 | Change of enterprise type | Limited Liability Company (Sino-foreign Joint Venture) | Limited Liability Company |
| 4 | 2024-12-17 | Operation period (business period) changed to 1985-02-16~2030-02-15 | | 1985-02-16~2 |
| 5 | 2024-12-17 | Change of business scope | 1. Develop, manufacture, and sell automobiles, parts, accessories, and provide after-sales services.<br>2. Export of automobiles, parts, accessories, attachments and stamping dies<br>3. Import of auto parts, accessories, etc. Import and export business (excluding distribution).<br>Projects that require approval by law can only carry out business activities after approval by relevant departments. ÿ | Licensed items: Road machines<br>Category II Value-added Telecommunications<br>Later you can start business<br>(Subject to the certificate) Generally<br>New energy vehicle |
| 6 | 2024-09-29 | Change of legal representative | Chen Hong | Wang Xiaoqiu* |
| 7 | 2024-09-29 | Directors Record | THOMAS SCHAEFER<br>DR.GERNOT DOELLNER<br>THOMAS ULBRICH<br>RALF BRANDSTAETTER<br>Zu Shijie | THOMAS SCH<br>DR.GERNOT D<br>THOMAS ULB<br>RALF BRANDS<br>Zu Shijie ÿ |
| 8 | 2024-03-07 | Directors Record | THOMAS SCHAEFER<br>DR.GERNOT DOELLNER<br>Dr. Jörg Mull<br>THOMAS ULBRICH<br>RALF BRANDSTAETTER | THOMAS SCH<br>DR.GERNOT D<br>Dr. Jörg Mull<br>THOMAS ULB<br>RALF BRANDS ÿ |
| 9 | 2023-10-25 | Directors Record | THOMAS SCHAEFER<br>Dr. Jörg Mull<br>THOMAS ULBRICH<br>RALF BRANDSTAETTER<br>Zu Shijie | THOMAS SCH<br>Dr. Jörg Mull<br>THOMAS ULB<br>RALF BRANDS<br>Zu Shijie ÿ |
| 10 | 2023-05-04 | Senior Management Personnel Record | Chen Xianzhang ÿExit ÿ | Jia Jianxu [Newcomer] |

Special note: The person marked with "*" is the legal representative.

**Branch 8** ÿ Chart Analysis                                        ÿ Batch query · The following enterprises ÿ areas

| Serial number | Company Name | Person in charge | area |
|---|---|---|---|
| 1 | SAIC Volkswagen New Energy Vehicle Branch | Xu Zhiqin | Jiading District, Shanghai |
| 2 | SAIC Volkswagen Automotive Co., Ltd. Changsha Branch | Xia Liangjun | Changsha County, Changsha City, Hunan Province |
| 3 | SAIC Volkswagen Automotive Co., Ltd. Ningbo Branch | Chen Jianfeng | Cixi City, Ningbo City, Zhejiang Province |
| 4 | SAIC Volkswagen Automotive Co., Ltd. Yizheng Branch | Wang Juefeng | Yizheng City, Yangzhou City, Jiangsu Province |
| 5 | SAIC Volkswagen Automotive Co., Ltd. Nanjing Branch | Qiu Guoping | Jiangning District, Nanjing City, Jiangsu Province |
| 6 | SAIC Volkswagen Automotive Co., Ltd. Guangzhou Zengcheng Branch | Wang Junyuan | Zengcheng District, Guangzhou City, Guangdong Province |
| 7 | SAIC Volkswagen Automotive Co., Ltd. Tianjin Branch | Gu Yang | Tianjin Binhai New Area |
| 8 | Shanghai Volkswagen Automobile Co., Ltd. Xuzhou Authorized Repair Station Volkswagen Miscellaneous Sales Department | Yang Jinrong | Gulou District, Xuzhou City, Jiangsu Province |

**Financial Data**    Domestic financial reports

    Financial Analysis    Operating income/net profit/net profit margin/gross profit margin and other chart analysis

**Main indicators**  Balance sheet  Income statement  Cash flow statement                                    Reporting period starts and ends

Machine Translated by Google

2025/4/15 14:58   Case 1:24-cv-02970-PLF   Document 41-4   SAIC Volkswagen Automotive Co., Ltd. - Qichacha   Filed 04/18/25   Page 11 of 13

| | 2024 Interim Report RMB | 2023 Annual Report RMB | 2022 Annual Report RMB | 2021 Annual Report RMB | 2020 Annual Report RMB |
|---|---|---|---|---|---|
| **Income Statement** | | | | | |
| Total operating income | 65.009 billion | 140.275 billion | 164.715 billion | 159.238 billion | 174.497 billion |
| Year-on-year (%) | - | -14.84 | 3.44 | - | -26.0 |
| Net Profit | 865 million | 3.132 billion | 8.729 billion | 10.186 billion | 15.489 billion |
| Year-on-year (%) | 61.90 | -64.12 | -14.30 | -34.24 | -22.6 |
| **Balance Sheet** | | | | | |
| Total assets | 94.911 billion | 111.031 billion | 104.903 billion | 118.291 billion | 126.659 billion |
| Year-on-year (%) | 2.30 | 5.84 | -11.32 | -6.61 | -8.8 |
| Total liabilities | 76.728 billion | 90.616 billion | 78.789 billion | 90.904 billion | 93.908 billion |
| Total Owners' Equity | 18.183 billion | 20.415 billion | 26.114 billion | 27.387 billion | 32.751 billion |
| Year-on-year (%) | 1.60 | -21.82 | -4.65 | -16.38 | -12.1 |
| **Cash Flow Statement** | | | | | |
| Cash flow from operating activities quantity | - | - | - | - | |
| **Profitability** | | | | | |
| Weighted return on net assets (%) | - | - | 33.43 | 37.19 | 47.2 |
| Net profit margin (%) | 1.33 | 2.23 | 5.30 | 6.40 | 8.8 |
| **Repayment Ability** | | | | | |
| Debt-to-asset ratio (%) | 80.84 | 81.61 | 75.11 | 76.85 | 74.1 |

## Annual Report 11

| 2023 Annual Report | 2022 Annual Report | 2021 Annual Report | 2020 Annual Report | 2019 Annual Report | 2018 |
|---|---|---|---|---|---|
| 2024-05-24 | 2023-05-30 | 2022-08-08 | 2021-06-01 | 2020-06-19 | 201 |

## Final beneficiary

ÿBased on

### Beneficial Owner 1

| Serial number | Beneficial Owner Name | Ultimate beneficial shares | Benefit Type | Job Type |
|---|---|---|---|---|
| 1 | Wang Xiaoqiu ÿ 110 | - | Legal representative/person in charge, key decision-making Policy makers | Legal representative, chairman, director |

**Beneficiary natural person 12** Beneficiary institution 2

| Serial number | Name of the Beneficiary Natural Person | Ultimate beneficial shares | Benefit Type |
|---|---|---|---|
| 1 | Wang Xiaoqiu ÿ 110 | - | Legal representative/person in charge, key decision-maker |
| 2 | RALF BRANDSTAETTER ÿ 13 | - | Key Management Personnel |
| 3 | Tao Hailong ÿ 47 | - | Key Management Personnel |
| 4 | Xie Wei ÿ 175 | - | Key Management Personnel |
| 5 | STEFAN MECHA ÿ 49 | - | Key Management Personnel |
| 6 | Jia Jianxu ÿ 124 | - | Key Management Personnel |
| 7 | Zu Shijie ÿ 59 | - | Key Management Personnel |
| 8 | Thomas Ulbrich ÿ 16 | - | Key Management Personnel |
| 9 | PATRICK HEINECKE ÿ 45 | - | Key Management Personnel |
| 10 | DR.GERNOT DOELLNER ÿ 13 | - | Key Management Personnel |
| 11 | THOMAS SCHAEFER ÿ 13 | - | Key Management Personnel |

| | | | |
|---|---|---|---|
| 12 | Fu Qiang 45 | - | Key Management Personnel |

**Actual controller**  [Map of actual controllers]

| Serial number | Actual controller | Sudatta |
|---|---|---|
| 1 | Shanghai State-owned Assets Supervision and Administration Commission 15999 | 33.3 |

**Collaborative Shareholders**

| Serial number | Collaborative Shareholders | Number of jointly held companies | Joint holdings |
|---|---|---|---|
| 1 | Volkswagen (China) Investment Co., Ltd. | 2 | Yishouche (Beijing) Internet Information Service Co., Ltd. — Own shareholding: 33% Co-shareholder shareholding: 34%; Shanghai SAIC Volkswagen Sales Co., Ltd. — Own shareholding: 20% Cooperative shareholder shareholding: 30% |

**Suspected relationship 17**

| Serial number | Company Name | Status | Legal Representative | Registered capital | Date of Establishment | Related parties |
|---|---|---|---|---|---|---|
| 1 | China First Automobile Group Co., Ltd. | | Qiu Xiandong | 3540000 million yuan | 1953-07-15 | no |
| 2 | FAW-Volkswagen Automotive Co., Ltd. | | Qiu Xiandong | 24282 million yuan | 1991-02-06 | Yes |
| 3 | Volkswagen (China) Investment Co., Ltd. | continues to exist | Ralph Brandstein RALF BRAND STAETTER | $130,414,960 | 1999-02-04 | Yes |
| 4 | Shanghai SAIC Volkswagen Automotive Sales Co., Ltd. | Surviving | Wang Xiaoqiu | $29.98 million | 2000-07-05 | |
| 5 | SAIC Volkswagen Power Battery Co., Ltd. | | Tao Hailong | 200 million yuan | 2018-10-19 | |
| 6 | FAW-Volkswagen Sales Co., Ltd. | | Wu Yingkai | 200 million yuan | 1999-01-05 | no |
| 7 | Jilin Jinyi Landscaping Engineering Co., Ltd. | Surviving | Yang Huizhu | 50 million yuan | 2017-07-31 | no |
| 8 | Renqiu Ruifeng Automobile Sales and Service Co., Ltd. | is still in existence. | Liu Jianguang | 9.9 million yuan | 2016-10-19 | no |
| 9 | Shanghai SAIC Volkswagen Business Management Co., Ltd. | Surviving | Lin Min | 5 million yuan | 2023-12-14 | Yes |
| 10 | Jilin Jinyi Property Services Co., Ltd. | | Yang Huizhu | 5 million yuan | 2015-07-02 | no |

**Industry Analysis**



**Registered capital**

Registered capital-National: This enterprise belongs to the automobile manufacturing industry, and there are 320,000 similar enterprises in the country. The company's registered capital is 1.15 billion yuan, exceeding 99% of its peers in the country.

Registered capital-province: The enterprise belongs to the automobile manufacturing industry. The registered capital of the enterprise is 1.15 billion yuan.

**Entering the market**

The proportion of registered capital of peer companies nationwide:
- Within 500,000: 56.28%
- 500,000-1,000,000: 11.23%
- 1-5 million: 16.08%
- 5-10 million: 5.55%
- 10-50 million: 7.68%
- More than 50 million: 3.18%

**Geographical Distribution**

Data sources: National Enterprise Credit Information Publicity System, National Construction Market Supervision Public Service Platform, etc.

**Related companies   Popular companies   Recommended companies**

| Fisker (Shanghai) Automotive Co., Ltd. — Suqi | Shanghai Magic Car Co., Ltd. — Lu Jingheng | Shanghai Xuhuanhuanxu Automobile Co., Ltd. — Zhang Huan | Shanghai Shiwen Automobile Co., Ltd. — Gong Weiguo |

| Shanghai Jiemian Automobile Co., Ltd. Shen Jie | Shanghai Yilin Automobile Co., Ltd. Gu Xiaoyu | Shanghai Luopuchuan Automobile Co., Ltd. Shi Meiju | Shanghai Jinchiyu Automobile Co., Ltd. Guo Chunmei |