# EXHIBIT 5

上海上汽大众汽车销售有限公司陕西销售服务中心_企查查

 **上海上汽大众汽车销售有限公司陕西销售服务中心** 在业

统一社会信用代码: 9161000071970747XM
负责人: 朱凯
成立日期: 2005-01-17

电话: 029-88745113  更多 3
邮箱: xibei@csvw.com
官网: https://www.csvw.com ⊘  公众号
地址: 陕西省西安市高新区唐延路11号禾盛京广中心A座25B03室  附近企业

**动态**  2024-11-21 负责人从"周志"变更为"朱凯"  查看动态

| 风险<br>扫描 | 自身风险<br>1 | 关联风险<br>0 | 历史信息<br>0 | 提示信息<br>53 | **分<br>析** | 深度风险分析<br>2 | 风险关系<br>1 | 合同违<br>0 |
|---|---|---|---|---|---|---|---|---|

| 基本信息 37 | 法律诉讼 1 | 经营风险 | 经营信息 11 | 企业发展 |
|---|---|---|---|---|

| 查查图谱 | 工商信息 | 变更记录 23 | 总公司 1 | 财务数据 | 企业年报 11 | 最终受益人 | 疑似关系 | 境外投资 0 |
|---|---|---|---|---|---|---|---|---|

## 工商信息

| | | | | | |
|---|---|---|---|---|---|
| 统一社会信用代码 | 9161000071970747XM | 企业名称 | 上海上汽大众汽车销售有限公司陕西销售服务中心 | | |
| 负责人 | 朱凯 | 登记状态 | 开业 | 成立日期 | |
| 组织机构代码 | 71970747-X | 工商注册号 | 610000500003179 | 纳税人识别 | |
| 企业类型 | 外商投资企业分支机构 | 营业期限 | 2005-01-17 至 2030-02-15 | 纳税人资质 | |
| 人员规模 | 少于50人 | 参保人数 | 28（2023年报）⛰ | 核准日期 | |
| 所属地区 | 陕西省西安市雁塔区 | 登记机关 | 西安市场监督管理局高新区分局 | | |
| 国标行业 | 汽车新车零售（F5261）⌄ | 英文名 | Shanghai SAIC Volkswagen Sales Co., Ltd. Sha | | |
| 营业场所 | 陕西省西安市高新区唐延路11号禾盛京广中心A座25B03室（邮编710075）  附近企业 | | | | |
| 经营范围 | 销售上海大众汽车有限公司生产的汽车及相关零部件和配件，提供售后服务。（依法须经批准的项目，经相关部门批 | | | | |

## 变更记录 23 ⓘ

| 序号 | 变更日期 | 变更项目 | 变更前 | |
|---|---|---|---|---|
| 1 | 2024-11-18 | 企业联络人员、财务人员 | 原联络人员姓名:刘泓,原联络人员固定电话:******,原联络人员移动电话:******,原<br>财务负责人姓名:欧阳榕,原财务负责人固定电话:******,原财务负责人移动电话:******,原办税人姓名:,原办税人固定电话:,原办税人移动电话:,原生产经营地:陕西省西安市高新区科技路**号创业 ⌄ | 现联络人员姓名<br>动电话:******,现<br>财务负责人姓名<br>责人移动电话:<br>人移动电话:,现 |
| 2 | 2024-11-18 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | 周志 | 朱凯* |
| 3 | 2024-05-24 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | 杨帆 | 周志 |
| 4 | 2023-04-18 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | 郭昌平 | 杨帆 |
| 5 | 2022-03-11 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | 许霈卿 | 郭昌平 |
| 6 | 2020-11-06 | 住所变更 | 陕西省西安市高新区科技路48号 | 陕西省西安市高 |
| 7 | 2020-11-06 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | 马建平 | 许霈卿 |
| 8 | 2018-08-03 | 投资者变更 | 向东平【退出】 | 马建平【新进】 |
| 9 | 2018-08-03 | 其他企业基本信息 | 原生产经营地:（陕西省西安市高新区科技路48号创业广场B座2509室）,原生产经营地所在行政区划:（西安市工商行政管理局高新分局） | 现生产经营地:<br>509室）,现生<br>高新分局） |
| 10 | 2018-08-03 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | 向东平 | 马建平 |

特别提示:  "＊"标识的为负责人。

**总公司 1**

| 序号 | 企业名称 | 法定代表人 | 注册资 |
|---|---|---|---|
| 1 | VW 上海上汽大众汽车销售有限公司 | 王晓秋 🧑‍🤝‍🧑 20 | 2998万美 |

**企业年报 11**

| 2023年度报告 | 2022年度报告 | 2021年度报告 | 2020年度报告 | 2019年度报告 | 2018 |
|---|---|---|---|---|---|
| 2024-03-18 | 2023-04-24 | 2022-04-07 | 2021-04-26 | 2020-06-03 | 201 |

**最终受益人** ⓘ　　　　　　　　　　　　　　　　　　　　🔗 基

**受益所有人 1**

| 序号 | 受益所有人名称 | 最终受益股份 | 受益类型 | 任职类型 |
|---|---|---|---|---|
| 1 | 王晓秋 🖼 110 | - | 法定代表人/负责人，关键决策人员 | 法定代表人，董事长,董事 |

**受益自然人 9**　　受益机构 2

| 序号 | 受益自然人名称 | 最终受益股份 | 受益类型 |
|---|---|---|---|
| 1 | 王晓秋 🖼 110 | - | 法定代表人/负责人，关键决策人员 |
| 2 | STEFAN MECHA 🖼 49 | - | 关键管理人员 |
| 3 | 谢蔚 🖼 175 | - | 关键管理人员 |
| 4 | 贾健旭 🖼 124 | - | 关键管理人员 |
| 5 | HOLGER BERNHARD SANTEL 🖼 35 | - | 关键管理人员 |
| 6 | 陶海龙 🖼 47 | - | 关键管理人员 |
| 7 | PATRICK HEINECKE 🖼 45 | - | 关键管理人员 |
| 8 | ROBERT JANSSEN 🖼 35 | - | 关键管理人员 |
| 9 | 傅强 🖼 45 | - | 关键管理人员 |

数据来源：国家企业信用信息公示系统、全国建筑市场监管公共服务平台等。

相关企业　　热门企业　　推荐企业

| 西安德安注册安全工程师事务所... 钟发延 | 陕西长岳油气科技开发有限责任... 秦海林 | 西安玖盛置业有限公司 丁为东 | 西安创恒实业有限公司 陈友英 |
|---|---|---|---|
| 西安积健房地产咨询有限责任公司 周雯 | 西安曲江大唐城市运营服务有限... 谭文彪 | 西安品讯网络科技股份有限公司 吕涛 | 陕西国萃多肽制品有限 孙铭学 |



**Shanghai SAIC Volkswagen Sales Co., Ltd. Shaanxi Sales and Service Center** is in operation

| | |
|---|---|
| Unified social credit code: 9161000071970747XM | Tel: 029-88745113 更多 3 |
| Person in charge: Zhu Kai | Email: xibei@csvw.com |
| Date of establishment: 2005-01-17 | Official website: https://www.csvw.com Public Account |
| | address:   Room 25B03, Building A, Hesheng Jingguang Center, No. 11 Tangyan Road, High-tech Zone, Xi'an, Shaanxi Province    Nearby Businesses |

**动态** 2024-11-21 The person in charge was changed from "Zhou Zhi" to "Zhu Kai" View updates

| | Associated risks | Historical Information | Tips | | Risky relationships | Breach of contract |
|---|---|---|---|---|---|---|
| ÿOwn risk   1 | 0 | 0 | 53 | ÿIn- depth risk analysis   2 | 1 | 0 |

| **Basic** Information37 | Legal proceedings1 | Business Risks | Business Information11 | Corporate Development |
|---|---|---|---|---|

Chachatu Industrial and Commercial Information Change Records 23 Head Office 1 Financial Data Annual Report 11 Final Beneficiary Suspected Relationship Overseas Investment 0

### Business Information   ÿ

| Unified social credit code 9161000071970747XM | | Company Name | Shanghai SAIC Volkswagen Sales Co., Ltd. Shaanxi Sales and Service Center | |
|---|---|---|---|---|
| Person in charge | Zhu Kai | Registration Status | Opening | Date of Establishment |
| Organization Code | 71970747-X | Business registration number | 610000500003179 | Taxpayer Identification |
| Company Type | Branches of foreign-invested enterprises | Business Term | 2005-01-17 to 2030-02-15 | Taxpayer Qualification |
| Staff size | Less than 50 people | Number of insured persons | 28 (2023 Annual Report) ÿ | Approval Date |
| Region | Yanta District, Xi'an City, Shaanxi Province | Registration Authority | Xi'an Municipal Administration for Market Regulation High-tech Zone Branch | |
| National standard industry | New car retail (F5261) | English name | Shanghai SAIC Volkswagen Sales Co., Ltd. Shaa | |
| Business Location | Room 25B03, Building A, Hesheng Jingguang Center, No. 11 Tangyan Road, High-tech Zone, Xi'an, Shaanxi Province 710075 | | ÿ Nearby businesses | |
| Business Scope | Selling cars and related parts and accessories produced by Shanghai Volkswagen Automotive Co., Ltd. and providing after-sales services. (Projects that require approval according to law shall be approved by relevant departments) | | | |

### Change Log ÿ

| Serial number | change date | Change Item | Before Change | Current |
|---|---|---|---|---|
| 1 | 2024-11-18 | Corporate liaison and financial personnel | Original contact person's name: Liu Hong, original contact person's landline number: ******, original contact person's mobile phone number: Mobile phone:******, original Name of the person in charge of finance: Ouyang Rong, landline number of the former person in charge of finance: ******. Responsible person's mobile phone:******, original tax payer's name:, original tax payer's fixed phone number:, original tax payer's Mobile phone:, original place of production and operation: No. **, Keji Road, High-tech Zone, Xi'an, Shaanxi Province ÿ | Current contact person's name Mobile phone:******, now Name of financial officer Responsible person's mobile phone:* Mobile phone: |
| 2 | 2024-11-18 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | Zhou Zhi | Zhu Kai* |
| 3 | 2024-05-24 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | Yang Fan | Zhou Zhi |
| 4 | 2023-04-18 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | Guo Changping | Yang Fan |
| 5 | 2022-03-11 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | Xu Peiqing | Guo Changping |
| 6 | 2020-11-06 | Change of residence | No. 48, Keji Road, High-tech Zone, Xi'an, Shaanxi Province | Xi'an City, Shaanxi Province |
| 7 | 2020-11-06 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | Ma Jianping | Xu Peiqing |
| 8 | 2018-08-03 | Investor changes | Xiang DongpingÿExitÿ | Ma Jianping [Newcomer] |
| 9 | 2018-08-03 | Other basic information of the company | Original production and operation location: (2, Block B, Entrepreneurship Plaza, No. 48, Keji Road, High-tech Zone, Xi'an, Shaanxi Province Room 509), the administrative division of the original production and operation location: (Xi'an Administration for Industry and Commerce High-tech Branch) | Current production and operation location Room 509), now in production High-tech Branch) |
| 10 | 2018-08-03 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | Xiang Dongping | Ma Jianping |

Special note: Those marked with "*" are responsible persons.

**head office[1]**

| Serial number | Company Name | Legal representative | Registered capital |
|---|---|---|---|
| 1 | Shanghai SAIC Volkswagen Sales Co., Ltd. | Wang Xiaoqiu ÿ 20 | 29.98 million US dollars |

**Annual Report[11]**

| 2023 Annual Report | 2022 Annual Report | 2021 Annual Report | 2020 Annual Report | 2019 Annual Report | 2018 |
|---|---|---|---|---|---|
| 2024-03-18 | 2023-04-24 | 2022-04-07 | 2021-04-26 | 2020-06-03 | 201 |

**Final** beneficiary                                                                 ÿBased on

**Beneficial Owner [1]**

| Serial number | Beneficial Owner Name | Ultimate beneficial shares | Benefit Type | Job Type |
|---|---|---|---|---|
| 1 | Wang Xiaoqiu ÿ 110 | - | Legal representative/person in charge, key decision-making Policy makers | Legal representative, chairman, director |

**Beneficiary natural person 9** Beneficiary institution 2

| Serial number | Name of the Beneficiary Natural Person | Ultimate beneficial shares | Benefit Type |
|---|---|---|---|
| 1 | Wang Xiaoqiu ÿ 110 | - | Legal representative/person in charge, key decision-maker |
| 2 | STEFAN MECHA ÿ 49 | - | Key Management Personnel |
| 3 | Xie Wei ÿ 175 | - | Key Management Personnel |
| 4 | Jia Jianxu ÿ 124 | - | Key Management Personnel |
| 5 | HOLGER BERNHARD SANTEL ÿ 35 | - | Key Management Personnel |
| 6 | Tao Hailong ÿ 47 | - | Key Management Personnel |
| 7 | PATRICK HEINECKE ÿ 45 | - | Key Management Personnel |
| 8 | ROBERT JANSSEN ÿ 35 | - | Key Management Personnel |
| 9 | Fu Qiang ÿ 45 | - | Key Management Personnel |

Data sources: National Enterprise Credit Information Publicity System, National Construction Market Supervision Public Service Platform, etc.

Related companies Popular companies Recommended companies

| Xi'an De'an Registered Safety Engineers Firm... | Shaanxi Changyue Oil and Gas Technology Development Co., Ltd.... | Xi'an Jiusheng Real Estate Co., Ltd. | Xi'an Chuangheng Industrial Co., Ltd. |
|---|---|---|---|
| Zhong Fayan | Qin Hailin | Ding Weidong | Chen Youying |
| Xi'an Jijian Real Estate Consulting Co., Ltd. | Xi'an Qujiang Datang Urban Operation Service Co., Ltd.... | Xi'an Pinxun Network Technology Co., Ltd. | Shaanxi Guocui Polypeptide Products Co., Ltd. |
| Zhou Wen | Tan Wenbiao | Lv Tao | Sun Mingxue |