# EXHIBIT 6

# 东风汽车有限公司东风日产乘用车公司  在业

曾用名   央企子公司

| 统一社会信用代码: 91440101749934315Y | 电话: 020-86876063  更多 3 |
| --- | --- |
| 负责人: SEKIGUCHI ISAO（关口勋） | 邮箱: fszx03@dfl.com.cn  更多 6 |
| 成立日期: 2003-06-09 | 官网: www.dongfeng-nissan.com.cn  更多 2   公众号 8 |
|  | 地址: 广州市花都区风神大道8号  附近企业  更多 1 |

简介: 东风日产乘用车公司成立于2003年6月16日，是东风汽车有限公司旗下重要的乘用车板块，从事NISSAN品牌乘用车的研发、采购、制...

招投标
中标 7   招采 2151

动态  2025-04-11 公开发明专利，电机控制方法、电子设备、存储介质及计算机程序产品  查看动态

| 风险扫描 ⓘ | 自身风险 49 | 关联风险 0 | 历史信息 257 | 提示信息 27 | 分析 | 深度风险分析 775 | 风险关系 246 | 合同违... 中风... |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| 基本信息 34 | 法律诉讼 722 | 经营风险 | 经营信息 999+ | 企业发展 999+ |
| --- | --- | --- | --- | --- |

查看图谱   工商信息   变更记录 8   总公司 1   财务数据   企业年报 11   最终受益人   疑似关系 12   境外投资 0

## 工商信息

| 统一社会信用代码 | 91440101749934315Y | 企业名称 | 东风汽车有限公司东风日产乘用车公司<br>曾用名  东风汽车有限公司乘用车公司（2003-06... |  |
| --- | --- | --- | --- | --- |
| 负责人 | SEKIGUCHI ISAO（关口勋） | 登记状态 | 在营（开业）企业 | 成立日期 |
| 组织机构代码 | 74993431-5 | 工商注册号 | 440101400059802 | 纳税人识别... |
| 企业类型 | 分公司 | 营业期限 | 2003-06-09 至 2053-05-19 | 纳税人资质 |
| 人员规模 | 3000-3999人 | 参保人数 | 3270（2022年报） | 核准日期 |
| 所属地区 | 广东省广州市花都区 | 登记机关 | 广州市花都区市场监督管理局 | 进出口企业 |
| 国标行业 | 汽车零部件及配件制造（C3670） | 英文名 | Dongfeng MOTOR Company Limited Dongfen... |  |
| 营业场所 | 广州市花都区风神大道8号（邮编510800）  附近企业 |  |  |  |
| 经营范围 | 汽车零配件设计服务;汽车零部件及配件制造（不含汽车发动机制造）;工程项目管理服务;工程技术咨询服务;物流代理... |  |  |  |

## 变更记录 8 ⓘ

| 序号 | 变更日期 | 变更项目 | 变更前 | |
| --- | --- | --- | --- | --- |
| 1 | 2025-02-19 | 负责人变更 | YAMAGUCHI TAKESHI（山口武） | SEKIGUCHI IS... |
| 2 | 2022-02-15 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | Antoine,Rene,Damien BARTHES（安东尼.巴瑟斯） | YAMAGUCHI... |
| 3 | 2019-09-06 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | AIRTON COUSSEAU（埃尔顿.谷硕） | Antoine,Rene... |
| 4 | 2016-10-10 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | 打越晋 | AIRTON COUS... |
| 5 | 2016-08-09 | 其他事项备案 | 母公司企业（机构）名称: | 母公司企业（机... |
| 6 | 2016-08-09 | 隶属企业变更 | 母公司企业（机构）名称: | 母公司企业（机... |
| 7 | 2014-04-30 | 经营范围变更（含业务范围变更） | 乘用车和商用车及零部件、铸锻件、粉末冶金产品、机电设备、工具和模具的开发、设计、制造和销售<br>对工程建筑项目实施组织管理<br>与合资公司经营项目有关的技术咨询、技术服务、信息服务、物流服务和售后服务 | 汽车零配件设...<br>汽车零部件及...<br>工程项目管理...<br>工程技术咨询...<br>物流代理服务... |
| 8 | 2014-04-30 | 负责人变更（法定代表人、负责人、首席代表、合伙事务执行人等变更） | 松元史明 | 打越晋 |

特别提示: "*"标识的为负责人。

## 总公司 1

| 序号 | 企业名称 | 法定代表人 | 注册资... |
| --- | --- | --- | --- |

| 1 | 东风汽车有限公司<br>央企子公司 | 杨青 3 | 1670000 |

## 企业年报 11

| 2023年度报告 | 2022年度报告 | 2021年度报告 | 2020年度报告 | 2019年度报告 | 2018 |
| --- | --- | --- | --- | --- | --- |
| 2024-04-11 | 2023-03-07 | 2022-04-11 | 2021-03-05 | 2020-05-12 | 201 |

## 最终受益人 ⓘ

基

### 受益所有人 1

| 序号 | 受益所有人名称 | 最终受益股份 | 受益类型 | 任职类型 |
| --- | --- | --- | --- | --- |
| 1 | 杨青 567 | - | 关键决策人员，法定代表人/负责人 | 董事长，法定代表人 |

**受益自然人 7**   受益机构 1

| 序号 | 受益自然人名称 | 最终受益股份 | 受益类型 |
| --- | --- | --- | --- |
| 1 | 杨青 567 | - | 关键决策人员，法定代表人/负责人 |
| 2 | 山崎庄平 54 | - | 关键管理人员 |
| 3 | 陈昊 54 | - | 关键管理人员 |
| 4 | 冯长军 57 | - | 关键管理人员 |
| 5 | 内田诚 51 | - | 关键管理人员 |
| 6 | 星野朝子 51 | - | 关键管理人员 |
| 7 | 马智欣 54 | - | 关键管理人员 |

## 疑似关系 12

疑似

| 序号 | 企业名称 | 状态 | 法定代表人 | 注册资本 | 成立日期 | 关联方 | 疑 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 广州风神汽车有限公司 | 在业 | 杨耀辉 | 230325.0291万元 | 2001-12-04 | 否 | |
| 2 | 风神汽车有限公司 | 存续 | 高国林 | 32842.5675万元 | 2000-02-21 | 否 | |
| 3 | 东风启辰汽车销售有限公司 | 在业 | 周锋 | 10000万元 | 2017-01-18 | 否 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | 东风日产汽车销售有限公司 | 在业 | 周锋 | 10000万元 | 2012-12-18 | 否 |
| 5 | 东风英菲尼迪汽车有限公司 | 存续 | 高国林 | 5000万元 | 2014-08-12 | 否 |
| 6 | 广州兴晟投资发展有限公司 | 在业 | 黄艳敏 | 4182.452904万元 | 1992-07-09 | 否 |
| 7 | 广州乐贝儿童玩具商行（普通合伙） | 在业 | 林佳霖 | 50万元 | 2019-11-24 | 否 |
| 8 | 东风汽车有限公司武汉分公司 | 存续 | 黄开勇 | - | 2020-12-11 | 否 |
| 9 | 东风汽车有限公司东风启辰汽车公司 | 在业 | 马磊 | - | 2017-01-20 | 否 |
| 10 | 东风英菲尼迪汽车有限公司北京分公司 | 存续 | 辛宇 | - | 2014-10-20 | 否 |

数据来源：国家企业信用信息公示系统、全国建筑市场监管公共服务平台等。

相关企业　热门企业　推荐企业

| 广州中芯国信科技有限公司 | 增城市民安煤气有限公司 | 广东高穗医疗设备有限公司 | 广东国优企业管理有限 |
| 袁家强 | 蔡柱坚 | 郑会元 | 戴文献 |
| 广州海之声听力商贸有限公司 | 广州沙巴哇投资有限公司 | 粤达（广东）投资有限公司 | 广州市绿色守护医疗器 |
| 方芳 | 吕鸿 | 余庆锋 | 陈仕伟 |

**Dongfeng Motor Corporation Dongfeng Nissan Passenger Vehicle Company** is in business

Formerly known as a subsidiary of a central enterprise

| | |
|---|---|
| Unified social credit code: 91440101749934315Y | Tel: 020-86876063 More 3 |
| Person in charge: SEKIGUCHI ISAO | Email: fszx03@dfl.com.cn More 6 |
| Date of establishment: 2003-06-09 | Official website: www.dongfeng-nissan.com.cn More 2 / public account 8 |
| | address: No. 8 Fengshen Avenue, Huadu District, Guangzhou Nearby businesses More1 |

Introduction: Dongfeng Nissan Passenger Vehicle Company was established on June 16, 2003. It is an important passenger vehicle division of Dongfeng Motor Corporation, engaged in the R&D, procurement, and manufacturing of NISSAN brand passenger vehicles.

**Tendering and Bidding** Winning 7 Procurement 2151

动态 2025-04-11 Public invention patent, motor control method, electronic device, storage medium and computer program product View dynamics

| | Associated risks | Historical Information | Tips | | Risky relationships | Breach of contract |
|---|---|---|---|---|---|---|
| ÿÿOwn risk 49 | 0 | 257 | 27 | ÿIn-depth risk analysis 775 | 246 | Medium risk |

| Basic Information 34 | Legal proceedings 722 | Business Risks | Business information 999+ | Enterprise Development 999+ |

Chachatu | Industrial and Commercial Information Change Records 8 | Head Office 1 | Financial Data | Annual Report 11 | Suspected Relationship of the Ultimate Beneficiary 12 | Overseas Investment 0

## Business Information

| | | | |
|---|---|---|---|
| Unified social credit code 91440101749934315Y | | Company Name | Dongfeng Motor Corporation Dongfeng Nissan Passenger Vehicle Company Formerly known as Dongfeng Motor Corporation Passenger Vehicle Company (2003-06 |
| Person in charge | SEKIGUCHI ISAO (Hon) | Registration Status | Enterprises in operation | Date of Establishment |
| Organization Code | 74993431-5 | Business registration number | 440101400059802 | Taxpayer Identification |
| Company Type | Branch Office | Business Term | 2003-06-09 to 2053-05-19 | Taxpayer Qualification |
| Staff size | 3000-3999 people | Number of insured persons | 3270 (2022 Annual Report) ÿ | Approval Date |
| Region | Huadu District, Guangzhou City, Guangdong Province | Registration Authority | Guangzhou Huadu District Market Supervision and Administration Bureau | Import and export enterprises |
| National standard industry | Automobile parts and accessories manufacturing (C3670) | | Dongfeng MOTOR Company Limited Dongfen | |
| Business Location | Code: No. 8 Fengshen Avenue, Huadu District, Guangzhou City 510800 Nearby businesses | | | |
| Business Scope | Auto parts design services; Auto parts and accessories manufacturing (excluding automobile engine manufacturing); Engineering project management services; Engineering technology consulting services; Logistics agency | | | |

## Change Log ÿ 8

| Serial number | change date | Change Item | Before Change | |
|---|---|---|---|---|
| 1 | 2025-02-19 | Change of Person in Charge | YAMAGUCHI TAKESHI (Yamaguchi Takeshi) | SEKIGUCHI IS |
| 2 | 2022-02-15 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | Antoine, Rene, Damien BARTHES | YAMAGUCHI |
| 3 | 2019-09-06 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | AIRTON COUSSEAU | Antoine, Rene |
| 4 | 2016-10-10 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | Beat the South | AIRTON COUS |
| 5 | 2016-08-09 | Other matters for record | Name of parent company (institution): | Parent company (machine |
| 6 | 2016-08-09 | Change of affiliated enterprise | Name of parent company (institution): | Parent company (machine |
| 7 | 2014-04-30 | Changes in business scope (including business scope change) | Passenger cars and commercial vehicles and parts, castings and forgings, powder metallurgy products, electromechanical equipment Development, design, manufacture and sale of equipment, tools and moulds Implementing organizational management of engineering construction projects Technical consultation, technical services, information services related to the joint venture's business projects, Logistics services and after-sales services | Auto parts design Auto parts and accessories Engineering Project Management Services Engineering consulting services Logistics agency services ÿ |
| 8 | 2014-04-30 | Change of person in charge (legal representative, Person in charge, chief representative, partner Changes in the person who performs the business, etc.) | Matsumoto Fumiaki | Beat the South |

Special note: Those marked with "*" are responsible persons.

## head office 1

| Serial number | Company Name | Legal representative | Registered capital |



| Serial number | | Company | | Legal Representative | Registered capital |
|---|---|---|---|---|---|
| 1 | | Dongfeng Motor Corporation<br>Central SOE Subsidiaries | | Yang Qing ÿ 3 | 16.7 billion |

**Annual Report** 11

| 2023 Annual Report | 2022 Annual Report | 2021 Annual Report | 2020 Annual Report | 2019 Annual Report | 2018 |
|---|---|---|---|---|---|
| 2024-04-11 | 2023-03-07 | 2022-04-11 | 2021-03-05 | 2020-05-12 | 201 |

**Final** beneficiary                                                                 ÿBased on

**Beneficial Owner** 1

| Serial number | Beneficial Owner Name | Ultimate beneficial shares | Benefit Type | Job Type |
|---|---|---|---|---|
| 1 | Yang Qing ÿ 567 | - | Key decision-makers, legal representatives/<br>Person in charge | Chairman, Legal Representative |

**Beneficiary natural person** 7  Beneficiary institution 1

| Serial number | Name of the Beneficiary Natural Person | Ultimate beneficial shares | Benefit Type |
|---|---|---|---|
| 1 | Yang Qing ÿ 567 | - | Key decision-makers, legal representatives/persons in charge |
| 2 | Yamazaki Shohei ÿ 54 | - | Key Management Personnel |
| 3 | Chen Hao ÿ 54 | - | Key Management Personnel |
| 4 | Feng Changjun ÿ 57 | - | Key Management Personnel |
| 5 | Uchida Makoto ÿ 51 | - | Key Management Personnel |
| 6 | Hoshino Asako ÿ 51 | - | Key Management Personnel |
| 7 | Ma Zhixin ÿ 54 | - | Key Management Personnel |

**Suspected relationship** 12                                                          Suspected

| Serial number | Company Name | Status | Legal Representative | Registered capital | Date of Establishment | Related parties | suspect |
|---|---|---|---|---|---|---|---|
| 1 | Guangzhou Fengshen Automobile Co., Ltd. | | Yang Yaohui | 2303250291 million yuan | 2001-12-04 | no | |
| 2 | Fengshen Automobile Co., Ltd. | | Gao Guolin | 328,425,675 yuan | 2000-02-21 | no | |
| 3 | Dongfeng Qichen Automobile Sales Co., Ltd. | | Zhou Feng in the industry | 100 million yuan | 2017-01-18 | no | |

| | | | | | |
|---|---|---|---|---|---|
| 4 | Dongfeng Nissan Automobile Sales Co., Ltd. | Zhou Feng in the industry | 100 million yuan | 2012-12-18 | no |
| 5 | Dongfeng Infiniti Automobile Co., Ltd. | Gao Guolin | 50 million yuan | 2014-08-12 | no |
| 6 | Guangzhou Xingsheng Investment Development Co., Ltd. | Huang Yanmin | 4182.452904 million yuan | 1992-07-09 | no |
| 7 | Guangzhou Lebei Children's Toys Store (General partner) | Lin Jialin | 500,000 yuan | 2019-11-24 | no |
| 8 | Dongfeng Motor Corporation Wuhan Branch | Huang Kaiyong | - | 2020-12-11 | no |
| 9 | Dongfeng Motor Corporation Dongfeng Qichen Automobile Co., Ltd. manage | Ma Lei | - | 2017-01-20 | no |
| 10 | Dongfeng Infiniti Automobile Co., Ltd. Beijing Branch company | Survival Xin Yu | - | 2014-10-20 | no |

Data sources: National Enterprise Credit Information Publicity System, National Construction Market Supervision Public Service Platform, etc.

Related companies   Popular companies   Recommended companies

| Guangzhou SMIC Guoxin Technology Co., Ltd. | Zengcheng Min'an Gas Co., Ltd. | Guangdong Gaosui Medical Equipment Co., Ltd. | Guangdong Guoyou Enterprise Management Co., Ltd. |
|---|---|---|---|
| Yuan Jiaqiang | Cai Zhujian | Zheng Huiyuan | Dai Wenxian |
| Guangzhou Haizhisheng Hearing Trading Co., Ltd. | Guangzhou Sabah Investment Co., Ltd. | Yueda (Guangdong) Investment Co., Ltd. | Guangzhou Green Guardian Medical Devices |
| Fang Fang | Lu Hong | Yu Qingfeng | Chen Shiwei |