# EXHIBIT 7

**Sent on:** Friday, November 18, 2022 1:27:23 AM
**To:** Cherry Dai
**Subject:** 转发: Large contractor


Fyi.


Regards,
Isabella

---

**发件人:** Chuck Harris <charris@benchmarksupply.com>
**发送时间:** 2022年11月4日 19:20
**收件人:** Isabella.Li(李京霖) <isabella.li@dji.com>
**抄送:** Amber Zurita <azurita@benchmarksupply.com>; Simba Wang <simba.wang@dji.com>
**主题:** Re: Large contractor

【EXTERNAL EMAIL】 DO NOT CLICK any links or attachments unless you can make sure both the sender and the content are trustworthy.

【外部邮件提醒】以下邮件来源于公司外部，请勿点击链接或附件，除非您确认邮件发件人和内容可信。

They stated the only platforms they are allowed to purchase would be from Skydio and Parrot. They referenced the latest federal announcement. They have been a good customer for us.

Thank you,

Chuck Harris
w  919-835-2140
charris@benchmarksupply.com
Facebook    |    Twitter    |    LinkedIn



On Nov 4, 2022, at 6:10 AM, Isabella.Li <isabella.li@dji.com> wrote:

Hi Chuck,

Did they tell you the reason why they made such decisions? I haven't heard anything about it from others.


Regards,
Isabella

---

**发件人:** Chuck Harris <charris@benchmarksupply.com>
**发送时间:** 2022年11月4日 6:53
**收件人:** Amber Zurita <azurita@benchmarksupply.com>; Isabella.Li(李京霖) <isabella.li@dji.com>; Simba Wang <simba.wang@dji.com>
**主题:** Large contractor

【EXTERNAL EMAIL】 DO NOT CLICK any links or attachments unless you can make sure both the sender and the content are trustworthy.

Hi Isabella & Simba,
I wanted to pass along that we were notified today by one of the largest contractors in the US that they are no longer going to be allowed to purchase DJI platforms. We feel this is solely based on someone making a decision that is not fully informed. We just want to make sure we are all communicating a clear message so any input would be greatly appreciated.
Thank You,
Chuck Harris

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

此电子邮件及附件所包含内容具有机密性，且仅限于接收人使用。未经允许，禁止第三人阅读、复制或传播该电子邮件中的任何信息。如果您不属于以上电子邮件的目标接收者，请您立即通知发送人并删除原电子邮件及其相关的附件。