# EXHIBIT 8

**From:** Ellen Lin
**Sent on:** Monday, April 24, 2023 7:19:09 PM
**To:** Lily Xia; Alex Zhong; {EXTERNAL} Shally.Kao onsemi.com; Yuki Ng; Kenneth Hung; Rita Huang; Ben Lei; James Ho
**CC:** Marlon Miao; Larry Yu; Sosun Duan; Flora Chan; Diana Deng; Tony Gao; Laura Tang
**Subject:** RE: [External] DJI business issue !!!

> **CAUTION:** This email originated from outside of the organization. This message might not be safe, use caution in opening it. If in doubt, do not open the attachment nor links in the message.

Hi James, Larry, Alex,

Pls expedite your internal process and cancel the backlog at the soonest, we do not expect further inventory risk caused by this. Thanks.


Have a nice day!

ONSEMI Ellen Lin

---

**From:** Lily Xia <Lily.Xia@onsemi.com>
**Sent:** Wednesday, April 19, 2023 11:39 AM
**To:** Alex Zhong <ALEX.ZHONG@arrow.com>; Shally Kao <Shally.Kao@onsemi.com>; Ellen Lin <Ellen.Lin@onsemi.com>; Yuki Ng <YUKI.NG@arrow.com>; Kenneth Hung <Kenneth.Hung@onsemi.com>; Rita Huang <Rita.Huang@arrow.com>; Ben Lei <BEN.LEI@arrow.com>
**Cc:** Marlon Miao <MARLON.MIAO@arrow.com>; Larry Yu <LARRY.YU@arrow.com>; Sosun Duan <Sosun.Duan@onsemi.com>; Flora Chan <FLORA.CHAN@arrow.com>; Diana Deng <DIANA.DENG@arrow.com>
**Subject:** RE: [External] DJI business issue !!!

The cancelation of backlog order has timeliness. If Arrow doesn't complete the cancelation of backlog within this week, subsequent inventory risks will be handled by Arrow.

Best Regards,
Lily xia

---

**From:** Lily Xia
**Sent:** Monday, April 17, 2023 11:12
**To:** Alex Zhong <ALEX.ZHONG@arrow.com>; Shally Kao <Shally.Kao@onsemi.com>; Ellen Lin <ellen.lin@onsemi.com>; Yuki Ng <YUKI.NG@arrow.com>; Kenneth Hung <Kenneth.HUNG@onsemi.com>; Rita Huang <Rita.Huang@arrow.com>; Ben Lei <BEN.LEI@arrow.com>
**Cc:** Marlon Miao <MARLON.MIAO@arrow.com>; Larry Yu <LARRY.YU@arrow.com>; Sosun Duan <Sosun.Duan@onsemi.com>; Flora Chan <FLORA.CHAN@arrow.com>; Diana Deng <DIANA.DENG@arrow.com>
**Subject:** RE: [External] DJI business issue !!!

Before notifying the DJI, I think you should first handle order cancelation and inventory consumption.

Best Regards,
Lily xia

---

**From:** Alex Zhong <ALEX.ZHONG@arrow.com>
**Sent:** Monday, April 17, 2023 11:09
**To:** Lily Xia <Lily.Xia@onsemi.com>; Shally Kao <Shally.Kao@onsemi.com>; Ellen Lin <Ellen.Lin@onsemi.com>; Yuki Ng

<<YUKI.NG@arrow.com>>; Kenneth Hung <<Kenneth.Hung@onsemi.com>>; Rita Huang <<Rita.Huang@arrow.com>>; Ben Lei <<BEN.LEI@arrow.com>>

**Cc:** Marlon Miao <<MARLON.MIAO@arrow.com>>; Larry Yu <<LARRY.YU@arrow.com>>; Sosun Duan <<Sosun.Duan@onsemi.com>>; Flora Chan <<FLORA.CHAN@arrow.com>>; Diana Deng <<DIANA.DENG@arrow.com>>

**Subject:** 回复: [External] DJI business issue !!!

**Importance:** High

[External Email]: This email arrived from an external source - Please exercise caution when opening any attachments or clicking on links.

Dear Lily

Noted ,

Dear Rita

Pls inform DJI that Onsemi will not support due to US Government policy.

In the other hand, pls submit cxl for all existing blog. Thanks.



**Alex Zhong** 钟垂祺
*Product Marketing Manager*
**T:** +86 755 8250 5292 | **M:** +86 136 0268 0693
**E:** ALEX.ZHONG@arrow.com
**Arrow Electronics** | arrow.com

---

**发件人:** Lily Xia <<Lily.Xia@onsemi.com>>
**发送时间:** 2023年4月17日 11:02
**收件人:** {EXTERNAL} Shally.Kao onsemi.com <<Shally.Kao@onsemi.com>>; Ellen Lin <<Ellen.Lin@onsemi.com>>; Yuki Ng <<YUKI.NG@arrow.com>>; Alex Zhong <<ALEX.ZHONG@arrow.com>>; Kenneth Hung <<Kenneth.Hung@onsemi.com>>
**抄送:** Marlon Miao <<MARLON.MIAO@arrowasia.com>>; Larry Yu <<LARRY.YU@arrowasia.com>>; Sosun Duan <<Sosun.Duan@onsemi.com>>
**主题:** [External] DJI business issue !!!
**重要性:** 高

> **CAUTION:** This email originated from outside of the organization. This message might not be safe, use caution in opening it. If in doubt, do not open the attachment nor links in the message.

Arrow Team,

Please cancel all backlog order of DJI. Due to the tightening of US government policies, we will close all business with DJI.

In addition, please sort out all inventory lists, we will be open for two month to consume all inventory, if Arrow has not cleared all inventory before the 2Q, it will be handled by Arrow itself.

Please take action ASAP, thank you so much.

Backlog order cancelation:

| Corporation | End Corporation | Product ID | MRSD YYYYQ | CRSD YYYYQ | Backlog Quantity |
|---|---|---|---|---|---|
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | ESD7371HT1G | 20232 | 20232 | 45,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | ESD8472MUT5G | 20241 | 20241 | 50,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | FDG6332C | 20253 | 20233 | 6,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | FUSB301ATMX | 20232 | 20232 | 5,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | FUSB301ATMX | 20241 | 20241 | 80,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | FUSB302BUCX | 20241 | 20241 | 66,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | LC03-6R2G | 20241 | 20241 | 2,500.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | MC14504BDTR2G | 20241 | 20241 | 2,500.0 |

| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | NCP114AMX330TCG | 20253 | 20234 | 12,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | NCP133AMX120TCG | 20234 | | 5,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | NCP163AMX180TBG | 20234 | 20234 | 6,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | NCP163AMX180TBG | 20241 | 20241 | 9,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | NSS30101LT1G | 20233 | 20232 | 45,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | NSS30101LT1G | 20241 | 20241 | 27,000.0 |
| ARROW ELECTRONICS | SHENZHEN DJI TECHNOLOGY CO -DENIED PARTY | NTMFS1D15N03CGT1G | 20241 | 20241 | 154,500.0 |

Best Regards,
Lily xia

---

**From:** Sosun Duan <Sosun.Duan@onsemi.com>
**Sent:** Friday, April 14, 2023 14:39
**To:** Shally Kao <Shally.Kao@onsemi.com>; Ellen Lin <Ellen.Lin@onsemi.com>; Yuki Ng <YUKI.NG@arrow.com>; Alex Zhong <ALEX.ZHONG@arrow.com>; Kenneth Hung <Kenneth.Hung@onsemi.com>; Lily Xia <Lily.Xia@onsemi.com>
**Subject:** RE: [External] RE: DJI Model N account issue

Lily should know the history.

Lily, could you help?

Best wishes
+86 158 155 60779
Sosun Duan

---

**From:** Shally Kao <Shally.Kao@onsemi.com>
**Sent:** Friday, April 14, 2023 2:12 PM
**To:** Sosun Duan <Sosun.Duan@onsemi.com>; Ellen Lin <Ellen.Lin@onsemi.com>; Yuki Ng <YUKI.NG@arrow.com>; Alex Zhong <ALEX.ZHONG@arrow.com>; Kenneth Hung <Kenneth.Hung@onsemi.com>
**Cc:** Sosun Duan <Sosun.Duan@onsemi.com>
**Subject:** RE: [External] RE: DJI Model N account issue

Hello Sosun, Ellen,

Could you please advise.

Thanks & Best Regards,
Shally Kao

---

**From:** Yuki Ng <YUKI.NG@arrow.com>
**Sent:** Thursday, April 13, 2023 2:46 PM
**To:** Shally Kao <Shally.Kao@onsemi.com>; Alex Zhong <ALEX.ZHONG@arrow.com>; Kenneth Hung <Kenneth.Hung@onsemi.com>
**Cc:** Ellen Lin <Ellen.Lin@onsemi.com>
**Subject:** RE: [External] RE: DJI Model N account issue

[External Email]: This email arrived from an external source - Please exercise caution when opening any attachments or clicking on links.
Dear Shally,
30K FUSB301ATMX arrived but no valid debit cost for shipment, could you pls help to advise how to fix the issue? Thanks.

| PN | STOCK |
| --- | --- |



**Yuki Ng**
*Senior Quote Specialist*
**T:** +852 2484 2409
**E:** YUKI.NG@arrow.com
**Arrow Electronics | arrow.com**

---

**From:** Shally Kao <Shally.Kao@onsemi.com>
**Sent:** Tuesday, April 11, 2023 4:08 PM
**To:** Alex Zhong <ALEX.ZHONG@arrow.com>; Yuki Ng <YUKI.NG@arrow.com>; Kenneth Hung <Kenneth.Hung@onsemi.com>
**Cc:** Ellen Lin <Ellen.Lin@onsemi.com>
**Subject:** [External] RE: DJI Model N account issue

> **CAUTION:** This email originated from outside of the organization. This message might not be safe, use caution in opening it. If in doubt, do not open the attachment nor links in the message.

Hi Alex,

DJI is listed on denied party.

| Account No. ▲ | Status | Customer | PrimarySalesOrg | City | Category | Type | GAM | FSE | Assigned Distributor | Customer Oid | Parent | Customer Level | Source | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DJBAR | Inactive | DJI BAIWANG TECHNOLOGY CO. LTD - Shenzhen:DJBAR | Shenzhen | Shenzhen | Mass Market | OEM | | | | 426283 | SHENZHEN DJI TECHNOLOGY CO - DENIED PARTY - DJIC | Customer | MN | 518000 |
| DJITR | Inactive | Dajiang Innovation T - Shenzhen:DJITR | Shenzhen | Shenzhen | Mass Market | OEM | | | | 349675 | SHENZHEN DJI TECHNOLOGY CO - DENIED PARTY - DJIC | Customer | MN | 518000 |
| ND1083483 | Inactive | DJI BAIWANG TECH - Shenzhen:ND1083483 | Shenzhen | Shenzhen | Mass Market | OEM | | | | 1083483 | SHENZHEN DJI TECHNOLOGY CO - DENIED PARTY - DJIC | Customer | MN | 518057 |
| ND1143258 | Inactive | DJI BAIWANG TECHNOLOGY CO. LTD - 2384742:ARCOX:ND1143258 | Shenzhen | Shenzhen | Mass Market | OEM | | | | 1143258 | SHENZHEN DJI TECHNOLOGY CO - DENIED PARTY - DJIC | Customer | MN | 518000 |
| ND1266288 | Inactive | DJI Baiwang Technology Co. Ltd. - Shenzhen:ND1266288 | Shenzhen | Shenzhen | Mass Market | OEM | | | | 1266288 | SHENZHEN DJI TECHNOLOGY CO - DENIED PARTY - DJIC | Customer | MN | 518000 |

Thanks & Best Regards,
Shally Kao

---

**From:** Alex Zhong <ALEX.ZHONG@arrow.com>
**Sent:** Tuesday, April 11, 2023 10:51 AM
**To:** Yuki Ng <YUKI.NG@arrow.com>; Kenneth Hung <Kenneth.Hung@onsemi.com>; Shally Kao <Shally.Kao@onsemi.com>
**Subject:** 回复: DJI Model N account issue

[External Email]: This email arrived from an external source - Please exercise caution when opening any attachments or clicking on links.
Add Shally



**Alex Zhong** 钟垂祺
*Product Marketing Manager*
**T:** +86 755 8250 5292 | **M:** +86 136 0268 0693
**E:** ALEX.ZHONG@arrow.com
**Arrow Electronics | arrow.com**

---

发件人: Yuki Ng <YUKI.NG@arrow.com>
发送时间: 2023年4月11日 10:36
收件人: Kenneth Hung <Kenneth.Hung@onsemi.com>
抄送: Alex Zhong <ALEX.ZHONG@arrow.com>
主题: DJI Model N account issue

Hi Kenneth,
DJI Model N account doesn't work currently, could you pls help to check for us? Thanks.



**Select a Customer**

Customer ⌄ | DJI* | Search | New

**Search Hints**

Choose a line item below and click "Select" to continue. To view the entire list available leave the search field blank and click on the search button.

Total: 3 Customers

| Action | Business Class | Customer | Status | Customer Level | City | State/Province | Zip/Postal Code | Country |
|--------|----------------|----------|--------|----------------|------|----------------|-----------------|---------|
| Select | OEM | CHINA RESALE - Hong Kong:XXCHN | Active | Customer | Hong Kong | | | Hong Kong |
| Select | OEM | DJI BAIWANG TECHNOLOGY - 112254:AQCNX:ND1504282 | Pending | Customer | | | 518000 | China |
| Select | OEM | DJI BAIWANG TECHNOLOGY CO.,LTD - Z174590:EECAX:ND1419145 | Pending | Customer | | | XXX | Taiwan |

Cancel



**Yuki Ng**
*Senior Quote Specialist*
**T:** +852 2484 2409
**E:** YUKI.NG@arrow.com
**Arrow Electronics** | arrow.com