# EXHIBIT 9

**From:** Yiling.Li(李依玲)
**Sent on:** Wednesday, November 30, 2022 6:56:44 PM
**To:** Yanbing Li
**Subject:** 转发: Manager for U.S. Government Relations with DJI

Yanbing,

有一个美国人选的回复，可能可以用上。

Best regards,
Yiling

**发件人:** NADIA BI
**发送时间:** 2022年12月1日 6:43
**收件人:** Yiling.Li(李依玲)
**主题:** Fw: Manager for U.S. Government Relations with DJI

---

**From:** Meghan Check <meghancheck@gmail.com>
**Sent:** Wednesday, October 5, 2022 12:19 PM
**To:** NADIA BI
**Subject:** Re: Manager for U.S. Government Relations with DJI

【EXTERNAL EMAIL】 DO NOT CLICK any links or attachments unless you can make sure both the sender and the content are trustworthy.

【外部邮件提醒】以下邮件来源于公司外部，请勿点击链接或附件，除非您确认邮件发件人和内容可信。

Hello Nadia,

My apologies for the late notice but I need to cancel today's phone call and withdraw my application from consideration due to the US government sanctions on DJI and related concerns. I appreciate your time thus far.

Thank you,
Meghan Check

On Tue, Oct 4, 2022 at 4:32 PM NADIA BI <nadia.bi@dji.com> wrote:

> Hi Meghan,
>
> Tomorrow at 4pm EST works fine for me. I'll give you a call then.
>
> To learn more about this position, please visit https://we.dji.com/detail_en.html#1448507969230368768
>
> Have a great rest of your day.
>
> Nadia
>
> ---
>
> **From:** Meghan Check <meghancheck@gmail.com>
> **Sent:** Tuesday, October 4, 2022 10:13:21 AM
> **To:** NADIA BI
> **Subject:** Re: Manager for U.S. Government Relations with DJI

【EXTERNAL EMAIL】DO NOT CLICK any links or attachments unless you can make sure both the sender and the content are trustworthy.

【外部邮件提醒】以下邮件来源于公司外部，请勿点击链接或附件，除非您确认邮件发件人和内容可信。

Hello Nadia,

Thank you for reaching out to me! I am free tomorrow (Wednesday, Oct. 5th) between 4M and 6PM Eastern; please let me know what time works best for you.

Best Regards,
Meghan Check
215-275-3303

On Tue, Oct 4, 2022 at 12:20 AM NADIA BI <nadia.bi@dji.com> wrote:

> Hi Meghan,
>
> We received your job application for the Manager for U.S. Government Relations and would like to conduct a preliminary interview. It will be a 20-minute phone call with me. I'm in California and is free at 4pm to 6pm Eastern Time on Tuesday, Oct 4, 9am and 4pm to 6pm Eastern Time on Wednesday. Please let me know if there is a good time for you. Thank you.
>
> Best Regards,
>
> **Nadia Bi**
> HR Generalist | DJI Creative Studio, LLC. | Burbank, CA
> Phone: (424) 352-9084 Email: nadia.bi@dji.com
> www.dji.com
>
> 
>
> This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.
>
> 此电子邮件及附件所包含内容具有机密性，且仅限于接收人使用。未经允许，禁止第三人阅读、复制或传播该电子邮件中的任何信息。如果您不属于以上电子邮件的目标接收者，请您立即通知发送人并删除原电子邮件及其相关的附件。