# EXHIBIT 10

## DECLARATION OF JESSICA WEI

1. Since August 2016, I have served as the head of SZ DJI Technology Co., Ltd.'s (DJI) Corporate Development and Investor Relationship Department.

2. DJI is privately owned and controlled. Frank Wang and the company's early-stage investors (Henry Lu, Swift Xie, and Li Zexiang) together hold 99.3% of the company's voting rights and approximately 88.0% of its shares. Since at least 2020, their shares and voting rights have only increased.

3. The next largest group of investors comprises entities in the private sector and collectively holds 0.2% of the voting rights and 7.7% of the shares.

4. The smallest shareholding group, holding a combined 0.5% of the voting rights and 4.3% of the shares, comprises four state-owned enterprises ("SOEs") in China (one state-owned bank, one state-owned insurance company, and two municipal investment funds). One of the municipal investment funds is the Shanghai Free Trade Zone Fund, which owns less than 1% of DJI shares and less than 0.1% of its voting rights.

5. China Chengtong Holdings Group and/or its subsidiary Chengtong Fund Management Co., Ltd. ceased to be an investor in DJI as of June 2023.

6. Guangdong Hengjian Investment Holdings has never been an investor in DJI.

7. SDIC Unity Capital has never been an investor in DJI. It was a passive investor in a pooled investment vehicle managed by an U.S. company that invested in DJI until January 2021.

8. None of the directors of DJI or its parent company, iFlight Technology Company Limited, is a government official, a representative of a government or state-owned entity, or a member or officer of the Chinese Communist Party.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10. Executed on March 31, 2025 in Shenzhen, China.

*Wei Yiwan*

Jessica Wei