# EXHIBIT 11

# 深圳市大疆创新科技有限公司 存续

C+轮 高新技术企业 制造业单项冠军企业 独角兽企业 企业技术中心 技术创新示范企业

企查分：1392分 L-12 科创分：98分 卓越

统一社会信用代码：914403007954257495 电话：13544246580 更多 2
法定代表人：罗镇华 关联企业 2 邮箱：admin@dji.com 更多 1
注册资本：3000万元 官网：https://www.dji.com/cn/company 更多 19 公众号 7
成立日期：2006-11-06 地址：深圳市南山区西丽街道西丽社区仙元路53号大疆天空之城T2大堂 附近企业 更多 2
简介：深圳市大疆创新科技有限公司 (简称DJI大疆创新)，以"THE FUTURE OF POSSIBLE（未来无所不能）"为主旨，乃全球飞行影像系统独家先驱，创

所属集团：大疆 成员企业 25 重要风险 4
产品信息：大疆 当前 C+轮 估值 150亿美元
招投标 中标 10 招采 10
财产线索 线索 999+ 预估价值 133 亿元

动态 2025-04-18 新增投标：金沙县安洛乡桂花村2025年中东西三个片区农机区域化服务中心建设项目中标（... 查看动态

风险扫描 自身风险 40 重要1 | 关联风险 27 | 历史信息 91 | 提示信息 315
分析 深度风险分析 798 | 债务/债权 27 | 风险关系 172 | 合同违约 低风险 | 竞争 14

基本信息 148 | 法律诉讼 745 | 经营风险 2 | 经营信息 999+ | 企业发展 999+ | 知识产权

查查图谱 | 工商信息 | 股东信息 1 | 主要人员 3 | 对外投资 15 | 控制企业 24 | 变更记录 63 | 分支机构 5 | 财务数据 | 企业年报 11
协同股东 4 | 疑似关系 13 | 同业分析 | 境外投资 3

企业图谱 | 股权结构图 | 股权穿透图 | 关系图谱 | 实际控制人 | 企业受益股东 | 关联方认定图 | 债务/债权

## 工商信息

文字介绍

| 统一社会信用代码 | 914403007954257495 | 企业名称 | 深圳市大疆创新科技有限公司 | | |
|---|---|---|---|---|---|
| 法定代表人 | 罗镇华 关联企业 2 | 登记状态 | 存续（在营、开业、在册） | 成立日期 | |
| | | 注册资本 | 3000万元 | 实缴资本 | |
| 组织机构代码 | 79542574-9 | 工商注册号 | 440306102790880 | 纳税人识别号 | |
| 企业类型 | 有限责任公司（港澳台法人独资） | 营业期限 | 2006-11-06 至 2031-07-11 | 纳税人资质 | |
| 人员规模 | 4000-4999人 | 参保人数 | 4785（2023年报） | 核准日期 | |
| 所属地区 | 广东省深圳市南山区 | 登记机关 | 深圳市市场监督管理局 | 进出口企业代码 | |
| 国标行业 | 其他软件开发（I6519） | 英文名 | SZ DJI Technology Co., Ltd. | | |
| 注册地址 | 深圳市南山区西丽街道西丽社区仙元路53号大疆天空之城T2大堂（邮编518100） 附近企业 | | | | |
| 经营范围 | 航空电子设备、自动控制设备、无人驾驶航空器、无线电数据传输系统、电子元器件、计算机软件的生产（由分公司经营）及其应关配套业务（不涉及国营贸易管理商品，涉及配额、许可证管理及其他专项规定管理的商品，按国家有关规定办理申请）；软件技机器人的研发；机械设备研发。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）^无 | | | | |

## 股东信息

股权结构

股东信息 1 | 历史股东信息 3

| 序号 | 股东名称 | 持股比例 | 认缴出资额(万元) | 认缴出资日期 | 实缴出资额(万元) | 实缴 |
|---|---|---|---|---|---|---|

| 1 | 智翔科技有限公司<br>中国香港 | 100% | 3000 | 2014-05-22 | 3000 | 20 |
|---|---|---|---|---|---|---|

工商自主公示股东

## 主要人员

主要人员 3　历史主要人员 5

| 序号 | 姓名 | 职务 |
|---|---|---|
| 1 | 汪滔 5<br>受益所有人 | 董事长 |
| 2 | 陆地 9 | 副董事长 |
| 3 | 王药 8 | 董事 |

## 对外投资

图表分析

对外投资 15　对外投资(间接) 235　历史对外投资 4　持股比例　登记状态

| 序号 | 被投资企业名称 | 状态 | 成立日期 | 持股比例 | 认缴出资额/持股数 | 间接持股比例 | 所属地区 |
|---|---|---|---|---|---|---|---|
| 1 | 佛山市顺德区大疆创新科技有限公司 | 存续 | 2017-08-18 | 100% | 30000万元 | - | 广东省佛山市 |
| 2 | 深圳市大疆灵眸科技有限公司 | 存续 | 2012-12-13 | 58.8235% | 30000万元 | 41.1765% | 广东省深圳市 |
| 3 | 深圳市大疆百旺科技有限公司 | 存续 | 2015-02-11 | 100% | 3000万元 | - | 广东省深圳市 |
| 4 | 深圳市大疆无人机技术有限公司 | 存续 | 2016-05-17 | 100% | 1000万元 | - | 广东省深圳市 |
| 5 | 珠海市大疆创新科技有限公司 | 存续 | 2016-06-24 | 100% | 1000万元 | - | 广东省珠海市 |
| 6 | 上海飞来信息科技有限公司 | 存续 | 2015-01-05 | 100% | 500万元 | - | 上海市闵行区 |
| 7 | 深圳市大疆软件科技有限公司 | 存续 | 2015-09-08 | 100% | 500万元 | - | 广东省深圳市 |
| 8 | 西安大疆创新科技有限公司 | 在业 | 2018-04-27 | 100% | 500万元 | - | 陕西省西安市 |
| 9 | 东莞市大疆创新信息技术有限公司 | 在业 | 2016-08-18 | 100% | 500万元 | - | 广东省东莞市 |
| 10 | 深圳市翔农创新科技有限公司<br>A轮 | 存续 | 2012-07-30 | 21.6043% | 324.0642万元 | - | 广东省深圳市 |

控制企业 24

批量查询·以下企业 | 投资比例 | 登记状态 | 所属地区 | 所属行业

| 序号 | 控制企业名称 | 状态 | 成立日期 | 所属地区 | 所属行业 |
|---|---|---|---|---|---|
| 1 | 深圳市大疆灵眸科技有限公司 | 存续 | 2012-12-13 | 广东省深圳市 | 批发和零售业 |
| 2 | 佛山市顺德区大疆创新科技有限公司 | 存续 | 2017-08-18 | 广东省佛山市 | 科学研究和技术服 |
| 3 | 深圳市大疆如影科技有限公司 | 存续 | 2016-10-26 | 广东省深圳市 | 科学研究和技术服 |
| 4 | 深圳市大疆百旺科技有限公司 | 存续 | 2015-02-11 | 广东省深圳市 | 信息传输、软件和服务业 |
| 5 | 深圳市大疆无人机技术有限公司 | 存续 | 2016-05-17 | 广东省深圳市 | 批发和零售业 |
| 6 | 深圳市慧飞教育有限公司 | 存续 | 2016-05-19 | 广东省深圳市 | 批发和零售业 |
| 7 | 深圳市大疆无人机应用有限公司 | 存续 | 2016-05-26 | 广东省深圳市 | 租赁和商务服务业 |
| 8 | 珠海市大疆创新科技有限公司 | 存续 | 2016-06-24 | 广东省珠海市 | 科学研究和技术服 |
| 9 | 珠海市大疆灵眸科技有限公司 | 在业 | 2016-11-16 | 广东省珠海市 | 科学研究和技术服 |
| 10 | 深圳市大疆志诚科技有限公司 | 存续 | 2016-12-16 | 广东省深圳市 | 信息传输、软件和服务业 |

变更记录 63

变更项目

| 序号 | 变更日期 | 变更项目 | 变更前 | |
|---|---|---|---|---|
| 1 | 2024-12-19 | 章程备案 | - | - |
| 2 | 2024-12-19 | 高级管理人员备案（董事、监事、经理等） | 陈甦萌:监事 | - |
| 3 | 2023-12-01 | 章程备案 | - | - |
| 4 | 2023-12-01 | 一般经营项目变更 | 航空电子设备、自动控制设备、无人驾驶航空器、无线电数据传输系统、电子元器件、计算机软件的生产（由分公司经营）及其应用的技术开发、批发、进出口及相关配套业务（不涉及国营贸易管理商品,涉及配额、许可证管理及其他专项规定管理的商品,按国家有关规定办理申请） | 航空电子设备、自动控制设 传输系统、电子元器件、计 及其应用的技术开发、批发、 国营贸易管理商品,涉及配额 的商品,按国家有关规定办理 |
| 5 | 2023-12-01 | 许可经营项目变更 | - | 无 |
| 6 | 2023-12-01 | 许可经营 | - | 无 |
| 7 | 2023-08-07 | 章程备案 | - | - |
| 8 | 2023-08-07 | 投资总额 | 6000万元 | 6500万元（+500万元） |
| 9 | 2023-02-28 | 章程备案 | - | - |
| | | | 陆地（副董事长） | 陆地（副董事长） |

| 10 | 2023-02-28 | 其他董事信息 | 李泽湘（董事）【退出】<br>赵涛（监事）【退出】 | 陈甦萌（监事）【新进】<br>王药（董事）【新进】 |
|---|---|---|---|---|

特别提示：“ * ”标识的为法定代表人。 1 2 3 4 5 6 7 >

## 分支机构 5

| 序号 | 企业名称 | 负责人 | 地区 |
|---|---|---|---|
| 1 | 深圳市大疆创新科技有限公司上海分公司 | 龚明 | 上海市闵行区 |
| 2 | 深圳市大疆创新科技有限公司威新分公司 | 罗镇华 | 广东省深圳市南山区 |
| 3 | 深圳市大疆创新科技有限公司南山分公司 | 谢丹丹 | 广东省深圳市南山区 |
| 4 | 深圳市大疆创新科技有限公司粤海分公司 | 杜江波 | 广东省深圳市南山区 |
| 5 | 深圳市大疆创新科技有限公司科技园分公司 | 杜江波 | 广东省深圳市南山区 |

## 财务数据

| | 2022年年度<br>亿元人民币 | 2021年年度<br>亿元人民币 | 2020年年度<br>亿元人民币 |
|---|---|---|---|
| 营业收入 | 120.31 | 252.22 | 201.39 |
| 资产总计 | 252.22 | - | - |
| 数据来源 | 中小企业声明函 | 榜单信息 | 榜单信息 |

## 企业年报 11

| 2023年度报告 | 2022年度报告 | 2021年度报告 | 2020年度报告 | 2019年度报告 | 2018年度报告 |
|---|---|---|---|---|---|
| 2024-06-05 | 2023-05-05 | 2022-05-20 | 2021-05-25 | 2020-06-15 | 2019-05-21 |

## 最终受益人

基于央行235号文

### 受益所有人 1

| 序号 | 受益所有人名称 | 最终受益股份 | 受益类型 | 任职类型 | |
|---|---|---|---|---|---|
| 1 | 汪滔 8 | - | 关键决策人员 | 董事长 | 未能穿透识表决权的自所有人 |

受益自然人 4 受益机构 1

| 序号 | 受益自然人名称 | 最终受益股份 | 受益类型 | |
|---|---|---|---|---|
| 1 | 汪滔 8 | - | 关键决策人员 | 董事 |
| 2 | 罗镇华 6 | - | 法定代表人/负责人 | 法定 |
| 3 | 陆地 11 | - | 关键管理人员 | 副董 |

| 4 | 王药 11 | - | 关键管理人员 | 董事 |
|---|---|---|---|---|

**实际控制人** 实际控制人图谱 >

| 序号 | 实际控制人 | 总持股比例 |
|---|---|---|
| 1 | DJI COMPANY LIMITED | 100% |

**协同股东 4**

| 序号 | 协同股东 | 共同持股企业数量 | 共同持股企业 |
|---|---|---|---|
| 1 | 深圳英智创新合伙企业（有限合伙） | 2 | 深圳市翔农创新科技有限公司 自身持股：21.6043% 协同股东持股：1.1364% 共<br>深圳市苇渡智能科技有限公司 自身持股：13.0485% 协同股东持股：0.6864% 共 |
| 2 | 朱秋阳 | 2 | 深圳市翔农创新科技有限公司 自身持股：21.6043% 协同股东持股：69.3048% 共<br>深圳市苇渡智能科技有限公司 自身持股：13.0485% 协同股东持股：41.8585% 共 |
| 3 | 杭州涌隆兴富创业投资合伙企业（有限合伙） | 2 | 深圳市翔农创新科技有限公司 自身持股：21.6043% 协同股东持股：2.8409% 共<br>深圳市苇渡智能科技有限公司 自身持股：13.0485% 协同股东持股：1.7158% 共 |
| 4 | 新余市甲子臻致投资合伙企业（有限合伙） | 2 | 深圳市翔农创新科技有限公司 自身持股：21.6043% 协同股东持股：5.1136% 共<br>深圳市苇渡智能科技有限公司 自身持股：13.0485% 协同股东持股：3.0885% 共 |

**疑似关系 13** 疑似关联类型

| 序号 | 企业名称 | 状态 | 法定代表人 | 注册资本 | 成立日期 | 关联方 | 疑似关联类型 |
|---|---|---|---|---|---|---|---|
| 1 | 深圳市大疆灵眸科技有限公司 | 存续 | 赵岩崇 | 51000万元 | 2012-12-13 | 是 | 相同邮箱 |
| 2 | 深圳市卓驭科技有限公司 | 存续 | 朱露 | 7750.5691万元 | 2022-10-28 | 否 | 专利转让 |
| 3 | 深圳市卓见智能制造有限公司 | 存续 | 张琦 | 5000万元 | 2018-07-20 | 否 | 专利转让 |
| 4 | 深圳市大疆百旺科技有限公司 | 存续 | 聂新志 | 3000万元 | 2015-02-11 | 是 | 相同邮箱<br>专利转让<br>商标转让 |
| 5 | 深圳市悦创空间科技有限公司 | 存续 | 曾文武 | 500万元 | 2015-06-15 | 否 | 相同电话 |
| 6 | 深圳市乐研教育咨询有限公司 | 存续 | 魏巍烽 | 500万元 | 2015-03-27 | 是 | 相同邮箱 |
| 7 | 东莞市大疆创新科技有限公司 | 在业 | 于云 | 500万元 | 2014-11-20 | 是 | 专利转让 |
| 8 | 视云科技（珠海）有限公司 | 存续 | 曾文武 | 252.1008万元 | 2020-07-17 | 否 | 相同电话 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | 珠海市脉帧智能科技有限公司 | 存续 | 曾文武 | 100万元 | 2023-01-17 | 否 | 相同电话 |
| 10 | 深圳市乐美客视芯科技有限公司 | 存续 | 曾文武 | 100万元 | 2022-04-21 | 否 | 相同电话 |

## 同业分析

## 境外投资 3

### 境外对外投资 3

| 序号 | 被投资企业名称 | 疑似关系 | 持股比例 | 编号 | 编号类型 | 行业 |
|---|---|---|---|---|---|---|
| 1 | DRONEBASE EUROPE GMBH 德国 | 二级子公司 | 100% | HRB 721941 (Freiburg im Breisgau) | - | Miscellaneous business services |
| 2 | DRONEBASE INC 美国 | 一级子公司 | - | 47-1365569 | TIN | Real estate agents and managers |
| 3 | UNMANNED AERIAL SYSTEM TECHNOLOGY CENTER LIMITED 中国香港 | 一级子公司 | 100% | 1653565 | Trade register number | Commercial physical and biological research |

数据来源：国家企业信用信息公示系统、全国建筑市场监管公共服务平台等。

**相关企业** **热门企业** **推荐企业**

| | | | |
|---|---|---|---|
| 深圳市纵目创新科技有限公司<br>RUI TANG | 深圳泰坦创新科技有限公司<br>杨刚 | 深圳合一创新科技有限公司<br>郭凤玲 | 深圳市宜美创新科技有限公司<br>刘烈 |
| 深圳米粒创新科技有限公司<br>陈庆波 | 深圳市安匠创新科技有限公司<br>黄种凉 | 深圳市智盈创新科技有限公司<br>利嘉颖 | 深圳市茄悦创新科技有限公司<br>陈雁 |

**Shenzhen DJI Innovations Technology Co., Ltd.**

Enterprise search score: 1392 points L-12 | Science and Technology Innovation Score: 98 points, Excellent

C+ round high-tech enterprise manufacturing single champion enterprise unicorn enterprise enterprise technology center technology innovation demonstration enterprise

Unified social credit code: 914403007954257495 | Tel: 13544246580 ÿMore 2 | Qichacha

Legal representative: Luo Zhenhua ÿ Related companies 2 | Email:admin@dji.com More1 | Enterprise regulations

Registered capital: 30 million yuan | Official website: https://www.dji.com/cn/company More 19 public accounts 7 | Employees

Date of establishment: 2006-11-06 | Address: Lobby, T2, DJI Sky City, No. 53, Xianyuan Road, Xili Community, Xili Street, Nanshan District, Shenzhen | Nearby businessesMore2 | Operating income

Introduction: Shenzhen DJI Innovations Technology Co., Ltd. (DJI for short), with the motto of "THE FUTURE OF POSSIBLE," is the exclusive pioneer of the global aerial imaging system.

ÿ **Group: DJI** member companies 25 Major risks 4

ÿ **Product Information: DJI** Current C+ round valuation is US$15 billion

ÿ **Bidding** Winning bid 10 Recruitment 10

ÿ **Property clues** clues 999+ Estimated value 13.3 billion yuan

**动态**

2025-04-18 New bid: The 2025 project of building a regionalized agricultural machinery service center in the three regions of the Middle East and the West in Guihua Village, Anluo Township, Jinsha County was awarded (... View news

2025-04-18 Authorized invention patent, shooting method based on handheld gimbal, handheld gimbal and storage medium to view dynamics

2025-04-17 DJI responds to the "DJI1" shared drone: This service has no cooperative relationship with DJI View updates

2025-04-16 2024 Hurun Brand List: Kweichow Moutai's brand value dropped by 400 billion but still ranked first, and Douyin jumped to the second place. View dynamics

ÿ Personal risks | Associated risks 40 Important 1 | 27 | Historical Information 91 | Tips 798 315 ÿln -depth risk analysis | Debt/Credit 27 | Risky relationships 172 | Breach of contract Low risk | Competition Risk 147

2025-04-15 New bid: 2025 Tarim University Discipline Construction Instrument and Equipment Procurement Project - Biology Discipline Construction Instrument Procurement Winning Bid (... View News

2025-04-15Disclosure of invention patents, control methods and devicesView dynamics

Basic information 148 Legal proceedings 745 Business risks 2 Business information 999+ Court opening time: 2025-04-15 New court opening announcement, case: Motor vehicle traffic accident liability dispute View dynamics | Enterprise Development 999+ | intellectual property 999+

Case filing date: 2025-01-24 New case filed, case: Motor vehicle traffic accident liability dispute View dynamics

Chachatupu Business information Shareholder information 1 Main Personnel 3 Foreign Investment 15 Controlled Enterprises 24 Change Records 63 Branches 5 Financial Data Annual Report 11 Final Receiver

2025-04-11 New administrative license: S-SC1-V1 (CHN) (Chinawireless/WAN/Bluetooth device OPSE View updates

2025-04-11 Public invention patent, head mounted display device and image display system View dynamics

Collaborative shareholders 4 Suspected relationships 13 Peer analysis Overseas investments 3

Enterprise Map | Equity Structure Chart Equity Penetration Chart | Relationship Map | Actual controller Beneficial shareholder of the enterprise Debt/claim of related parties

**Business Information** ÿ Text Introduction

| | | | | | |
|---|---|---|---|---|---|
| Unified social credit code 914403007954257495 | | Company Name | Shenzhen DJI Innovations Technology Co., Ltd. | | |
| Legal representative | Luo Zhenhua ÿ Related companies 2 | Registration Status | Continuing existence (in operation, in business, on the register) | Date of establishment | 2006- |
| | | Registered capital | 30 million yuan | Paid-in capital | 3000 |
| Organization Code | 79542574-9 | Trader Registration Number | 440306102790880 | Taxpayer Identification Number | 9144 |
| Company Type | Limited Liability Company (Solely Owned by a Legal Person from Hong Kong, Macao or Taiwan) | Business Term | 2006-11-06 to 2031-07-11 | Taxpayer Qualification | General |
| Staff size | 4000-4999 people | Number of insured persons | 4785 (2023 Annual Report) ÿ | Approval Date | 2024- |
| Region | Nanshan District, Shenzhen City, Guangdong Province | Registration Authority | Shenzhen Municipal Administration for Market Regulation | Import and export enterprise code | 4403 |
| National Standard Industry | Other Software Development (I6519) | English name | SZ DJI Technology Co., Ltd. | | |
| Registered Address | Lobby, T2, DJI Sky City, No. 53, Xianyuan Road, Xili Community, Xili Street, Nanshan District, Shenzhen 518100 (post code | ÿ Nearby businesses | | | |
| Business Scope | Production (by branch companies) of avionics equipment, automatic control equipment, unmanned aerial vehicles, radio data transmission systems, electronic components, and computer software and their applications Related supporting services (not involving state-owned trade management commodities, involving quota, license management and other special regulations management commodities, application shall be handled in accordance with relevant national regulations); software technology information Research and development of robots; research and development of mechanical equipment. (Except for projects that require approval according to law, business activities can be carried out independently according to law with a business license)^None | | | | |

**Shareholder Information** ÿ ÿ Equity Structure

**Shareholder Information** 1Historical Shareholder Information 3

| Serial number | Shareholder Name | Shareholding ratio | Subscribed capital (10,000 yuan) Subscribed capital date | Paid-in capital (ten thousand yuan) | Paid-in capital |
|---|---|---|---|---|---|

| 1 | Zhixiang Technology Co., Ltd. Hong Kong, China | 100% | 3000 | 2014-05-22 | 3000 | 2015-0 |
|---|---|---|---|---|---|---|

ÿ Businesses can voluntarily disclose their shareholders

Key Personnel

**Key Personnel 3** History Key Personnel 5

| Serial number | Name | Position | Shareholding |
|---|---|---|---|
| 1 | Wang Tao ÿ 5 Beneficiary Owners | Chairman | - |
| 2 | land ÿ 9 | Vice Chairman | - |
| 3 | Wang Qi ÿ 8 | director | - |

Overseas Investment ÿ Chart analysis

**Outward investment 15** Outward investment (indirect) 235 Historical outward investment 4

Shareholding Ratio Registration Status

| Serial number | Name of invested enterprise | Status | Date of Establishment | Shareholding Ratio | Subscribed Capital/Number of Shares | Indirect Shareholding Ratio | Region |
|---|---|---|---|---|---|---|---|
| 1 | Foshan Shunde DJI Innovations Technology Co., Ltd. | | 2017-08-18 | 100% | 300 million yuan | - | Foshan City, Guangdong Province |
| 2 | Shenzhen DJI Osmo Technology Co., Ltd. | | 2012-12-13 | 58.8235% | 300 million yuan | 41.1765% ÿ | Shenzhen, Guangdong Province |
| 3 | Shenzhen DJI Baiwang Technology Co., Ltd. | | 2015-02-11 | 100% | 30 million yuan | - | Shenzhen City, Guangdong Province |
| 4 | Shenzhen DJI Drone Technology Co., Ltd. | | 2016-05-17 | 100% | 10 million yuan | - | Shenzhen City, Guangdong Province |
| 5 | Zhuhai DJI Innovations Technology Co., Ltd. | | 2016-06-24 | 100% | 10 million yuan | - | Zhuhai City, Guangdong Province |
| 6 | Shanghai Feilai Information Technology Co., Ltd. | | 2015-01-05 | 100% | 5 million yuan | - | Minhang District, Shanghai |
| 7 | Shenzhen DJI Software Technology Co., Ltd. | | 2015-09-08 | 100% | 5 million yuan | - | Shenzhen City, Guangdong Province |
| 8 | Xi'an DJI Innovations Technology Co., Ltd. | In business | 2018-04-27 | 100% | 5 million yuan | - | Xi'an City, Shaanxi Province |
| 9 | Dongguan DJI Information Technology Co., Ltd. | In business | 2016-08-18 | 100% | 5 million yuan | - | Dongguan City, Guangdong Province |
| 10 | Shenzhen Xiangnong Innovation Technology Co., Ltd. Series A | | 2012-07-30 | 21.6043% | 324.0642 million yuan | - | Shenzhen City, Guangdong Province |

Machine Translated by Google
Shenzhen DJI Innovations Technology Co., Ltd. - Qichacha 2025/4/19, 08:33

**Controlling Enterprises**

ÿ Batch query·The following enterprisesÿ Investment ratio Registration status Region Industry

| Serial number | Controlling company name | state | Date of establishment | Region | Industry |
|---|---|---|---|---|---|
| 1 | Shenzhen DJI Osmo Technology Co., Ltd. | Continuation | 2012-12-13 | Wholesale and retail trade in Shenzhen, Guangdong Province | |
| 2 | Foshan Shunde DJI Innovations Technology Co., Ltd. | Continuation | 2017-08-18 | Guangdong Province Foshan City Scientific Research and Technical Services Industry | |
| 3 | Shenzhen DJI Ruying Technology Co., Ltd. | Continuation | 2016-10-26 | Shenzhen, Guangdong Province, Scientific Research and Technical Services Industry | |
| 4 | Shenzhen DJI Baiwang Technology Co., Ltd. | Continuation | 2015-02-11 | Shenzhen City, Guangdong Province | Transmission of Information, Software and Information Services |
| 5 | Shenzhen DJI Drone Technology Co., Ltd. | Continuation | 2016-05-17 | Wholesale and retail trade in Shenzhen, Guangdong Province | |
| 6 | Shenzhen Huifei Education Co., Ltd. | Continuation | 2016-05-19 | Wholesale and retail trade in Shenzhen, Guangdong Province | |
| 7 | Shenzhen DJI Drone Application Co., Ltd. | Continuation | 2016-05-26 | Shenzhen, Guangdong Province, leasing and business services industry | |
| 8 | Zhuhai DJI Innovations Technology Co., Ltd. | Continuation | 2016-06-24 | Guangdong Province Zhuhai City Scientific Research and Technical Services Industry | |
| 9 | Zhuhai DJI Osmo Technology Co., Ltd. | In business | 2016-11-16 | Guangdong Province Zhuhai City Scientific Research and Technical Services Industry | |
| 10 | Shenzhen DJI Zhicheng Technology Co., Ltd. | Continuation | 2016-12-16 | Shenzhen City, Guangdong Province | Transmission of Information, Software and Information Services |

**Change log** ÿ **63**

Changes

| Serial number | change date | Changes | Before Change | change |
|---|---|---|---|---|
| 1 | 2024-12-19 | Articles of Association Recordal | - | - |
| 2 | 2024-12-19 | Senior management personnel record (directors, Supervisor, manager, etc.) | Chen Sumeng: Supervisor | - |
| 3 | 2023-12-01 | Articles of Association Recordal | - | - |
| 4 | 2023-12-01 | General business items changes | Avionics, automatic control equipment, unmanned aerial vehicles, radio data Production of transmission systems, electronic components, and computer software (operated by branches) and its application technology development, wholesale, import and export and related supporting businesses (not involving Commodities under state-owned trade management, involving quota, license management and other special regulations Goods, apply for it according to relevant national regulations) ÿ | Avionics equipment, automatic control equipment, Transmission systems, electronic components, computer software and its application technology development, wholesale, import and export Commodities under state-owned trade management, involving quotas, licenses Goods, apply for it according to relevant national regulations) |
| 5 | 2023-12-01 | Changes in licensed business items | - | None |
| 6 | 2023-12-01 | Licensed Operation | - | None |
| 7 | 2023-08-07 | Articles of Association Recordal | - | - |
| 8 | 2023-08-07 | Total Investment | 60 million yuan | 65 million yuan (+5 million yuan) |
| 9 | 2023-02-28 | Articles of Association Recordal | - | - |
| | | | Lu Di (Vice Chairman) | Lu Di (Vice Chairman) |

https://www.qcc.com/firm/349a5d24bb87ebe1948d36874f0cdd32.html Page 3 of 6

| 10 | 2023-02-28 Other Directors Information | Li Zexiang (Director) [Quit]<br>Zhao Tao (Supervisor) [Withdrawn] | Chen Sumeng (Supervisor) [Newly appointed]<br>Wang Di (Director) [Newly appointed] |
|---|---|---|---|

Special note: The person marked with "*" is the legal representative.

1 2 3 4 5 6 7 >

**Branch Office 5**

ÿ Batch search

| Serial number | Company Name | Person in charge | area | become |
|---|---|---|---|---|
| 1 | Shenzhen DJI Innovations Technology Co., Ltd. Shanghai Branch | Gong Ming | Minhang District, Shanghai | 20 |
| 2 | Shenzhen DJI Innovations Technology Co., Ltd. Weixin Branch | Luo Zhenhua | Nanshan District, Shenzhen City, Guangdong Province | 20 |
| 3 | Shenzhen DJI Innovations Technology Co., Ltd. Nanshan Branch | Xie Dandan | Nanshan District, Shenzhen City, Guangdong Province | 20 |
| 4 | Shenzhen DJI Innovations Technology Co., Ltd. Yuehai Branch | Du Jiangbo | Nanshan District, Shenzhen City, Guangdong Province | 20 |
| 5 | Shenzhen DJI Innovations Technology Co., Ltd. Science Park Branch | Du Jiangbo | Nanshan District, Shenzhen City, Guangdong Province | 20 |

**Financial Data**

Reporting period

| | 2022<br>100 million RMB | 2021 Annual<br>100 million RMB | 2020<br>100 million RMB |
|---|---|---|---|
| Operating income | 120.31 | 252.22 | 201.39 |
| Total assets | 252.22 | - | - |
| Data Source | Small and Medium Enterprises Statement | List information | List information |

**Annual Report 11**

| 2023 Annual Report | 2022 Annual Report | 2021 Annual Report | 2020 Annual Report | 2019 Annual Report | 2018 Annual Report |
|---|---|---|---|---|---|
| 2024-06-05 | 2023-05-05 | 2022-05-20 | 2021-05-25 | 2020-06-15 | 2019-05-21 |

**Final beneficiary ÿ**

ÿBased on the Central Bank's Document No. 235·Benefits

**Beneficiary Owners 1**

| Serial number | Beneficial Owner Name | Ultimate beneficial shares | Benefit Type | Job Type | |
|---|---|---|---|---|---|
| 1 | Wang Tao ÿ 8 | - | Key decision makers | Chairman | Failed to penetrate and identify Natural persons with voting rights, All |

**Beneficiary Natural Person 4** Beneficiary Institution 1

| Serial number | Name of natural person beneficiary | Ultimate beneficial shares | Benefit Type | |
|---|---|---|---|---|
| 1 | Wang Tao ÿ 8 | - | Key decision makers | Chairman |
| 2 | Luo Zhenhua ÿ 6 | - | Legal representative/person in charge | Legal representative |
| 3 | land ÿ 11 | - | Key Management Personnel | Vice Chairman |

| 4 | Wang Qi ÿ 11 | - | Key Management Personnel | director |
|---|---|---|---|---|

**Actual controller ÿ** ÿ Actual controller mapÿ

| Serial number | Actual controller | Total shareholding ratio |
|---|---|---|
| 1 | DJI COMPANY LIMITED | 100% ÿ |

**Collaborative Shareholders 4**

| Serial number | Collaborative Shareholders | Number of jointly held companies | Jointly held companies |
|---|---|---|---|
| 1 | Shenzhen Yingzhi Innovation Partnership (Limited Partnership) | 2 | Shenzhen Xiangnong Innovation Technology Co., Ltd.<br>Own shareholding: 21.6043% Co-shareholder shareholding: 1.1364% Joint shareholding<br>Shenzhen Weidu Intelligent Technology Co., Ltd.<br>Own shareholding: 13.0485% Co-shareholder shareholding: 0.6864% Joint shareholding |
| 2 | Zhu Qiuyang | 2 | Shenzhen Xiangnong Innovation Technology Co., Ltd.<br>Own shareholding: 21.6043% Co-shareholder shareholding: 69.3048% Joint shareholding<br>Shenzhen Weidu Intelligent Technology Co., Ltd.<br>Own shareholding: 13.0485% Co-shareholder shareholding: 41.8585% Joint shareholding |
| 3 | Hangzhou Yonglong Xingfu Venture Capital Partnership (Limited Partnership) | 2 | Shenzhen Xiangnong Innovation Technology Co., Ltd.<br>Own shareholding: 21.6043% Co-shareholder shareholding: 2.8409% Joint shareholding<br>Shenzhen Weidu Intelligent Technology Co., Ltd.<br>Own shareholding: 13.0485% Co-shareholder shareholding: 1.7158% Joint shareholding |
| 4 | Xinyu Jiazi Zhenzhi Investment Partnership (Limited Partnership) | 2 | Shenzhen Xiangnong Innovation Technology Co., Ltd.<br>Own shareholding: 21.6043% Co-shareholder shareholding: 5.1136% Joint shareholding<br>Shenzhen Weidu Intelligent Technology Co., Ltd.<br>Own shareholding: 13.0485% Co-shareholder shareholding: 3.0885% Joint shareholding |

**Suspected relationship 13** Suspected association type

| Serial number | Company Name | Status Legal representative | Registered capital | Date of establishment | Related parties | Suspected association type |
|---|---|---|---|---|---|---|
| 1 | Shenzhen DJI Osmo Technology Co., Ltd. | Zhao Yanchong | 510 million yuan | 2012-12-13 | yes | Same email address |
| 2 | Shenzhen Zhuoyu Technology Co., Ltd. | Continuation of Zhu Lu | 775.05691 million yuan | 2022-10-28 | no | Patent Assignment Details |
| 3 | Shenzhen Zhuoshi Intelligent Manufacturing Co., Ltd. | Zhang Qi | 50 million yuan | 2018-07-20 | no | Patent Assignment Details |
| 4 | Shenzhen DJI Baiwang Technology Co., Ltd. | Nie Xinzhi | 30 million yuan | 2015-02-11 | yes | Same email address<br>Patent Assignment Details<br>Trademark Transfer Details |
| 5 | Shenzhen Yuechuang Space Technology Co., Ltd. | Zeng Wenwu survived | 5 million yuan | 2015-06-15 | no | Same phone number |
| 6 | Shenzhen Leyan Education Consulting Co., Ltd. | Wei Weifeng | 5 million yuan | 2015-03-27 | yes | Same email address |
| 7 | Dongguan DJI Innovations Technology Co., Ltd. | Working in the cloud | 5 million yuan | 2014-11-20 | yes | Patent Assignment Details |
| 8 | Shiyun Technology (Zhuhai) Co., Ltd. | Zeng Wenwu survived | 252.1008 million yuan | 2020-07-17 | no | Same phone number |

| | | | | | |
|---|---|---|---|---|---|
| 9Zhuhai Pulseframe Intelligent Technology Co., Ltd. | Zeng Wenwu survived | 1 million yuan | 2023-01-17 | no | Same phone number |
| 10 Shenzhen Lemei Technology Co., Ltd. Zeng Wenwu | | 1 million yuan | 2022-04-21 | no | Same phone number |

Industry Analysis

Registered capital
Market entry period
Geographical Distribution
Registered capital-National
This enterprise belongs to the software and information technology service industry , and there are 5.84 million similar enterprises nationwide ;
The company's registered capital is 30 million yuan, exceeding 98% of its peers nationwide.
0
20
40
60
80
100
超过 98% 同行
Proportion of registered capital of peer companies nationwide
Within 500,000 46.9%
500,000-1,000,000 8.72%
1-5 million 29.12%
5-10 million 7.49%
10-50 million 6.65%
More than 50 million 1.12%
Registered capital-province
The company belongs to the software and information technology service industry . The registered capital of the company in Guangdong Province is 30 million yuan , which is higher than 98% of the same companies in the province.
超过 98% 同行

Overseas Investment3

Overseas outbound investment3

| Serial number | Name of invested enterprise | Proportion of suspected relationship holdings | | serial number | Number Type | Industry |
|---|---|---|---|---|---|---|
| 1 | DRONEBASE EUROPE GMBH Germany | Second-tier subsidiary | 100% | HRB 721941 (Frei burg in Breisgau) | - | Miscellaneous business services |
| 2 | DRONEBASE INC USA | First-tier subsidiary | - | 47-1365569 | TIN | Real estate agents and managers |
| 3 | UNMANNED AERIAL SYSTEM TECHNOLOGY CENTER LIMITED Hong Kong, China | First-tier subsidiary | 100% | 1653565 | Trade register number | Commercial physical and biological research |

Data sources: National Enterprise Credit Information Publicity System, National Construction Market Supervision Public Service Platform, etc.

Related CompaniesHot CompaniesRecommended Companies

Shenzhen Zongmu Innovation Technology Co., Ltd.
RUI TANG

Shenzhen Titan Innovation Technology Co., Ltd.
Yang Gang

Shenzhen Heyi Innovation Technology Co., Ltd.
Guo Fengling

Shenzhen Yimei Innovation Technology Co., Ltd.
Liu Lie

Shenzhen MiLi Innovation Technology Co., Ltd.
Chen Qingbo

Shenzhen Anjiang Innovation Technology Co., Ltd.
Yellow Liang

Shenzhen Zhiying Innovation Technology Co., Ltd.
Li Jiaying

Shenzhen Qieyue Innovation Technology Co., Ltd.
Chen Yan