## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SZ DJI TECHNOLOGY CO., LTD, *et al.,*

*Plaintiffs,*

v.

U.S. DEPARTMENT OF DEFENSE, *et al.,*                    Civ. Action No. 1:24-cv-02970-PLF

*Defendants.*

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Kristina A. Wolfe, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for the Defendants in this case.

Dated:  May 19, 2025                    Respectfully submitted,

                                        YAAKOV M. ROTH
                                        Acting Assistant Attorney General

                                        LAUREN WETZLER
                                        Deputy Director

                                        */s/ Kristina A. Wolfe*
                                        KRISTINA A. WOLFE (VA Bar No. 71570)
                                        Senior Trial Counsel
                                        United States Department of Justice
                                        Civil Division
                                        Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, D.C. 20530
                                        Tel: 202-353-4519
                                        Fax: 202-616-8470
                                        Email:  Kristina.Wolfe@usdoj.gov