**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.,*<br><br>    Defendants. | No. 1:24-cv-02970-PLF |

**JOINT APPENDIX PURSUANT TO LOCAL RULE 7(n)**

Pursuant to Local Civil Rule 7(n), Plaintiffs submit the attached Joint Appendix containing the "portions of the administrate record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion." LCvR 7(n)(1). The Parties have conferred and agreed to the contents of this filing.

Dated: May 23, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/   *Samuel G. Williamson*
Samuel G. Williamson (D.C. Bar No. 984748)
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
samwilliamson@quinnemanuel.com
Tel.: (305) 402-4880
Fax: (305) 901-2975

Derek L. Shaffer (D.C. Bar No. 478775)
1300 I Street, Suite 900
Washington, DC 20005
derekshaffer@quinnemanuel.com
Tel.: (202) 538-8000
Fax: (202) 538-8100

Samuel P. Nitze
295 5th Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Plaintiffs*

1