**Joint Appendix Index**

| Document | Pages |
|---|---|
| Action Memo for Deputy Secretary of Defense from William A. LaPlante, USD (A&S), re: Public Reporting of Chinese Military Companies Operating in the United States (including Attached Notification Letters) | DJI AR 00001-00011 |
| Notice of Availability of Designation of Chinese Military Company, 90 Fed. Reg. 1105-1106 (January 7, 2025) | DJI AR 00012-00013 |
| DoD Releases List of Chinese Military Companies in Accordance with Section 1260H of the National Defense Authorization Act for Fiscal Year 2021 (January 7, 2025) | DJI AR 00014-00020 |
| Shenzhen DJI Innovation Technology Co., Ltd. (DJI) Report | DJI AR 00021-00042 |
| National Bureau of Asian Research (NBR) Website, *Commercialized Militarization China's Military-Civil Fusion Strategy* | DJI AR 00135-00141 |
| Center for European Policy Analysis – Comprehensive Report, *An Urgent Matter of Drones* | DJI AR 00142-00262 |
| NPR Website, *A Chinese drone for hobbyists plays a crucial Role in the Russia-Ukraine war* | DJI AR 00263-00273 |
| Washington Post, *Drone company DJI obscured ties to Chinese state funding, documents show* | DJI AR 00275-00279 |
| US-China Business Council, Chinese government functions | DJI AR 00311-00313 |
| Congressional-Executive Commission on China, *China's State Organizational Structure* | DJI AR 00323-00327 |
| China Aerospace Studies Institute, *China's Military Civil Fusion Strategy: A View from Chinese Strategists* | DJI AR 00337-00478 |
| Congressional Research Service, *China's Political System in Charts: A Snapshot Before the 20th Party Congress* | DJI AR 00491-00530 |

| | |
|---|---|
| DroneXL, *DJI Maintains Close Ties to Chinese Government New Documents Show* | DJI AR 00572-00588 |
| S&P Capital IQ, *SZ DJI Technology Co., Ltd Private Ownership* | DJI AR 00589-00590 |
| S&P Capital IQ, *Chengtong Fund Management Co., Ltd.* | DJI AR 00591-00593 |
| S&P Capital IQ, *China Chengtong Holdings Group, Ltd.* | DJI AR 00594-00596 |
| Shenzhen Entrepreneurship and Innovation Financial Service Platform, *What policy subsidies does DJI, which makes drones, apply for?* | DJI AR 00603-00611 |
| China Scope Website, *China's Development and Reform Commission Manages National Defense Mobilization* | DJI AR 00612 |
| Testimony before the U.S.-China Economic and Security Review Commission, China's National Defense Mobilization System | DJI AR 00613-00668 |
| U.S. Department of Defense, *2023 Annual Report to Congress: Military and Security Developments involving the People's Republic of China* | DJI AR 00669-00880 |
| The EurAsian Times, *China Boosts Security Near Indian Border By Forming Civilian-Military Units; But It Could Backfire in Tibet & Xinjiang* | DJI AR 00881-00895 |
| Beijing Standardization Technology Co. Ltd., *What is the meaning of the main drafting unit of the national standard* (English Translation) | DJI AR 00898-00899 |
| Zhongguancun Blue Ocean Civil-Military Fusion Industry Promotion Association via WeChat, *The Ministry of Industry and Information Technology (MIIT) solicited opinions on the mandatory national standards (draft for approval) of the "Safety Requirements for Civil Unmanned Aircraft Products"* | DJI AR 00900-00904 |
| National Public Service Platform for Standards Information Website, *Safety Requirements for Civilian Unmanned Aerial Systems* | DJI AR 00905-00910 |
| China Briefing from Dezan Shira and Associates, *China Standards 2035 Strategy: Recent Developments and Implications for Foreign Companies* | DJI AR 00911-00919 |

| | |
|---|---|
| China Market Regulation News, *Comprehensively deepen the reform of standardization and give full play to the basic, strategic and leading role of standardization* | DJI AR 00920-00927 |
| LinkedIn, *Zhang Yuxin Profile* | DJI AR 00931-00949 |
| State Key Laboratory of Automotive Simulation Website, *Laboratory Overview – Laboratory Introduction* | DJI AR 01092-01093 |
| Jilin University College of Automotive Engineering Website, *Home > Team Building > Teaching Team > Zhang Yuxin* | DJI AR 01094-01098 |
| People's Daily Overseas Edition, *Xi'an blooms with new vitality of wisdom* (English Translation) | DJI AR 01102-01107 |
| Sohu, DJI Global R&D Center, *Graphene Innovation Center. . . Another batch of projects settled in Xi'an* | DJI AR 01108-01117 |
| Shenzhen UAV Industry Association, *DJI's Global Technical Support Center and Innovation Center project settled in Xi'an* | DJI AR 01118-01120 |
| DRONEXL, *New DJI Headquarters are called DJI Sky City Innovation Hub* | DJI AR 01121-01149 |
| State Council Gazette, *General Office of the State Council on Xi'an, Shaanxi Reply from the Economic and Technological Development Zone* (Mandarin) | DJI AR 01150 |
| State Council Gazette, *General Office of the State Council on Xi'an, Shaanxi Reply from the Economic and Technological Development Zone* (English Translation) | DJI AR 01151-01153 |
| National Development and Reform Commission, *Forty-six of the top 100 cases of comprehensive innovation and reform Experiments* | DJI AR 01154-01155 |
| National Development and Reform Commission, *Fifty-two of the top 100 cases of comprehensive innovation and reform Experiments* | DJI AR 01158-01159 |
| Hearing before the U.S. Committee on Banking, Housing, and Urban Affairs, United States Senate, *Threats Posed by State-Owned and State Supported Enterprises to Public Transportation* | DJI AR 01160-01241 |

| | |
|---|---|
| Qujing Municipal People's Government, *Notice of the Office of the People's Government of Qujing Municipality on the issuance of the "13th Five-Year Plan" for investment promotion in Qujing City* | DJI AR 01242-01295 |
| Best Buy, *DJI Drones* | DJI AR 01299 |
| Sam's Club, *DJI Cameras, Dashcams, & Drones* | DJI AR 01300-01303 |
| July 27, 2023 Letter from Loretta Lynch, Paul, Weiss, Rifkind, Wharton & Garrison LLP to Dr. Laura Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy, re: Request to Remove SZ DJI Technology Co., Ltd. from the CMC List | DJI AR 01337-01352 |
| September 6, 2024 Letter from Loretta Lynch, Paul, Weiss, Rifkind, Wharton & Garrison LLP to Dr. Laura Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy and Carolyn Krass, General Counsel, re: Request to Remove SZ DJI Technology Co., Ltd. from the CMC List | DJI AR 01353-01355 |
| September 10, 2024 Email from Hon. Laura Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy, to Roberto Gonzalez, Paul, Weiss, Rifkind, Wharton & Garrison LLP re: SZ DJI Technology Co., Ltd./CMC List | DJI AR 01356-01357 |
| September 13, 2024 Email from Roberto Gonzalez, Paul, Weiss, Rifkind, Wharton & Garrison LLP to HON Laura Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy, re: SZ DJI Technology Co., Ltd./CMC List | DJI AR 01358-01360 |
| September 18, 2024 Email from Hon. Laura Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy, to Roberto Gonzalez and Laura Karas, Paul, Weiss, Rifkind, Wharton & Garrison LLP re: SZ DJI Technology Co., Ltd./CMC List | DJI AR 01362-01366 |
| September 30, 2024 Letter from Loretta Lynch, Paul, Weiss, Rifkind, Wharton &Garrison LLP to Dr. Laura Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy, re: Request to Remove SZ DJI Technology Co., Ltd. from the CMC List | DJI AR 01367-01371 |
| October 7, 2024 Email from Hon. Laura Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy, to Roberto Gonzalez, Paul, Weiss, Rifkind, Wharton & Garrison LLP re: SZ DJI Technology Co., Ltd./CMC List | DJI AR 01372-01379 |

|  |  |
| --- | --- |
| Associated Press News, *China restricts civilian drone exports, citing Ukraine and concern about military use* | DJI AR 01380-01384 |
| Observer Network, *DJI: Will strictly abide by the temporary drone export control policy issued by the Chinese government* | DJI AR 01500-01506 |
| State-owned Assets Supervision and Administration Commission of the State Council, *What We Do* | DJI AR 01549-01552 |