UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                        )
                                        )
SZ DJI TECHNOLOGY CO., LTD.,            )
                                        )
          Plaintiff,                    )
                                        )
   v.                                   )   Civil Action No. 24-2970 (PLF)
                                        )
U.S. DEPARTMENT OF DEFENSE et al.,      )
                                        )
          Defendants.                   )
_____)
```

## ORDER

The Court has scheduled oral argument to address the parties' cross-motions for summary judgment on July 29, 2025 at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001. In preparation for the argument, it is hereby

ORDERED that counsel shall be prepared to discuss the following:

1. On July 11, 2025, the Court issued its decision in the related case Hesai Technology Co., Ltd v. Dep't of Defense, Civil Action No. 24-1381 (PLF), 2025 WL 1911673 (D.D.C. July 11, 2025). The parties should come prepared to discuss the relevance of the Court's decision to the issues in this case. In particular, is there any reason why the Court's reasoning in Hesai related to the statutory requirement that an entity must be found to "contribut[e] to the Chinese defense industrial base" should be any different in this case? See Section 1260H(d)(1)(B)(i)(II) (pre-2024 amendments); Section 1260H(g)(2)(B)(i)(II) (post-2024 amendments).

2

2. If the Court were to determine that the non-classified evidence in the administrative record supports the DoD's designation decision, is it necessary for the Court to consider the classified information proffered by the government?

IT IS FURTHER ORDERED that in view of the foregoing, the parties are directed to meet and confer regarding the order of argument and proposed time limits for argument. The parties shall file a joint report advising the Court of their proposed hearing schedule on or before July 28, 2025.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/24/25