**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SZ DJI TECHNOLOGY CO., LTD.,** ) | |
| **SZ DJI BAIWANG TECHNOLOGY CO., LTD.,**) | |
| ) | **No. 1:24-cv-02970-PLF** |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **DEFENSE** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## JOINT STATUS REPORT

On July 24, 2025, the Court directed the parties to "meet and confer regarding the order of argument and proposed time limits for argument" and to "file a joint report advising the Court of their proposed hearing schedule on or before July 28, 2025." ECF No. 55, at 3. Having met and conferred, the parties now file this joint report. The parties respectfully propose that Plaintiffs present their argument first, followed by Defendants. The parties further respectfully propose that each side be allotted 35 minutes for argument, although the parties defer to the Court's discretion on the amount of total time for argument and note that counsel for each side will remain available after this allotted time to respond to any additional questions the Court might wish to ask. Finally, the parties respectfully propose that Plaintiffs will split their 35 minutes of argument time into a 25 minute opening argument and 10 minute rebuttal, and that Defendants may request during argument that the Court reserve some portion of their allotted time for rebuttal.

Dated: July 28, 2025          Respectfully submitted,

1

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/   Samuel G. Williamson
Samuel G. Williamson (D.C. Bar No. 984748)
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
samwilliamson@quinnemanuel.com
Tel.:  (305) 402-4880
Fax:  (305) 901-2975

Derek L. Shaffer (D.C. Bar No. 478775)
1300 I Street, Suite 900
Washington, DC 20005
derekshaffer@quinnemanuel.com
Tel.:  (202) 538-8000
Fax:  (202) 538-8100

Samuel P. Nitze (Registration No. 4859443)
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

JEAN LIN
Acting Deputy Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
KRISTINA A. WOLFE (VA Bar No. 71570)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
(202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*