UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SZ DJI TECHNOLOGY CO., LTD et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 24-2970 (PLF) |
| U.S. DEPARTMENT OF DEFENSE et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

On July 29, 2025, the Court held oral argument on the parties' cross-motions for summary judgment. See Transcript of Motion Hearing, SZ DJI Technology Co., LTD. v. Dep't of Def., Civil Action No. 24-2970 (PLF) ("Tr.") [Dkt. No. 51]. Following the oral argument, the parties filed a proposed protective order related to the disclosure of classified information that is implicated in this case. See Notice of Filing Draft Proposed Protective Order ("Notice") [Dkt. No. 52]. Along with this proposed protective order, the parties filed a notice setting forth their respective positions regarding a protective order. Plaintiffs' position statement reflects confusion over whether the Court ruled on plaintiffs' pending Motion to Compel Defendants to Provide Access to "Classified" Information to Plaintiffs' Counsel ("Plaintiffs' Motion to Compel") [Dkt. No. 29]. See Notice at 1, 6.

The Court issues this order to clarify that it did not rule on plaintiffs' pending motion to compel the production of classified information. Indeed, the Court stated at the end of the oral argument that it had not yet determined whether it was even necessary to look to the

classified portion of the administrative record in resolving the parties' cross-motions for summary judgment. See Tr. at 84:21-22 ("It's possible that I will be able to decide it without looking at the classified material."); see also Tr. at 85:14-17 ("Now, I will continue to look at the question, whether I can resolve this case without looking at the classified documents, but I have to think about what I have heard this morning."). The Court concluded that the proper course was for the parties to confer over a proposed protective order that may ameliorate some of the defendants' concerns regarding the release of classified information while the Court considered whether it needs to consider the classified record. See Tr. at 84; see also Tr. at 83:5-8 ("[I]f I am going to try to proceed under a protective order, I would want one that otherwise would satisfy you without giving up any of your rights."). Although the Court noted earlier in the hearing that it was likely that the classified record would need to be considered, see Tr. at 67:21-68:10, the Court later stated quite clearly that doing so may or may not prove necessary. See Tr. at 84. The Court definitely did not render a decision on Plaintiffs' Motion to Compel.

The parties' cross-motions for summary judgment and Plaintiffs' Motion to Compel are all fully briefed and remain under advisement.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 8|13|25