UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD. et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE et al., <br><br> Defendants. | Civil Action No. 24-2970 (PLF) |

### ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Plaintiffs' Motion for Summary Judgment [Dkt. No. 31] is DENIED; it is

FURTHER ORDERED that Defendants' Cross-Motion for Summary Judgment [Dkt. No. 36] is GRANTED; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court.

This is a final appealable order. See FED. R. APP. P. 4(a)

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 9/26/25