IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>    Defendants. | No. 1:24-cv-02970-PLF |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs SZ DJI Technology Co., Ltd. and Shenzhen Dajiang Baiwang Technology Co., Ltd. appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order and Opinion entered in this action on September 26, 2025 (Dkt. Nos. 54, 55), denying Plaintiffs' Motion for Summary Judgment (Dkt. No. 31) and granting Defendants' Cross-Motion for Summary Judgment (Dkt. No. 36); and from any and all of the Court's rulings adverse to Plaintiffs incorporated in, antecedent to, or ancillary to the September 26, 2025 Order and Opinion.

Dated: October 13, 2025                  Respectfully submitted,

1

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/   Samuel G. Williamson
Samuel G. Williamson (D.C. Bar No. 984748)
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
samwilliamson@quinnemanuel.com
Tel.:  (305) 402-4880
Fax:  (305) 901-2975

Derek L. Shaffer (D.C. Bar No. 478775)
1300 I Street, Suite 900
Washington, DC 20005
derekshaffer@quinnemanuel.com
Tel.:  (202) 538-8000
Fax:  (202) 538-8100

Samuel P. Nitze (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

*Attorneys for Plaintiffs*

2