**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SZ DJI TECHNOLOGY CO., LTD.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF DEFENSE *et al.*,**<br><br>**Defendants.** | ) | **No. 1:24-cv-02970-PLF** |

## JOINT STATUS REPORT

In its Order dated October 7, 2026, the Court directed the parties to "meet and confer and file a joint status report on or before October 23, 2026, advising the Court on their views on how the Court should proceed with respect to the one remaining issue before it." Oct. 7, 2026 Order, ECF No. 58. In accordance with the Court's Order, the parties have met and conferred and now respectfully file this joint status report.

The parties have agreed that with respect to the one remaining issue remanded to this Court by the D.C. Circuit—namely, "whether to uphold the Secretary [of Defense's] determination that DJI 'contribut[es]' to the Chinese defense industrial base," *SZ DJI Tech. Co., Ltd v. U.S. Dep't of Def.*, 187 F.4th 528, 539 (D.C. Cir. 2026) (citing § 1260H(g)(2)(B)(i)(II))—it will not be necessary for the Court to review "the Secretary's classified basis for that finding," *id.* at 538. Rather, Defendants will provide to Plaintiff either an unclassified summary of or the declassified portion of the Shenzhen DJI Innovation Technology Co., Ltd. (DJI) Report (December 6, 2024) containing the U.S. Department of Defense's ("DoD") basis for determining that DJI "contributes to the Chinese defense industrial base." *See* DJ AR 27-28, ECF No. 47-2. The parties then plan to file supplemental merits briefs limited to the issue of whether substantial evidence supports DoD's

determination that DJI contributes to the Chinese defense industrial base. For purposes of this supplemental merits briefing, the parties agree that Defendants will not rely on any classified information or any evidence or rationale outside of the unclassified administrative record underlying DoD's January 2025 designation of DJI. DJI respectfully requests that, in the event DoD provides an unclassified summary of the relevant portion of its report, the Court review the underlying classified material to confirm the accuracy of the summary. Defendants have no objection to this request.

With the Court's permission, the parties plan to submit a joint proposed briefing schedule for this supplemental briefing to the Court on or before October 30, 2026.

Dated: October 23, 2026 Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Samuel P. Nitze*

Samuel G. Williamson (D.C. Bar No. 984748)
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
samwilliamson@quinnemanuel.com
Tel.: (305) 402-4880
Fax: (305) 901-2975

Derek L. Shaffer (D.C. Bar No. 478775)
555 13th Street, NW, Suite 600
Washington, DC 20004
derekshaffer@quinnemanuel.com
Tel.: (202) 538-8000
Fax: (202) 538-8100

Samuel P. Nitze (Registration No. 4859443)
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KRISTINA A. WOLFE
Assistant Director

*/s/ Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-3098
daniel.riess@usdoj.gov

*Attorneys for Defendants*